Jonathan H. Siegel   #78143
Latika Malkani   #184301
Sarah Beard   #240340
SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
Oakland, California  94612
(510) 452-5000
(510) 452-5004 (fax)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE BYERS, ELLA RAIFORD, MARTHA VAZQUEZ, MEL GARCIA and J. MICHAEL TORRES, | Case No. CV 08 1870 JL |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, ANDREW L. STERN,  MARY KAY HENRY and THOMAS V. DEBRUIN, | |
| Defendants. | |

I declare that I am employed in the county of Alameda, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 1939 Harrison Street, Suite 307, Oakland, California 94612.

On May 28, 2008, I served the within document:

**FIRST AMENDED COMPLAINT FOR DAMAGES
AND DECLARATORY AND INJUNCTIVE RELIEF**

on the interested party(ies) herein by sending a true copy as follows:

    Glenn Rothner
    Rothner Segall & Greenstone
    510 South Marengo Avenue
    Pasadena, CA  91101

*Siegel & LeWitter*

1939 Harrison Street
Suite 307
Oakland, CA  94612
(510) 452-5000
(510) 452-5004 (fax)

✔ (BY MAIL) Each such envelope, with postage thereon fully prepaid, was placed in the United States mail at Oakland, California. I am readily familiar with this firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence will be deposited with the U.S. Postal Service this same day in the ordinary course of business.

☐ (BY FACSIMILE) All of the pages of the above-described document(s) were sent to the recipients listed above via electronic transfer, at the respective facsimile numbers indicated thereon.

☐ and (BY OVERNIGHT COURIER) The above-described document(s) were served on the interested parties listed above, by placing a copy in a separate UPS mailer and attaching a completed UPS shipping document, with Next Day Air delivery requested, and caused said mailer to be deposited in the UPS collection box at Oakland, California.

☐ (BY HAND DELIVERY) I served the above-described documents on the interested parties listed above by personally hand delivering copies thereof to the address shown above.

☐ (BY MESSENGER/COURIER SERVICE) I served the above-described documents on the interested parties listed above by arranging for hand delivery of copies thereof by with an outside messenger service, an employee of which company picked up the documents from the offices of Siegel & LeWitter and was directed to hand deliver copies thereof to the address shown above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 28, 2008 at Oakland, California.

                                                         /s/ Lisa Simpson
                                                         Lisa Simpson

*Siegel & LeWitter*

*1939 Harrison Street*
*Suite 307*
*Oakland, CA 94612*
*(510) 452-5000*
*(510) 452-5004 (fax)*