1 | ROBERT M. WEINBERG, Esq., *pro hac vice app. pend.*
LEON DAYAN, Esq., *pro hac vice app. pend.*
2 | BREDHOFF & KAISER, P.L.L.C.
805 15th Street N.W., Suite 1000
3 | Washington, DC 20005
Telephone: (202) 842-2600
4 | Facsimile: (202) 842-1888
email:  rweinberg@bredhoff.com
5 |         ldayan@bredhoff.com

6 | GLENN ROTHNER (CSB No. 67353)
ROTHNER, SEGALL & GREENSTONE
7 | 510 South Marengo Avenue
Pasadena, California 91101
8 | Telephone:  (626) 796-7555
Facsimile:  (626) 577-0124
9 | email:  grothner@rsglabor.com

10 | Attorneys for Defendants

11 |

12 |

13 | UNITED STATES DISTRICT COURT

14 | NORTHERN DISTRICT OF CALIFORNIA

15 | SAN FRANCISCO DIVISION

16 |

17 | ROSIE BYERS, ELLA RAIFORD, MARTHA VAZQUEZ, MEL GARCIA, J. MICHAEL | CASE NO. CV 08 1870 JL
18 | TORRES, STANLEY LYLES, ROBYNE L. HORN and SONIA ASKEW, | STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
19 |

20 |       Plaintiffs, | [Local Rule 6-1(a)]

21 |       v.

22 | SERVICE EMPLOYEES INTERNATIONAL UNION, ANDREW L. STERN, MARY KAY
23 | HENRY, THOMAS V. DEBRUIN and ANNA BURGER,

24 |       Defendants.

25 |

26 |

27 |

28 |

1         Pursuant to Local Rule 6-1(a), the undersigned parties, through their respective counsel,

2    stipulate that the deadline of the defendants to file their pleading responsive to the first amended

3    complaint in this matter shall be extended for two weeks, to and including June 30, 2008.

4

5    Dated: June 17, 2008                    ROBERT M. WEINBERG,
                                            LEON DAYAN,
6                                           BREDHOFF & KAISER, P.L.L.C.

7                                           GLENN ROTHNER,
                                            ROTHNER, SEGALL & GREENSTONE
8

9                                           By_____
10                                                   Glenn Rothner
                                                 Attorneys for Defendants
11

12   Dated: June ___, 2008                   SIEGEL & LEWITTER

13

14                                          By_____/s/  Jonathan H. Siegel_____
                                            Jonathan H. Siegel
15                                          Attorneys for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

28