1  Jonathan H. Siegel   #78143
   Latika Malkani   #184301
2  Sarah Beard   #240340
   SIEGEL & LEWITTER
3  1939 Harrison Street, Suite 307
   Oakland, California  94612
4  (510) 452-5000
   (510) 452-5004 (fax)
5
   Attorneys for Plaintiffs
6

7

8                IN THE UNITED STATES DISTRICT COURT

9                            FOR THE

10                NORTHERN DISTRICT OF CALIFORNIA

11

12 | ROSIE BYERS, ELLA RAIFORD,            ) Case No. CV 08 1870 JL
   | MARTHA VAZQUEZ, MELL GARCIA,          )
13 | J. MICHAEL TORRES, STANLEY LYLES,     )
   | ROBYNE L. HORN and SONIA ASKEW,       ) **ADR CERTIFICATION BY**
14 |                                        ) **PARTIES AND COUNSEL**
   |              Plaintiffs,               )
15 |                                        )
   |       v.                               )
16 |                                        )
   | SERVICE EMPLOYEES                      )
17 | INTERNATIONAL UNION, ANDREW L.         )
   | STERN,  MARY KAY HENRY, THOMAS        )
18 | V. DEBRUIN and ANNA BURGER,            )
   |                                        )
19 |              Defendants.               )
   |                                        )
20

21        Pursuant to Civil L.R. 16-8(b) and ADR L.R.3-5(b), each of the undersigned certifies that

22 he or she has:

23        (1)    Read the handbook entitled "*Dispute Resolution Procedures in the Northern*

24 *District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited*

25 *printed copies are available from the clerk's office for parties in cases not subject to the court's*

26 *Electronic Case Filing program (ECF) under General Order 45)*;

27        (2)    Discussed the available dispute resolution options provided by the Court and

28 private entities;

***Siegel &***
***LeWitter***

*1939 Harrison Street*
*Suite 307*
*Oakland, CA  94612*
*(510) 452-5000*
*(510) 452-5004 (fax)*

                                              1
ADR CERTIFICATION BY PARTIES AND COUNSEL – CASE NO. CV 08 1870 JL

  (3) Considered whether this case might benefit from any of the available dispute resolution options; and

  (4) The undersigned counsel, Latika Malkani, additionally certifies that she has presented to and reviewed the alternative dispute resolution procedures in the Northern District of California with the parties in this case and will submit amended certifications with actual signatures of all parties as soon as possible.

Dated: June 25, 2008  By: /s/ Rosie Byers
             Rosie Byers, Plaintiff

Dated: June 25, 2008  By: /s/ Ella Raiford
             Ella Raiford, Plaintiff

Dated: June 25, 2008  By: /s/ Martha Vazquez
             Martha Vazquez, Plaintiff

Dated: June 25, 2008  By: /s/ Mell Garcia
             Mell Garcia, Plaintiff

Dated: June 25, 2008  By: /s/ Michael Torres
             Michael Torres, Plaintiff

Dated: June 25, 2008  By: /s/ Stanley Lyles
             Stanley Lyles, Plaintiff

Dated: June 25, 2008  By: /s/ Robyne L. Horn
             Robyne L. Horn, Plaintiff

Dated: June 25, 2008  By: /s/ Sonia Askew
             Sonia Askew, Plaintiff

Dated: June 25, 2008  SIEGEL & LEWITTER

             By: /s/ Latika Malkani
               Latika Malkani
               Attorneys for Plaintiffs

*Siegel & LeWitter*

*1939 Harrison Street
Suite 307
Oakland, CA 94612
(510) 452-5000
(510) 452-5004 (fax)*