UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSIE BYERS, et al.,

        Plaintiff(s),

  v.

SERVICE EMPLOYEES INTERNATIONAL UNION, et al.

        Defendant(s).

No. C V 08-01870 JL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 6-27-08

Signature: [signature]

Counsel for Defendants
(Plaintiff, Defendant, or indicate "pro se")