**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                        General Court Number
Clerk                                                                                               415.522.2000

**July 1, 2008**

**CASE NUMBER:  CV 08-01870 JL**
**CASE TITLE:  ROSIE BYERS-v-SERVICE EMPLOYEES**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco**  division.

**Honorable SAMUEL CONTI**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SC**  immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/1/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                  Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                                Entered in Computer 7/1/08AS

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                      Transferor CSA