Robert M. Weinberg   (*pro hac vice* application pending)
Leon Dayan              (*pro hac vice* application pending)
BREDHOFF & KAISER, PLLC
805 Fifteenth Street, NW, Tenth Floor
Washington, D.C. 20008
Telephone:     (202) 842-2600
Facsimile:     (202) 842-1888
Email:         ldayan@bredhoff.com
               rweinberg@bredhoff.com

Glenn Rothner (CSB No. 67353)
ROTHNER, SEGALL & GREENSTONE
510 South Marengo Avenue
Pasadena, CA 91101
Telephone:     (626) 796-7555
Facsimile:     (626) 577-0124
Email:         grothner@rsglabor.com


Attorneys for Defendants


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


| | |
|---|---|
| ROSIE BYERS, ELLA RAIFORD, MARTHA VAZQUEZ, MEL GARCIA, J. MICHAEL TORRES, STANLEY LYLES, ROBYNE L. HORN and SONIA ASKEW,<br><br>        Plaintiffs,<br><br>    v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, ANDREW L. STERN, MARY KAY HENRY, THOMAS V. DEBRUIN and ANNA BURGER,<br><br>        Defendants. | CASE NO. CV 08 1870 SC<br><br>DECLARATION OF LEON DAYAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND DEFENDANTS' SPECIAL MOTION TO STRIKE |

I, Leon Dayan, declare as follows:

1.     I am counsel for all of the defendants in this action ("Defendants").  I am over the age of 18, am licensed to practice law in the District of Columbia, and am competent to testify as to the matters stated below.

2.     Exhibit 1 attached hereto is a true and correct copy of the Service Employees International Union Constitution and Bylaws ("SEIU Constitution"), which Plaintiffs refer to throughout their Amended Complaint ("Complaint"), including in paragraphs 40-44.

3.     Exhibit 2 attached hereto is a true and correct copy of the original complaint, filed on April 29, 2008, by the Service Employees International Union in *Service Employees International Union v. Rosselli et al.*, No. 08-02777 (C.D. Cal.), which Plaintiffs refer throughout their Complaint, including in paragraphs 29 and 46-50.

4.     Exhibit 3 attached hereto is a true and correct copy of the March 24, 2008 letter from SEIU President Andrew L. Stern to SEIU-United Healthcare Workers West President Sal Rosselli, to which Plaintiffs refer in their Complaint, including in paragraphs 22(a) and 33(b).

5.     Exhibit 4 attached hereto is a true and correct copy of printouts of the home page of the website "www.seiuvoice.org," to which Plaintiffs refer throughout their Complaint, including in paragraphs 17, 22(c), 33(a), and 34(a).   To avoid burdening the Court with an unnecessarily voluminous filing, I asked paralegals under my direction to include the home pages as they appeared on each Tuesday from March 18, 2008 through June 10, 2008.

6.     Attached hereto as exhibit 5 is a true and correct copy of the letters from SEIU to Plaintiffs and Horn and Askew that Plaintiffs refer to in paragraphs 31, 32, and 43(c).

I declare under penalty of perjury that the foregoing is true and correct.


___/s/Leon Dayan_

Leon Dayan

# Exhibit 1



*Uniting Our Strength To Win Big*

Global Strength
National Strength
Industry Strength
Community Strength
Labor Strength
Local Union Strength
Political Strength

# CONSTITUTION and BYLAWS

As adopted at the SEIU 2004 Convention



**SEIU**
Stronger Together

Service Employees International Union, CTW, CLC



# CONSTITUTION
## and BYLAWS

As adopted at the SEIU 2004 Convention



# Contents

| *Article* | | *Page* |
|---|---|---|
| | Preamble | 1 |
| | SEIU Mission Statement | 1 |
| I | Name | 3 |
| II | Objects and Purposes | 3 |
| III | Jurisdiction and Membership | 4 |
| IV | Convention—Representation Therein | 6 |
| V | Election of Officers | 9 |
| VI | Officers | 10 |
| VII | Filling Vacancies | 12 |
| VIII | International President—Duties and Powers | 13 |
| IX | Duties of the International Secretary-Treasurer | 16 |
| X | Duties of the Executive Vice Presidents | 17 |
| XI | Duties of the International Executive Board | 17 |
| XII | Strikes and Lockouts | 21 |
| XIII | Revenue | 21 |
| XIV | Issuance of Charters | 25 |
| XV | Duties of Local Unions | 26 |
| XVI | Members' Interests and Transfers | 32 |
| XVII | Trials and Appeals | 32 |
| XVIII | Affiliations with Intermediate Bodies | 36 |
| XIX | Payments in Connection with Deaths of Members | 37 |
| XX | Pension Fund for Officers and Employees of Local Unions and Affiliated Bodies | 37 |
| XXI | Local Enforcement of International Constitution | 40 |
| XXII | Nonliability of International Union | 41 |
| XXIII | Litigation | 41 |
| XXIV | Amendments | 42 |
| XXV | Dissolution | 42 |
| XXVI | Savings Provision | 42 |
| | SEIU Member Bill of Rights and Responsibilities in the Union | 43 |
| | SEIU Member Bill of Rights and Responsibilities on the Job | 43 |
| | Manual of Common Procedure | 45 |
| | Debate | 46 |
| | Order of Business | 48 |

# Constitution and Bylaws

## PREAMBLE

As almost every improvement in the condition of working people has been accomplished by the efforts of organized labor and as the welfare of wage, salary, and professional workers can best be protected and advanced by their united action in one International Union, we have organized the Service Employees International Union and have adopted the following Constitution:

## SEIU MISSION STATEMENT

We are the Service Employees International Union, an organization of more than 1 million members united by the belief in the dignity and worth of workers and the services they provide and dedicated to improving the lives of workers and their families and creating a more just and humane society.

We are public workers, health care workers, building service workers, office workers, professional workers, and industrial and allied workers. We seek a stronger union to build power for ourselves and to protect the people we serve.

People of every race, ethnicity, religion, age, physical ability, gender, gender expression and sexual orientation, we are the standard-bearers in the struggle for social and economic justice begun nearly a century ago by janitors who dared to dream beyond their daily hardships and to organize for economic security, dignity and respect.

Our vision is of a society:

Where all workers and their families live and work in dignity.

Where work is fulfilling and fairly rewarded.

Where workers have a meaningful voice in decisions that affect them.

Where workers have the opportunity to develop their talents and skills.

Where the collective voice and power of workers is realized in democratic and progressive unions.

Where union solidarity stands firm against the forces of discrimination and hate and the unfair employment practices of exploitative employers.

Where government plays an active role in improving the lives of working people.

To achieve this vision:

We must organize unorganized service workers, extending to them the gains of unionism while securing control over our industries and labor markets.

We must build political power to ensure that workers' voices are heard at every level of government to create economic opportunity and foster social justice.

We must provide meaningful paths for member involvement and participation in strong, democratic unions.

We must develop highly trained and motivated leaders at every level of the union who reflect the membership in all its diversity.

We must bargain contracts that improve wages and working conditions, expand the role of workers in workplace decision-making, and build a stronger union.

We must build coalitions and act in solidarity with other organizations who share our concern for social and economic justice.

We must engage in direct action that demonstrates our power and our determination to win.

To accomplish these goals we must be unified—inspired by a set of beliefs and principles that transcends our social and occupational diversity and guides our work. We believe we can accomplish little as separate individuals, but that together we have the power to create a just society.

We believe unions are the means by which working people build power—by which ordinary people accomplish extraordinary things.

We believe our strength comes from our unity, and that we must not be divided by forces of discrimination based on gender, race, ethnicity, religion, age, physical ability, sexual orientation or immigration status.

We believe our power and effectiveness depend upon the active participation and commitment of our members, the development of our leaders, and solidarity with each other and our allies.

We believe we have a special mission to bring economic and social justice to those most exploited in our community—especially to women and workers of color.

We believe our future cannot be separated from that of workers in other parts of the world who struggle for economic justice, a decent life for their families, peace, dignity and democracy.

We believe unions are necessary for a democratic society to prevail, and that unions must participate in the political life of our society.

We believe we have a moral responsibility to leave the world a better place for our children—and everyone's children.

## Article I
## NAME

This organization shall be known as the Service Employees International Union, CTW, CLC, and shall consist of an unlimited number of Local Unions chartered by it, and the membership thereof, and such affiliated bodies as may be established from time to time. In order to add the strength of this great union to the efforts of its members at every level of the Union, the name of every Local Union and affiliated body shall begin with "SEIU." This change shall be implemented by 2004.

*Name and organization*

## Article II
## OBJECTS AND PURPOSES

The objects and purposes of this International Union shall be to benefit its members and improve their conditions by every means, including but not limited to:

*Goals of the union*

**A.** Securing of economic advantages, including better wages, hours and working conditions, through organization, collective bargaining, legislative and political action, and the utilization of other lawful means;

**B.** By organizing and uniting in this International Union all working men and women eligible for membership herein;

*Organizing*

**C.** By engaging in all such civic, social, political, legal, economic, cultural, educational, charitable, and other activities, whether on local, national, or international levels, as will advance this International Union's standing in the community and in the labor movement and further the interests of this organization and its membership, directly or indirectly;

*Wide range of activities*

**D.** By advancing and strengthening the rights of working men and women to bargain collectively;

*Collective bargaining*

**E.** By providing benefits and advantages to individual union members, officers, and employees through education, training, access to new technology, pensions, death and welfare benefits;

*Benefits*

**F.** By helping Local Unions to share experiences, pool resources, learn from each other's best practices, and be accountable to each other;

**G.** By cooperating with and assisting, by moral, monetary or other means, other labor organizations, whether or not affiliated with this International Union, or any other groups or organizations, having objectives which are in any way related or similar to those of this International Union, or which are of a nature ben-

*Cooperation with other organizations*

eficial to this International Union or to its members, directly or indirectly;

*Safeguarding*
*the union*

**H.** By strengthening and safeguarding this International Union by every lawful means so that it may carry out its purposes, objects and obligations;

*Financial goals*

**I.** By utilizing, in every lawful way, including but not limited to every kind of use, expenditure and investment, the property and funds of this International Union, in order to achieve its purposes and objects and perform its obligations, and for such other purposes directly or indirectly furthering the interests of this International Union and its members; and

*Affiliations*

**J.** By affiliating workers in independent organizations through agreements which recognize the long history, unique needs and traditions, and successes of such organizations, and making every effort possible to provide such organizations the same types of services which have benefited our existing members.

## Article III
## JURISDICTION AND MEMBERSHIP

*Jurisdiction*

**Section 1.** The International Union shall be composed of and have jurisdiction over its affiliated bodies and all Local Unions composed of working men and women who are employed or engaged in any phase of private, nonprofit or public employment, including without limitation employees of colleges, schools or universities, public employers (including cities, counties, states, provinces, territories, commonwealths, governmental districts, federal agencies and multiple agencies or authorities and any subdivisions thereof), institutions or agencies, hospitals, nursing homes or other health facilities, and private and public utilities, department stores, industrial plants, law enforcement agencies, insurance companies and all employees thereof including clericals, technicians, professionals, paraprofessionals and paramedicals, or those who are engaged in maintenance, sales, servicing, protection or operation of all types of institutions, buildings or structures, commercial, mercantile or other establishments, edifices and grounds, and their environs, whether private, public or nonprofit, and all categories of employees therein and thereabout, including places of assembly, amusement, recreation, entertainment and the presentation of sporting events.

*Power to*
*construe*
*jurisdiction*

The International President is empowered to construe the jurisdiction above defined to embrace all classifications of workers within any establishment anywhere in the world.

*Authority of*
*international*
*union*

**Section 2(a).** The International Union shall have jurisdiction over the Local Unions and their members and over all affiliated bodies.

*Affiliated*
*bodies defined*

**(b).** The term "affiliated bodies" shall include State and Provincial Councils, Joint Councils, Service Councils, area, regional, or industry Conferences and Divisions, organizing

committees, and provisional locals, and such other bodies on the local, national or international level as the International Union shall from time to time establish, but shall not include Local Unions. The term "Local Union" shall not include any other affiliated body.

**Section 3(a).** Any person employed in any employment over which this International Union claims or exercises jurisdiction shall be eligible to be considered for membership in the International Union, a Local Union, organizing committee, provisional local or other authorized body of this organization. A Local Union may adopt additional membership requirements in the Local Union's Constitution and Bylaws. Jurisdiction may also be construed as including service within a Local Union or affiliated body of the International Union but each Local Union shall have the option to determine whether a person with such service may be eligible for membership in the Local Union. The International Executive Board may set eligibility requirements and other criteria (including rates of dues) for associate members and other special categories of membership in the International or in affiliated bodies established in accordance with this Constitution.

*Eligibility for membership*

**(b).** Self-employed individuals doing work within the jurisdiction of this International Union may be eligible for membership in Local Unions, subject to any additional requirements provided for in a Local Union's Constitution and Bylaws, but unless a Local is entirely composed of such self-employed workers, they shall not be eligible for election as Executive Officers of the Local nor shall they be permitted to vote on acceptance or rejection of proposed collective bargaining agreements to cover the conditions of employment of other than self-employed workers. The International President shall have the right to make all necessary rules and regulations respecting self-employed workers, under the jurisdiction of this International Union.

*Self-employed members*

**(c).** With the approval of the International Union, Local Unions may establish different categories of membership and rates of dues for persons represented and not represented by the Local Union for collective bargaining purposes including, but not limited to, life members, retired members and associate members.

*Membership categories authorized*

**(d).** Any dispute respecting membership or eligibility for membership shall be decided by the International President, with the Local Union or the applicant having a right to appeal his or her decision to the International Executive Board, in writing, within 10 days after notice of said decision is received.

*Membership disputes*

**Section 4.** No member shall discriminate or advocate discrimination against any other member on the basis of race, creed, color, religion, sex, gender expression, sexual orientation, national origin, citizenship status, marital status, ancestry, age or disability.

*Discrimination forbidden*

## Article IV
## CONVENTION—REPRESENTATION THEREIN

*International conventions*

**Section 1.** The Convention of this International Union shall meet every four years and shall convene at such time and place as the International Executive Board may determine upon the recommendation of the International President.

*Special conventions*

**Section 2.** Special Conventions may be called upon order of the International Executive Board to convene at such time and place as the Board may determine, and any and all business, including appeals from suspensions and decisions of the International Executive Board, may come before such Special Convention unless specifically limited by the call. Notice of such call shall be given to each Local Union at least 60 days prior to the date of the Special Convention along with the number of delegates to which said Local Union is entitled. All other provisions of this Article shall control all Special Conventions.

*Eligibility of delegates*

**Section 3.** The International Convention shall consist of duly elected delegates from their Local Unions, and none but delegates duly elected in accordance with all applicable statutes and the provisions of this Constitution and Bylaws shall be eligible to represent any Local Union at the International Convention or be entitled to vote except that all full-time International officers shall by virtue of their office be delegates with a voice but no vote to any Convention which is held during their term of office. All officers of a Local Union elected in conformity with all applicable statutes shall by virtue of such election be considered to be eligible delegates to any International Convention which may take place during their term of office. If at the time of the receipt of the Convention call it shall appear that such number of elected officers is less than the number of delegates to which the Local Union will be entitled at an International Convention,

*Additional delegates*

then arrangements may be made at the option of the Local Executive Board for nomination and secret ballot election, if required, of an additional number of eligible members as Convention delegates. Nominees for such position, if unopposed, shall be deemed elected without necessity for further procedures. The Local Union must designate in its Constitution and Bylaws the order in which the officers would be designated as delegates and alternates if less than all the officers are entitled to go to the Convention as delegates, provided that the chief executive officer of the Local Union shall, if otherwise eligible, be deemed entitled even in the event the Local Union fails to so designate. Any Local Union may by provision in its Local Constitution and Bylaws dispense with the foregoing provision that officers of the Local Union be ex officio delegates to the International Convention and may provide for nomination and, if required, secret ballot election of such delegates. Further, subject to applicable statutes, the International Executive Board may establish representation rules for delegates from groups of associate members or other special categories of membership or locals, which shall be set forth in the notice of Convention Call for the International or Special Convention. In no event shall the

basis of representation for such groups be greater in numbers than the formula set forth in Section 4 below. Any voting rights extended to such delegates must comply with applicable law.

**Section 4.** The basis of representation shall be one delegate for 500 members or less, and one additional delegate for every additional 500 members or major fraction thereof up to 5,000 members, and then one additional delegate for every additional 1,000 members or major fraction thereof. A determination to be represented by less than a full complement of delegates shall not affect the Local Union's eligible votes. The Executive Board of a Local Union shall determine the number of delegates which shall represent it at the Convention. For the purpose of voting, the computation of membership for a Local Union shall not include life members, retired members paying less than the full dues required for working members of their Local Union, associate members or agency fee payers. *Convention representation and voting rights*

*Exclusions*

**Section 5.** In addition to the representation in Section 4, each Local Union with a retired members group of more than 500 members shall be entitled to one retired member delegate who shall serve with a voice and a vote at the Convention. Only retired members who have been members in good standing for 60 days prior to the Convention as either members, retired members, or life members of the Local Union shall serve as a retired member delegate. The retired member delegate shall be selected by the procedures provided for in the Local Union's Constitution and Bylaws for selecting such a retired member delegate or by the Local Union's Executive Board where no procedures are provided for in the Local Union's Constitution and Bylaws. The retired member delegate shall not be permitted to vote on dues or to nominate or vote for officers at the Convention. *Retired member delegates*

**Section 6.** No delegate shall be permitted to represent more than one Local Union. *No dual representation*

**Section 7(a).** No Local Union that has not been chartered, affiliated, and in good standing for at least one month prior to the opening of the Convention shall be entitled to representation in the Convention, and each Local Union to be entitled to said representation must have paid into the International treasury at least one month's per capita tax prior to the opening of the Convention. *One-month requirement*

**(b).** For a Local Union to be entitled to representation at the Convention, all moneys due the International Union, whether by per capita tax or otherwise, and due to any affiliated bodies, whether by per capita tax or otherwise, and all moneys due for any pension or welfare funds provided for in this Constitution, must be paid at least 15 days prior to the opening of the Convention. *Good standing requirement*

**Section 8.** The International Secretary-Treasurer shall issue a Call for the Convention and notify each Local Union at least 100 days prior to the date of the Convention of the number of delegates to which said Local Union is entitled, and shall furnish credential blanks in duplicate to the Local Union. Credentials issued to delegates shall bear the signatures of the President and Secretary of the Local Union. *Convention call*

*Credentials*

*Forwarding of credentials*

**Section 9.** Credentials of delegates to the International Convention must be in the hands of the International Secretary-Treasurer at least 30 days prior to the opening of the Convention. A delegate who is eligible to attend the Convention shall not be disqualified because of the failure of a Local Union officer to forward the delegate's credentials.

*Alternate delegates*

*Membership requirement*

*Exceptions*

**Section 10.** In addition to the delegates selected in the manner provided in Section 3 of this Article, a Local Union may provide for selection of such number of alternates as it may determine are reasonably required to serve if regularly elected delegates are unable to do so; such alternates shall be selected or elected in the manner provided in Section 3 of this Article. Each delegate or alternate must be a member of the Local Union employed in the jurisdiction of the Local Union. This requirement, however, shall not be construed to bar any member who is an officer or employee of the Local Union or of the International Union, or any affiliate thereof, or who is elected to public office or to a position with an organization with which this International Union is affiliated.

*Protests of delegate elections*

**Section 11.** Any member who wishes to protest the election of any delegate or the right of any Local Union officer to serve as a delegate pursuant to Article IV, Section 3, must file a written protest with the International Secretary-Treasurer within 15 days after such election or after the decision by a Local Union that no election is required pursuant to Article IV, Section 3. Any such protest shall be referred to the Credentials Committee, in care of the International Secretary-Treasurer. The Credentials Committee may waive the time limit for filing protests upon a showing that the protesting member did not know of the basis for his or her protest within sufficient time to file a timely protest and he or she filed a protest immediately upon discovery of the basis for his or her protest. The Credentials Committee shall consider all timely protests and shall include its decision on all protests in its report to the Convention. It may, in its discretion, hold a hearing on any protest upon reasonable notice to all affected parties.

*Computation of voting strength*

**Section 12.** The number of votes which each Local Union shall be entitled to vote in the Convention shall be determined by averaging the 12 most recent regular monthly per capita tax payments for members which are received by the International Union on or before December 31 of the year immediately preceding the calendar year in which the Convention is held. In the case of a newly chartered local without a twelve month payment period before December 31, the number of votes shall be determined by averaging the most recent regular monthly per capita tax payments for members received by the International before the Convention, up to a maximum of twelve months. The computation of voting strength shall not include associate members, life members or agency fee payers. Where there are two or more delegates in attendance from one Local Union, the vote shall be divided equally between them.

*Committee on credentials*

**Section 13.** The International President shall, before each Convention, appoint from the delegates-elect a committee of at least seven to act as a committee on credentials. The International President and International Secretary-Treasurer

shall be members of said committee. All credentials shall be referred to this committee. This committee shall submit its report in writing to the Convention.

**Section 14**. All Resolutions to be acted upon by the Convention proposed by a Local Union must be submitted in writing to the International Secretary-Treasurer at least 30 days prior to the Convention and unless so submitted may not be considered by the Convention except on unanimous consent of the delegates present. Resolutions may be presented to the Convention by the International Executive Board at any time during the Convention without requiring unanimous consent.

*Convention resolutions*

**Section 15**. Delegates representing one-fourth of the votes entitled to be cast at the Convention shall constitute a quorum for the transaction of business.

*Convention quorum*

**Section 16**. The rules and order of business governing the preceding Convention shall be enforced from the opening of any Convention of this International Union until new rules have been adopted by action of the Convention.

*Interim rules*

## Article V
## ELECTION OF OFFICERS

**Section 1**. All nominations for International officers shall be made in open Convention and elections shall be by roll call where there is more than one candidate for any office. The roll call shall be conducted by voice and/or open written ballot, as set forth in the Rules of the Convention. Officers shall be elected by plurality vote.

*Nomination and election of officers*

**Section 2**. No candidate (including a prospective candidate) for any International office or office in a Local Union or affiliated body or supporter of a candidate may solicit or accept financial support or any other direct or indirect support of any kind from any nonmember of the International Union.

*No nonmember support*

**Section 3**. Subject to §4 below, any member wishing to protest the election of any International Officer must file a written signed protest with the Roll Call Committee within the time specified and at the place indicated in the Rules of the Convention at which such officer was elected.

*Protests*

**Section 4**. Any delegate or member wishing to submit an election protest pertaining to any issue other than delegate credentials, candidate eligibility or the manner in which the election was conducted must file such protest within 15 days after the convention. All such protests shall be filed with the International President. The International President shall endeavor to have a hearing held within 30 days of the filing of the protest, if the International President deems a hearing to be necessary, and shall attempt to render his or her decision within 30 days thereafter. Within 15 days after the final action of the International President, a petition for review may be filed with the International Executive Board. In the alternative, the International President may forward an election protest directly to the International Executive Board for decision.

*Other election protests*

## Article VI
## OFFICERS

*International union officers*

**Section 1.** The officers of this International Union shall consist of an International President, an International Secretary-Treasurer, four full-time Executive Vice Presidents, 21 Vice Presidents (two of whom shall be members of Canadian Local Unions), and 40 Executive Board Members (two of whom shall be members of Canadian Local Unions and one of whom shall be a Retired Member). The International President, the International Secretary-Treasurer, and the four Executive Vice Presidents shall be elected at large by all delegates assembled at the International Convention. The Canadian Vice Presidents and Canadian Executive Board Members shall be elected on the following basis: A Vice President and Board Member shall be nominated and elected from all of the provinces other than the Province of Quebec. A Vice President and Board Member shall be nominated and elected from the Province of Quebec only, provided, however, that the Vice President from Quebec and the Executive Board Member from Quebec may not be members of the same Local Union. Canadian Vice Presidents and Executive Board Members shall be elected by the Canadian Council at its Convention composed of delegates elected in accordance with this Constitution and applicable law and which shall be held within 90 days prior to the International Convention at which the International Union officers are elected. The Canadian delegates shall not participate in the nomination or the election of Vice Presidents or Executive Board Members, at the Convention except for the Retired Member. All other Vice Presidents and Executive Board Members (including the Retired Member) shall be nominated and elected at large.

*Retired member*

*Canadian officers*

*IEB term of office*

**Section 2.** These officers shall constitute the International Executive Board, and their term of office shall begin immediately following their election and they shall hold office for four years or until their successors are duly elected and qualify.

*Duties*

**(a).** Each Vice President and Executive Board Member shall be responsible for such duties as assigned by the International President.

*Executive committee*

**(b).** The International President may appoint an Executive Committee from among the members of the International Executive Board. The Executive Committee shall meet at the call of the International President. The Executive Committee shall be charged with advising the International President on how best to carry out the administrative duties of his or her office, and with making recommendations to the International Executive Board on policies and programs for the International Union. The Executive Committee also may be delegated specific functions and powers of the International Executive Board under the Board's authority in Article XI, Section 6 B. Minutes of all meetings of the Executive Committee shall be kept by the International Secretary-Treasurer, who shall render reports to the International Executive Board.

*Board of auditors*

**Section 3.** Each regular Convention of this International Union shall also elect a Board of Auditors consisting of eight

members. The Board of Auditors shall examine and review the books and accounts of the International Secretary-Treasurer once during each six-month period, utilizing the assistance of Certified Public Accountants designated by the International President. Such review of the books and accounts of the International Secretary-Treasurer shall include the books respecting all properties and facilities under the custodianship of the International Secretary-Treasurer. A copy of such semiannual reports of the Board of Auditors shall be submitted to the International Executive Board. The Board of Auditors shall also give a written report to the International Convention. In the event of the unavailability or temporary disability of an Auditor, the remaining Auditors shall perform the duties set forth herein. The Auditors shall receive such per diem compensation and expense allowance as may be fixed by the International Executive Board.

**Section 4.** No person shall be eligible for office in this International Union who has not been a member in continuous good standing for at least two years immediately preceding his or her election in the International Union or Local Unions chartered by this International Union or in any labor organization which becomes affiliated with this International Union. This requirement may be reduced by the International Executive Board to no less than 60 days if necessary to expand eligibility for office to members of organizations newly associated with the International Union pursuant to Article XI, Section 6. In the case of the Retired Member position on the International Executive Board, only retired members who have been members in good standing for two years prior to the Convention as either members, retired members or life members of the Local Union shall be eligible to serve. No person who has been convicted of a felony as defined in Section 504 of the Landrum-Griffin Act (or an indictable offense in Canada) shall, in accordance with the provisions of applicable law, be eligible to hold office in this International Union.

*Qualifications for officers*

**Section 5.** No more than two members from any one local union, excluding those persons serving as full-time officers of the International Union, may serve on the Executive Board at the same time. This limitation shall be increased to five members for any Local Union with more than 200,000 members.

*Limitation*

**Section 6.** Associate members, life members or those retired members paying less than the full dues required for working members of their Local Union shall not be eligible for nomination as an International officer, except that such retired members may be eligible for the Retired Member position on the International Executive Board.

*Exclusions*

**Section 7.** No full-time officer of the International Union may receive compensation of any kind, except for benefits paid by a pension plan, from any Local Union or from any entity owned or controlled by a Local Union.

*Multiple compensation barred*

**Section 8.** The International President shall appoint a Retired Members Advisory Committee which shall consist of leaders of local union retired members groups and retired International Executive Board Members. It shall be chaired by a retired member appointed by the International President.

*Retired members advisory committee*

*Emeritus status*     **Section 9**. The future grant of emeritus status to an International officer shall be limited to an individual who has been elected as International President at no fewer than three international conventions. Such status shall entitle the individual to be an honorary guest at the SEIU International Convention and he/she may be appointed by the International President as a delegate or alternate delegate on the SEIU delegation to a national or international federation convention. Additional assignments may be made by the International President, upon mutual agreement.

## Article VII
## FILLING VACANCIES

*Filling officer vacancies*

*President*

In the event of a vacancy in the office of International President by reason of death, resignation or otherwise, it shall be the duty of the International Secretary-Treasurer, in addition to his or her other duties, to assume the duties of International President. The International Secretary-Treasurer shall serve in this capacity for a period of not longer than 30 days during which time the International Executive Board shall be convened for the purpose of filling the vacancy for the unexpired term by majority vote. In the event

*Secretary-Treasurer*

of a vacancy in the office of International Secretary-Treasurer by reason of death, resignation or otherwise, it shall be the duty of the International President, in addition to his or her other duties, to assume the duties of International Secretary-Treasurer. The International President shall serve in this capacity for a period of not longer than 60 days during which time the International Executive Board shall be convened for the purpose of filling the vacancy for the unexpired term

*Executive Vice President Vice President Auditor*

by majority vote. In the event of a vacancy among the Vice Presidents, or on the Board of Auditors, by reason of death, resignation or otherwise, the International Executive Board shall, within 90 days after such vacancy has occurred, fill the vacancy for the unexpired term by majority vote. In the event of a vacancy among the Executive Vice Presidents or

*Executive Board*

International Executive Board Members, by reason of death, resignation or otherwise, the International Executive Board may in its discretion fill such vacancy for the unexpired term by a majority vote. In the event of a concurrent vacancy in

*Concurrent vacancies*

both the office of the International President and the office of the International Secretary-Treasurer by reason of death, resignation or otherwise, the International Executive Board shall be convened in Washington, D.C., within 10 days upon the joint call of at least four International Vice Presidents for the purpose of filling the unexpired terms by majority vote. In the case of a vacancy in the office of International President, International Secretary-Treasurer or Executive Vice President, the vote of an officer on the International Executive Board (except for the full-time officers and the Retired Member) shall be proportionate to the numerical strength of his/her local, as determined by the Local's payment of per capita tax to the International Union, excluding associate members, life members, retired members paying less than the full dues required for working members of their Local Union, and agency fee payers. If more than one officer is from the same Local Union, the voting strength shall be divided equally among those officers for this purpose.

*Voting strength*

## Article VIII
## INTERNATIONAL PRESIDENT—
## DUTIES AND POWERS

**Section 1(a).** It shall be the duty of the International President to preside at the Convention of the International Union and at meetings of the International Executive Board, and conduct them in accordance with parliamentary rules and in conformity with this Constitution. The International President shall appoint all committees and boards and be a member ex officio of all committees and boards.

*Presiding officer*

*Appointment of committees, boards*

**(b).** The International President shall have the deciding vote in case of a tie on any question.

*Deciding vote*

**(c).** The International President shall act to the best of his or her ability in furthering the purposes and objects of the organization and the interests of its members.

*General responsibility*

**(d).** The International President shall have general supervision and direction over the affairs of the International Union. The International President shall be authorized to call and make arrangements for such meetings, seminars and conferences as he or she may deem necessary; and shall direct all departments, functions and programs of the International Union.

*General authority*

**(e).** The International President shall have general supervision and direction of the organizing efforts of this International Union. The International President shall have power to appoint organizers, representatives, coordinators and organizing committees and to make such loans or grant such subsidies to Local Unions and affiliated bodies as he or she deems necessary.

*Organizing authority*

**(f).** The International President shall be empowered to negotiate and enter into national, regional, or area-wide collective bargaining agreements, including companywide or multiemployer agreements, and to coordinate activities toward this end in consultation with the Local Unions involved, and is authorized to require and direct coordinated bargaining among Local Unions. An industry division of the International Union also may recommend to the International President situations in which coordinated bargaining is warranted. Accordingly, the industry divisions shall develop a process to identify such circumstances and in each case, the proposed structure for carrying out the decision-making (including membership authorization for strike action and membership voting on contract ratification), and the financing of the bargaining process itself. The division's recommendation shall address whether there is a need for the delegation of bargaining authority to the International Union or to a national or regional bargaining committee, appointed by the International President. The affected locals shall pay for the expenses of their participation after their input into the elements of such financing.

*Authority for collective bargaining*

*Coordinated bargaining process*

**(g).** The International President shall be empowered to employ necessary staff and retain counsel, accountants and other professional personnel as he or she may require to assist in the duties of the office and to fix their compensation.

*Authority to employ staff*

*Authority to set salaries*

He or she shall be empowered to fix the compensation of the International Executive Vice Presidents, International Vice Presidents and International Executive Board Members, provided, however, that all Vice Presidents shall receive equal salaries and all Executive Board Members shall receive equal salaries. Notwithstanding the above, with respect to the office of International Vice President and International Executive Board member, the International Executive Board shall implement a policy to phase out salary entitlements by no later than the 2008 Convention, and is authorized to adopt an alternative compensation policy that recognizes any financial hardship on locals by this change in policy, as well as additional responsibilities that may be assigned to particular individuals.

*Salary entitlement phase out*

*Authority on questions of law*

**(h).** The International President shall have authority to interpret this Constitution and Bylaws and to decide on all points of law submitted to him or her by Local Unions or the membership thereof, or by affiliated bodies, subject to appeal to the International Executive Board, and the next Convention.

*Right of petition to president*

**Section 2.** Any member or officer of a Local Union aggrieved by any action of his or her Local Union or affiliated body not covered by the provisions of Article XVII of this Constitution (including determinations of election protests) may petition the International President within 15 days after the act complained of, or may petition the International Executive Board, within 15 days after the action of the International President thereon, to review the action of the Local Union or affiliated body. The President will endeavor to have a hearing held within 30 days of the petition or protest, if the President deems a hearing to be necessary, and shall attempt to render his or her decision within 30 days thereafter.

*Right of appeal*

*Representing international union at conventions*

**Section 3.** The International President shall, by virtue of his or her office, represent the International Union at the Conventions of labor organizations with which this International Union is affiliated and shall appoint all other delegates to such Conventions.

*Charters, audits, and vouchers*

**Section 4.** The International President shall sign all charters and other official documents of this International Union; shall have the authority to direct an examination of the books and records of any Local Union or affiliated body; and shall draw vouchers on the International Secretary-Treasurer for such sums of money as his or her activities require, and the same shall be paid by the International Secretary-Treasurer.

*Appointment of assistants*

**Section 5.** The International President shall have power to appoint upon recommendation of the International Secretary-Treasurer such office assistants as may from time to time be required.

*Monitoring finances*

**Section 6.** All vouchers of the International Union shall be submitted to the International President for approval. The International President may at any time appoint a member of the Board of Auditors or such other representative or accountant as he or she may designate to examine into any matter affecting the finances of the International Union.

*Investigation of finances*

**Section 7(a).** Whenever the International President has reason to believe that, in order to protect the interests of the membership, it is necessary to appoint a Trustee for the purpose of correcting corruption or financial malpractice, assuring the performance of collective bargaining agreements or other duties of a bargaining representative, restoring democratic procedures, or otherwise carrying out the legitimate objects of this International Union, he or she may appoint such Trustee to take full charge and control of the affairs of a Local Union or of an affiliated body and such appointment shall have the effect of removing the officers of the Local Union or affiliated body.

*Authority to impose trusteeships*

**(b).** The Trustee shall be authorized and empowered to take full charge of the affairs of the Local Union or affiliated body and its related benefit funds, to remove any of its employees, agents and/or trustees of any funds selected by the Local Union or affiliated body and appoint such agents, employees or fund trustees during his or her trusteeship, and to take such other action as in his or her judgment is necessary for the preservation of the Local Union or affiliated body and for the protection of the interests of the membership. The Trustee shall report on the affairs/transactions of the Local Union or affiliated body to the International President. The Trustee and all of the acts of the Trustee shall be subject to the supervision and direction of the International President.

*Powers and duties of trustee*

*Responsibility to president*

**(c).** Upon the institution of the trusteeship, all moneys, books and property of the Local Union or affiliated body shall be turned over to the Trustee.

*Moneys, books, property*

**(d).** The Trustee shall be bonded for the faithful discharge of his or her duties relating to the handling of funds or other property of the Local Union or affiliated body.

*Bonding required of trustee*

**(e).** The Trustee shall take possession of all the funds, books, papers and other property of the Local Union or affiliated body. The Trustee shall pay all outstanding claims, properly proved, if funds are sufficient. When self-government is restored, the Trustee shall return all funds, books, papers and other property to the Local Union or affiliated body. If, however, the Local Union or affiliated body is dissolved by the revocation of its charter, then any balance remaining to the credit of the Local Union or affiliated body shall be forwarded to the International Secretary-Treasurer and shall become the property of the International Union.

*Financial responsibilities of trustee*

**(f).** In order to ensure that no trusteeship is imposed without an adequate right to be heard or without other appropriate safeguards, prior to the imposition of a trusteeship the International President shall appoint a hearing officer or officers (who need not be a member or members of this organization), and shall issue a notice, which shall be distributed in a timely fashion, setting a time and place for a hearing, for the purpose of determining whether a Trustee should be appointed. Said hearing officer or officers shall issue a report and recommendations, orally, or

*Procedure for imposing trusteeship*

*Appointment of hearing officer*

in writing, to the International President, who shall there-upon make his or her determination; provided that where in the judgment of the International President an emergency situation exists within the Local Union or affiliated body, a Trustee may be appointed prior to a hearing; provided fur-ther that in an emergency situation, the International Execu-tive Board shall appoint a hearing officer or officers (who need not be a member or members of the organization) who shall conduct such a hearing within 30 days after imposi-tion of the trusteeship, and a decision by the International Executive Board shall be made within 60 days after the ap-pointment of such Trustee, which decision shall be final and binding. These time limits may be extended by the Interna-tional President for good cause. Pending the International Executive Board's decision, the trusteeship shall remain in full force and effect.

*Emergency trusteeship*

(g). The International President may appoint a representa-tive to meet with the officials of Local Unions or affiliated bodies and to attend any meetings of Local Unions or af-filiated bodies where in the judgment of the International President there is a need to assist the Local Unions or affili-ated bodies with respect to their internal needs. The Inter-national President may appoint a hearing officer to examine the internal needs of the Local Union or affiliated body, and to assist him/her in determining what remedial action(s), if any, should be implemented by the Local Union or affili-ated body. At any time, the International President also may designate his/her representative as a Monitor with additional oversight responsibility to review compliance with the In-ternational President's recommendations and/or otherwise assist in addressing the internal needs of the Local Union or affiliated body. Among the internal needs to be considered is whether a Local Union or affiliated body has met applicable standards endorsed by the International Convention or satis-fied such procedures, rules and/or regulations duly adopted by the International Executive Board to carry out the goals set by the International Convention.

*President's personal representative*

*Internal needs hearing*

*Monitor*

*Compliance with applicable standards*

**Section 8**. The International President shall have power to call upon any and all officers for assistance and advice when the occasion demands or requires it.

*President's authority to call for assistance*

**Section 9**. The International President shall make a full report to each International Convention and at Executive Board meetings.

*President's duty to report*

## Article IX
## DUTIES OF THE INTERNATIONAL SECRETARY-TREASURER

**Section 1**. The International Secretary-Treasurer shall keep a correct record of all the proceedings of the International Convention and of the International Executive Board.

*Proceedings of convention, executive board*

**Section 2**. The International Secretary-Treasurer shall re-ceive and collect all moneys due to the International Union, which shall be deposited in such banks as may be designated by the International Executive Board.

*Safeguarding the moneys*

**Section 3**. The International Secretary-Treasurer shall conduct all official correspondence, receive all applications for charters, countersign and issue charters as may be granted, and have charge of the official seal.

*Charters, official seal*

**Section 4**. The International Secretary-Treasurer shall draw and sign or authorize the signing of all checks covering expenditures of the International Union, upon the co-signature or approval of the International President.

*Expenditures*

**Section 5**. The International Secretary-Treasurer shall maintain records of the membership of the International Union and shall report to the International President and the International Executive Board as required.

*Membership records*

**Section 6**. The International Secretary-Treasurer shall make a full report of all matters relating to his or her office to each International Convention.

*Convention reports*

**Section 7**. The International Secretary-Treasurer shall, at the end of his or her term of office, turn over to his or her successor in office all books, moneys, property and other belongings of the International Union.

*Obligation to successor*

**Section 8**. The books and records of the International Secretary-Treasurer shall be open for inspection by the officers of the International Union.

*Obligation to open books*

**Section 9**. The International Secretary-Treasurer shall keep all records pertaining to income, disbursements, and financial transactions of any kind for a period of at least six years, or longer if required by applicable law.

*Maintenance of union records*

## Article X
## DUTIES OF THE EXECUTIVE VICE PRESIDENTS

**Section 1**. The International Executive Vice Presidents shall work under the supervision of the International President.

*Supervision by president*

**Section 2**. The International Executive Vice Presidents shall perform such duties as are assigned to him or her by the International President.

*Duties assigned by president*

## Article XI
## DUTIES OF THE INTERNATIONAL EXECUTIVE BOARD

**Section 1**. The International Executive Board shall hold sessions at least two times within each year. The meetings of the International Executive Board shall be upon the call of the International President at times and places which, in his or her judgment, best serve the needs of the International Union. Whenever a majority of the International Executive Board requests the International President to call a meeting thereof, it shall be mandatory upon him or her to do so. All necessary expenses for such meetings shall be paid by the International Union. The International Executive Board

*Meeting requirement*

*Majority may initiate meeting*

Case 3:08-cv-01870-SC    Document 21-2    Filed 07/01/2008    Page 22 of 59

18    CONSTITUTION AND BYLAWS

*Quorum*

shall have power to transact all business of the International Union between Conventions. A majority of the members of the International Executive Board shall constitute a quorum for the transaction of its business.

*Notification to local unions*

**Section 2.** The International Secretary-Treasurer shall notify all Local Unions and affiliated bodies of the time and place of International Executive Board meetings. Any Local Union or affiliated body may present any grievance or matter which it deems to be for the welfare of the International Union or any of its Local Unions or affiliated bodies at any meeting of the International Executive Board.

*Right to present grievances*

*Right to decide appeals*

**Section 3.** The International Executive Board shall act upon and decide all appeals presented to it by Local Unions or individual members or by affiliated bodies.

*Bonding provisions*

**Section 4.** The International Executive Board shall provide for the bonding of officers and employees of the International Union in accordance with the requirements of applicable statutes or as the International Executive Board shall deem necessary.

*Polling by international president*

**Section 5.** When the International Executive Board is not in meeting and the International President deems it necessary for the International Executive Board to act promptly, the International Secretary-Treasurer shall poll the International Executive Board and such action and vote may be taken by letter, telegram, teletype, facsimile, telephone or any other appropriate means of communication. Such action so taken on vote of the majority of the International Executive Board shall constitute official action of the International Executive Board.

*Executive board is highest authority*

**Section 6.** The International Executive Board shall, subject to action of an International Convention, be the final authority and the highest governing body of this International Union.

*Duties and responsibilities*

The Board is hereby authorized and empowered to take any and all lawful action not inconsistent with this Constitution to safeguard and protect this International Union, the rights, duties and privileges of the officers and members of this International Union and its Local Unions or any of its affiliated bodies; to guide, manage, conduct and direct the activities, affairs, and functions of this International Union and to, in every way, including but not limited to expenditure, investment, and management, utilize the property and funds of this International Union towards the fulfillment of the purposes and objects of this organization. In addition to the general and specific powers conferred upon the Board elsewhere in this Constitution, and in addition to any lawful powers appertaining thereto, the Board is specifically authorized to:

*Establishment of rules and regulations*

**A.** Establish, adopt, prescribe and order such procedures, rules and regulations, consistent with this Constitution, as are required for the direction and management of the affairs of this International Union and its constituent subordinate bodies and to repeal or amend the same;

*Delegation of powers*

**B.** Delegate, consistent with this Constitution, to any of

its officers or agents any of the functions and powers herein set forth, except the power to fill vacancies in office;

**C.** Establish and/or approve the payment of salaries, wages, expenses, allowances, and disbursements for its officers, agents and employees; and adopt, maintain or amend any pension or health and welfare trust agreement or plan which it deems to be in the interest of the officers and employees of the International Union or its Local Unions or other affiliated bodies or employees represented by the International Union or any of its Local Unions or other affiliated bodies and the families of said officers and employees, provided that no accrued rights of a participant shall be impaired;

*Salaries and trusts*

**D.** Take such legal action as it deems necessary to protect the interests of this International Union, its officers, representatives, agents, employees, members, or constituent Local Unions or its affiliated bodies, including the initiation, prosecution, and defense of lawsuits and arbitrations, the settlement or compromising of any claim whether defended or prosecuted, and the payment of expenses and costs of all such proceedings and actions; or abstain from enforcing any claim;

*Authority to take legal action*

**E.** Invest or reinvest the funds of this International Union in such property, real or personal, tangible or intangible, as it shall consider desirable for the effectuation of the purposes and objects of this International Union and the interest of its members, or permit such funds to remain uninvested;

*Investment of funds*

**F.** Lease, buy, and in every lawful manner acquire, on behalf of this International Union, all property, rights, and privileges, as it shall think desirable for the effectuation of the purposes and objects of this International Union and the interests of its members, at such prices, terms and conditions as this Board shall, in its discretion, determine;

*Acquisition of property*

**G.** Sell, lease, rent, mortgage, pledge, exchange, or otherwise dispose of any property, real or personal, tangible or intangible, and any rights or privileges appertaining or belonging to or in the possession of this International Union or its membership, whenever in its discretion the Board considers that the purposes and objects of this International Union and the interests of its members will be thereby effectuated for such prices and upon such terms and conditions or for such consideration as the Board in its discretion determines;

*Disposal of property*

**H.** Obtain loans from any banks, firms, corporations or institutions, upon such terms and conditions as the Board shall determine, and for the sums so borrowed, issue its promissory notes or other evidence of indebtedness;

*Authority to borrow*

**I.** Enter into, issue and create, effectuate and terminate such mortgages, deeds, trust agreements, and negotiable instruments, however secured, as the Board in its discretion believes will effectuate the objects and purposes of this International Union and the interests of its members;

*Mortgages and trusts*

**J.** Affiliate this International Union or otherwise enter into or discontinue a relationship with such organizations and bodies, local, national and international, as the Board believes will effectuate the objects and purposes of this International Union and the interests of its members;

*Affiliations*

*Terms of affiliation*

**K.** Affiliate to this International Union by merger, partnership, alliance consolidation, charter or otherwise any existing labor organization or other organization as the Board may approve and in connection therewith may grant to such organization until the next International Convention such executive positions and/or representation on the International Executive Board in the form of additional Vice Presidents and Executive Board Members in excess of the total number provided in Article VI, Section 1. The terms and conditions of such relationships, including affiliations, partnerships, alliances mergers, or consolidations may include waiver of other provisions of this Constitution for such periods of time as shall be set forth in the agreement;

*Authority to waive constitutional provisions*

*Jurisdictional questions and agreement*

**L.** Decide questions of jurisdiction relating to Local Unions and other bodies affiliated to the International Union, and conclude organizational and jurisdictional agreements with other organizations;

*Authority to lend*

**M.** Make such loans, either direct or indirect, whether to individuals or organizations, as are lawful and not inconsistent with this Constitution, with such security and with such arrangement for repayment as the Board may deem appropriate, and as the Board considers will effectuate the purposes and objects of this International Union and the interests of its members;

*Agency and other fee procedures*

**N.** Establish, adopt and order such procedures as it deems necessary for the International Union, Local Unions, and affiliated bodies pertaining to agency shop fees, fair share fees and similar fees, and repeal or amend the same; and

*New arrangements to expand outreach*

**O.** In order to build strength for working women and men in the 21st century, the International Executive Board is authorized to enter into new types of arrangements including, but not limited to, partnerships, affiliations and/or alliances on a national or global scale, for expanding the Union's outreach to, and involvement with, organizations and people with common goals. Accordingly, the authority set forth in this Article should be broadly interpreted to carry out the intent and purpose of this mission as well as to take advantage of new opportunities available through advances in technology and the internet. In entering such arrangements, the International Executive Board may grant such waivers from the provisions of the Constitution until the next Convention as will advance this objective.

*Constitutional authority*

The International Executive Board shall be the final authority in fulfilling, interpreting and enforcing this Constitution, subject to review by an International Convention.

*Protection from liability*

The opinion of any attorney, accountant, or other professional consultant or expert hired pursuant to this Constitution shall be full and complete authority and protection with respect to any action taken, suffered or omitted by this Board or any member thereof in good faith and in accordance with such opinion. The International Executive Board, or any member of it, shall not be liable to any person or organization, for any act, which is not willful misconduct or in bad faith, done by this Board or said member in effectuation of the purposes and objects of this Constitution and the interests of the members of this organization.

## Article XII
## STRIKES AND LOCKOUTS

No Local Union or affiliated body shall strike without previous notification to the International President, or, where prior notice is not practicable, without notification as soon as possible after commencement of the strike, in which notice the Local Union or affiliated body has stated that it has complied with all applicable notice requirements. If the Local Union or the affiliated body fails to give such notice, the International President may withhold sanction for the strike called by the Local Union or affiliated body. Based on the recommendation of the industry divisions of the International Union, the International Executive Board may limit this strike notification to fewer situations.

*Strike notification requirement*

## Article XIII
## REVENUE

**Section 1(a).** The revenue of this International Union shall be derived from per capita tax, initiation fees, charter fees, assessments or from any other source that the International Executive Board may determine.

*Per capita taxes*

The per capita tax from Local Unions shall continue to be $7.50 per member per month on all dues required to be paid through the month of December 2004. On dues required to be in the month of January 2005, and thereafter per capita tax due the International Union from the Local Unions shall be $7.65.

For a retired member, associate member, or organizing committee member paying less than the full dues required for working members of his or her Local Union, the per capita shall be $1.00 per month.

*Special membership categories*

The International Union shall not set aside any segregated funds from per capita tax payments received from Local Unions on behalf of retired, associate or organizing committee members.

Upon the recommendation of the International President, the International Executive Board shall have the authority to adjust the per capita tax required from Local Unions for nonworking members, including retired members and associate members; provided, however, that notwithstanding the provisions of Article XV, Life Members granted such status pursuant to this Constitution on or before May 1, 2000, shall have no continuing dues obligations, but they shall nonetheless be eligible to enjoy all the benefits and privileges of retired members in the International Union, including continued participation in the International Union's Death Gratuity Program if otherwise eligible.

*Authority to adjust tax*

**(b).** An amount of money which shall be determined annually by the International Executive Board shall be set aside from the per capita tax and shall be expended by the International Union directly or indirectly for political education and political action purposes, but solely in accordance with the provisions of applicable law.

*Political fund*

*Strike and defense fund*

(c). The International Union shall set aside out of the per capita tax, the sum of 40 cents per member per month on all monthly dues received by the Local Union as a Strike and Defense Fund to aid Local Unions engaged in authorized strikes, in defending against lockouts, and in defending the integrity and welfare of the Local Union, as defined under criteria established by the International Secretary-Treasurer, and shall credit each Local Union with the amount which such Local Union has paid into the Strike and Defense Fund.

Such moneys shall not be set aside out of per capita tax payments received from Local Unions on behalf of retired, associate, or organizing committee members.

*Withdrawals from strike and defense fund*

Subject to the criteria established by the International Secretary-Treasurer, a Local Union may after no less than one year of contributions draw on the Strike and Defense Fund, or from such other funds of the International Union as shall be determined by the International Executive Board, to the extent of the total unexpended funds remaining to its credit, plus an additional sum equal to the amount set aside out of its required payments in the preceding 12 months. Once such an additional payment has been drawn by the Local Union, no further payment shall be made to the Local Union pursuant to this Section until an amount equal to such additional payment, plus payment for one additional year, has been again paid into the credit of such Local Union. Interest and income credited to the Strike and Defense Fund shall be used in support of strikes conducted for organizational purposes or for other defense purposes. In addition to the foregoing provisions, the International President shall in his or her discretion be authorized to return to such Local Union all or part of its Strike and Defense contributions to be used for such defense purposes or other purposes as he or she may determine. Any refund or return to a Local Union under the terms of this paragraph shall be made only once a year, after the end of such year, upon the prior request of the Local Union. The International Executive Board is authorized to direct that a Local Union's contributions to the Strike and Defense Fund be used to satisfy the Local Union's outstanding financial liability to the International Union or, pursuant to a decision of the International Executive Board after appropriate proceedings, to another affiliated body or Local Union if such liability is at least 90 days past due. In such circumstances, the Local Union will receive 15 days notice before such action is initiated.

*Discretionary refunds*

*Use of fund to satisfy outstanding liabilities*

Questions concerning the application or interpretation of this subsection shall be resolved by decision of the International Secretary-Treasurer, subject to appeal to the International Executive Board.

*Unity Fund (except Canada)*

(d). In addition to the per capita tax set forth in Section 1(a), each Local Union, except those based in Canada, shall pay to the International Union a per capita tax to finance the Unity Fund. Through the Unity Fund, all local unions will pool resources in order to have the new strength to win improved pay, benefits and security for members in the 21st century. This additional per capita tax per member per month shall be as follows:

On dues received by the Local Union in the month of January 2004, and through the month of December 2004—$4.00.

On dues received by the Local Union in the month of January 2005, and thereafter—$5.00.

*Low-wage worker*

Notwithstanding the above, this additional per capita tax for the Unity Fund shall not be paid on dues from any member who is paid gross wages of less than $433 per month. The additional per capita tax for the Unity Fund shall also not be payable on dues from members who have not achieved a first collective bargaining agreement.

*Canadian Unity Fund*

(e). Based on the recommendation of the Canadian Council, the International Executive Board may require each Local Union based in Canada to pay to the International Union a per capita tax in addition to the per capita tax set forth in Section 1(a) to finance a Canadian Unity Fund. Through this Unity Fund, all Canadian local unions will pool resources in order to have the new strength to win improved pay, benefits and security for members in the 21st century. The amount of the additional per capita tax shall be determined by the International Executive Board, based on the recommendation of the Canadian Council.

*Definition*

(f). For the purposes of this section, the term "member" shall include agency fee payer and Rand Formula payer and comparable fee payers, and the term "dues" shall include agency service fees, Rand Formula fees and comparable fees.

*Payment of dues*

**Section 2.** Dues of members are due and payable on or before the last day of the current month and in order for a member to be in good standing his or her dues must be paid on or before the last day of each month. All other financial obligations of the Local Union must likewise be paid on or before the last day of the month in which they fall due.

*Maintenance of good standing*

**Section 3.** For a Local Union to be considered in good standing, per capita tax and all other fees and payments must be paid by each Local Union to the International Union before the end of the month following the month in which the Local Union received dues or other payments on account of which per capita tax or fees are payable to the International Union. Effective January 1, 1993, if the monthly per capita tax, or any part thereof, is not submitted by the end of the month following that in which it is due, the Local Union shall be deemed delinquent in its payment and shall be charged a late payment fee, at an interest rate to be determined periodically by the International Executive Board, on that portion of the per capita tax which has not been paid by the due date, except that the International President may waive this penalty charge for good cause shown. If a Local Union fails to make the payments herein required within 30 days of the date due, the International Secretary-Treasurer shall notify the Local Union that it is no longer in good standing and shall within 30 days thereafter refer the matter to the International President for such action as the International President shall deem appropriate, including without

*Sanctions for nonpayment*

limitation, suspension of the Local Union, revocation of its charter, or the appointment of a Trustee as provided in Article VIII, Section 7 of this Constitution and Bylaws. The International President, and in the event of an appeal from his or her decision, the International Executive Board, may lift any suspension or stay revocation of the charter upon such terms and conditions as may be prescribed.

*Priority of per capita payment*

**Section 4.** No Local Union shall have any right to pay any bills before it pays its full obligation to the International Union each month.

*Reporting requirements of locals (membership lists)*

**Section 5(a).** The Local Union by its Secretary-Treasurer shall forward to the International Secretary-Treasurer the correct names and addresses (including e-mail address and phone number, if available) of all its members, and other membership information as specified by the International Executive Board. Each month it shall submit all changes of addresses; the names, addresses and Social Security or Social Insurance numbers of all members initiated or readmitted, of all other persons from whom revenue is derived, and of those suspended for nonpayment of dues or for any other cause; and a correct list of those who take transfer or withdrawal cards. In addition, the International Union must be notified of the names and addresses of all officers elected to office within 15 days of such action. The proper ZIP code shall be included for each address. Each Local Union must provide the same membership list to the State Council with which it is affiliated. Based on the recommendation of the International Secretary–Treasurer, the International Executive Board may approve a modification to this section which limits the frequency and/or content of this requirement.

*Average gross wage rate*

**(b).** Beginning in 2006, each local shall forward to the International Secretary-Treasurer, by April 1 of each year, information and supporting documentation showing the average gross wage rate of its membership for the previous calendar year. The Secretary-Treasurer may issue specific guidance on the nature of the supporting documentation required.

*Examination of local books and records*

**Section 6(a).** Local Union officers or the officers of any other affiliated body shall furnish to any person designated by the International President to examine its books and records, all of its books, records, accounts, receipts, vouchers and financial data whenever requested. All Local Unions and other affiliated bodies shall promptly forward to the International Secretary-Treasurer copies of all annual audit reports and copies of all financial reports setting forth a statement of assets and liabilities and a statement of receipts and disbursements which are required by law.

*Annual audit reports*

*Maintenance of local records*

**(b).** All records of a Local Union or other affiliated body pertaining to income, disbursements and financial transactions of any kind whatsoever must be kept for a period of at least six years or longer if required by applicable law.

*Requirements on revocation of charter*

**Section 7.** When the charter of a Local Union or other affiliated body is revoked, the Local Union or other affiliated body and its officers shall return all books, documents, property and funds to the International Union.

**Section 8.** The revenue from per capita taxes paid by Canadian Local Unions shall be spent by International Union for activities that support Canadian Local Unions.

*Canadian locals per capita*

# Article XIV
## ISSUANCE OF CHARTERS

**Section 1.** Twenty-five or more persons within the jurisdiction of this International Union may apply to the International Secretary-Treasurer for the issuance of a charter. In any event, the International President or the International Executive Board may issue a charter whenever it is deemed advisable. The application for a charter shall be accompanied by the required initiation fees and charter fee.

*Application for charter*

**Section 2.** The International Executive Board shall establish the policy and procedures governing the issuance of charters and shall determine all questions of jurisdiction between Local Unions. Local Unions in existence at the time of the formation of the International Union shall retain the jurisdiction which they held at that time. If there be any contested question in connection with the matters referred to in this Section, action of the International Executive Board shall be after a hearing upon reasonable notice before it or a hearing officer or officers (who need not be a member or members of this organization) designated by the International Executive Board.

*Chartering procedures and jurisdiction*

*Contested questions*

**Section 3.** The International Executive Board may consolidate or merge existing Local Unions under such terms and conditions as the International Executive Board may determine when in the opinion of the International Executive Board the interests and welfare of the International Union and the membership thereof will be better served by such action.

*Consolidation and merger*

**Section 4.** Such merger or consolidation of existing Local Unions shall be conditioned upon the consent of the Local Unions or shall be effectuated after a hearing upon reasonable notice before the International Executive Board or a hearing officer or officers (who need not be a member or members of this organization) designated by the International Executive Board.

*Merger hearings*

**Section 5.** The International President may designate such coordinators and establish such organizing committees or provisional Local Unions for the purpose of organizing workers, and may establish other bodies for other purposes he or she deems appropriate, with or without requiring the payment of dues, initiation fees or per capita tax, as he or she may deem advisable, and the International President shall be authorized and empowered to name provisional officers for and to expend and control the finances of such organizing committees or provisional Local Unions or other bodies. The International President shall thereafter report such matters to the International Executive Board.

*Provisional organization*

## Article XV
## DUTIES OF LOCAL UNIONS

*Bonding of locals*

**Section 1.** All Local Unions and affiliated bodies shall secure and maintain surety bonds in the amounts and the form required by applicable statutes. The International Secretary-Treasurer may direct an increase in the amount of any bond whenever he or she deems it necessary and advisable and may direct bonding by any Local Union not required by statute to secure a bond.

*Eligibility requirements for local officers*

**Section 2.** No person shall be eligible for nomination as an officer, member of the Executive Board, delegate, or any other office in a Local Union who has not been a member in continuous good standing in the Local Union for at least two years immediately preceding the nomination and has, during all of that time, paid the full dues required for working members of the Local Union within each month when due. Notwithstanding the above, a Local Union may adopt a local union bylaw that reduces this continuous good standing requirement from two years to no less than six months.

*Exclusions*

No person who has been convicted of a felony as defined in Section 504 of the Landrum-Griffin Act (or indictable offense in Canada) shall in accordance with the provisions of applicable law be eligible for nomination under the terms of this Section. If the Local Union has been chartered less than two years, the required period of continuous good standing shall be the entire time that the Local Union has been chartered.

*Waiver*

The International President may waive the foregoing requirements for good cause shown. Any Local Union may provide in its Constitution and Bylaws for further limitations upon eligibility for nomination, provided such provisions are approved by the International Union. Upon the request of a Local Union Executive Board, the International President may waive Local Union eligibility requirements for good cause shown. Associate members, life members, and those retired members paying less than the full dues required for working members of the Local Union shall not be eligible for nomination as an officer, member of the Executive Board, delegate, or any other office in the Local Union.

*Proxies, write-ins prohibited*

Proxy voting shall not be permitted in any election for an officer, member of the Executive Board, delegate or any other office in the Local Union. Write-in candidates shall not be permitted in any election for an officer, member of the Executive Board, delegate or any other office in the Local Union, except if expressly approved by the International President upon request of the Local Union Executive Board.

*Approval of local constitutions*

**Section 3.** The Constitution and Bylaws of all Local Unions and affiliated bodies and amendments thereto must be submitted to the International Union and be approved before they become valid; provided, however, that notwithstanding such approval, the Constitution and Bylaws of all Local Unions and affiliated bodies shall at all times be subordinate to the Constitution and Bylaws of the International Union as it may be amended from time to time. If a Local Union or an affiliated body shall not have secured the approval of a valid Constitution and Bylaws, the provisions

contained in the Constitution and Bylaws of the International Union as it may be amended from time to time shall govern said Local Union and affiliated body insofar as applicable. Regardless of approval, if any conflict should arise between the Constitution and Bylaws of a Local Union and affiliated bodies or any amendments thereto, and the Constitution and Bylaws of the International Union as it may be amended from time to time, the provisions of the Constitution and Bylaws of the International Union shall govern. *Priority of international constitution*

**Section 4.** Each Local Union shall provide its members upon request with a copy of the Constitution and Bylaws of the International Union and the Local Union. Copies of the International Constitution and Bylaws will be provided by the International Union to the Local Unions at cost. *Distribution of constitution*

**Section 5.** All Local Unions must provide for meetings of the membership on a general, division, chapter or worksite basis at least once every two months, except during the months of July and August. The Executive Board of each Local Union shall in any case meet at least once a month. However, if approved by the Local Union membership, the requirements of this section may be modified in the Local Union's Constitution and Bylaws. *Local meeting requirements*

**Section 6(a).** Effective January 1, 2005, for all members of Local Unions who have annual earnings of $16,000 or more, the minimum dues shall be equal to $28.00 per month. Effective January 1, 2005, for all members with annual earnings between $5,000 and $16,000, the minimum dues shall be equal to $20.00 per month. *Minimum dues*

Effective January 1, 2006, through January 1, 2008, the minimum monthly dues for all members with annual earnings between $5,000 and $16,000, shall be increased by $1.00 annually, effective January 1 of each year.

Notwithstanding the above, by action of the Local Union the minimum dues may be reduced for retired members, organizing committee members, and associate members. The Local Union may establish a minimum dues for members with annual earnings which are less than $5,000.

Upon request, these requirements may be waived by the International President, as provided in subsection 6(f) below.

**(b).** By no later than January 1, 2004, a Local Union's dues system shall not contain a maximum limitation on the dues amount per member otherwise applicable under the Local Union's dues formula. Upon request, this requirement may be waived by the International President, as provided in subsection 6(f) below provided that any maximum limitation permitted by the International President is indexed for inflation. *Maximum dues cap*

**(c).** Unless i) the Local Union is covered by an exception set forth in subsection 6(e) below, or ii) a waiver is requested from, and granted by, the International President, as provided in subsection 6(f) below, the dues rate increases required by this Section shall be as follows: *Dues increases*

As of January 1, 2005, all dues rates shall be increased by $1.00 per week.

(d).   Local Unions in which the Constitution and Bylaws provide for a dues system other than a flat rate system (eg., a scale, hourly or percentage formula system) shall increase the formula as necessary to generate an average dues increase and a dues minimum equal to the flat rates specified in this section.

*Percentage dues system*

As of January 1, 2007, every Local Union shall be required to have a membership dues system based on a percentage of monthly gross earnings.

If a Local Union's dues system is not already based on a percentage dues system, it shall convert to a percentage dues system, effective January 1, 2007. The percentage rate minimum required in converting to a percentage dues system shall be the rate that provides the Local Union with revenue equal to what it otherwise would have received under its prior dues system as of that date. The calculation of revenue otherwise receivable under the prior dues system shall be based on the Local Union's average monthly membership for the six month period from June 1, 2006, through November 30, 2006.

Upon request, this requirement may be waived by the International President, as provided in subsection 6(f) below.

Questions concerning the application or interpretation of this subsection shall be resolved by decision of the International Secretary-Treasurer, subject to appeal to the Executive Board.

*Exceptions*

(e).   There shall be no required increase in the rate of dues for i) members who earn less than $100 per week (or the monthly equivalent of $433); or ii) members who have not achieved a first collective bargaining agreement.

Local Unions in which a majority of the members are industrial and allied sector workers shall increase dues rates by 50 cents per week (or the equivalent as described in Section 6(d) effective January 1, 2001, and each January 1 thereafter continuing until 2005 unless a waiver is requested from, and granted by, the International President, as provided in subsection 6(f).

*Dues waivers*

(f).   The International President, with ratification by the International Executive Board, may waive the requirements of this section for such period as he or she deems advisable upon a showing of good cause as set forth below so long as such waiver does not impair the ability of the Local Union to properly represent its members.

In the case of mandated dues increases under subsection 6(c), such waiver may be a full or partial waiver. In the case of a partial waiver, the required dues rate increase shall be reduced to 50 cents per member per week or the equivalent as described in Section 6(d).

A full waiver may be granted to any Local Union which has established, in accordance with its Constitution and By-laws, an alternative dues structure and/or dues increases which satisfy the goals of this Section.

A partial waiver may be granted to a Local Union in which the majority of members are public sector workers and in which the average monthly dues rate is greater than $30 per month as of January 1, 2001, or beginning January 1, 2002, and continuing through January 1, 2005, to such public sector Local Union in each year in which average monthly dues are greater than $32.

Full or partial waivers of any of the requirements of this section may be granted taking into consideration the resources of the Local Union, the Local Union's dues rate, whether the Local Union has recently implemented a dues increase, the percentage of workers represented by the Local Union covered by a union security clause and the wage rate of the Local Union's members. A waiver also may be granted to Local Unions in right to work states that are engaged in active and strategic organizing efforts in accordance with approved industry division plans.

**(g).** Nothing in this Section shall apply to Local Unions based in Canada.   *Canada*

**Section 7(a).** The minimum dues of all members of any Canadian Local Union shall be $10.00 per month except that by action of a Local Union they may be reduced to not less than $2.50 per month for retired members and organizing committee members and $2.00 per month for associate members.   *Canadian local unions*

For Canadian Local Unions employing a percentage dues system, the minimum dues of all members of any Local Union shall be 1 percent of gross monthly salary per month or $10.00 per month, whichever is greater, except that by action of a Local Union they may be reduced for retired members, organizing committee members and associate members.   *Minimum dues*

The International President, with the approval of the International Executive Board, may waive these requirements for such period as he or she deems advisable as long as such waiver does not, in his or her judgment, impair the ability of the Local Union to properly represent its members.

**(b).** All dues in Canadian Local Unions shall be increased by no less than $1.00 no later than September 1, 2000, and each September 1 thereafter, continuing until September 1, 2004, unless a waiver is requested from, and granted by, the International President; provided, however, that a Local Union may delay the implementation of this increase for a period of up to four months past this date without requesting a waiver from the International Union.   *Dues Increase*

For those Canadian Local Unions employing a percentage dues system, all dues shall be increased by no less than .10 percent (one-tenth of 1 percent) no later than September 1, 2000, and each September 1 thereafter, continuing until September 1, 2004, unless a waiver is requested from, and granted by, the International President; provided, however, that a Local Union may delay the implementation of this in-

crease for a period of up to four months past this date without requesting a waiver from the International Union.

Beginning September 1, 2005, all dues in Canadian Local Unions may be increased by an amount to be set by the International Executive Board based on the recommendation of the Canadian Council.

*Dues payments, good standing*

**Section 8.** In order to be considered in good standing and to be eligible to participate in all of the gratuities and benefits of the Local Union and the International Union, members must pay on time the full dues and other payments prescribed by the Constitution of the Local Union.

*Dues credits*

**Section 9.** When a member is laid-off from employment or is absent from work due to employer lockout or union-authorized strike for more than 20 days in any calendar month, such member may be entitled, if so provided in the Local Union's Constitution and Bylaws, to credit for membership dues for the period of unemployment but not to exceed six months in any calendar year.

*Dues receipts*

**Section 10.** Each member shall be entitled to receive a proper receipt or acknowledgement for any payment of dues.

*Withdrawal cards*

**Section 11.** Any Local Union may order that withdrawal cards be taken out by members working outside the trade or jurisdiction of the Local Union.

*Notification of collective bargaining agreements*

**Section 12.** The International Union shall be notified in writing when any collective bargaining negotiations or memoranda of understanding have been concluded and be advised of the number of employees covered and the expiration date of the contract. For the purpose of maintaining a file, and for informational uses, copies of collective bargaining agreements and contracts entered into by a Local Union shall, after signing, be sent to the Research Department of the International Union. Such notification to or filing with the International Union shall not operate to impose any liability on the International Union or its officers or to make them parties to any such collective agreement or memorandum of understanding.

*No notification liability*

*Permission to conduct fund-raising*

**Section 13.** No Local Union or affiliated body or any subdivision thereof, or member or group of members, including Councils, Conferences, leagues, clubs or any association composed of members of this International Union, or subdivision thereof, shall in any manner, directly or indirectly, use, exploit, or trade upon the name of this International Union, or Local Union or affiliated body or any similar name or designation, nor in the name of this International Union or Local Union, or affiliated body, levy or collect any tax, dues, or other moneys, nor in the name of this International Union or Local Union, or affiliated body, conduct any affair or other activity for the purpose of raising funds, including programs or soliciting advertisements in any publication, either directly or indirectly, without first obtaining written permission from the International President.

*International's authority to audit*

All of the aforesaid matters covered by this Section, including without limitation funds, solicitations, gifts, and do-

nations collected in the name of this International Union, or Local Union, or affiliated body, shall at all times be subject to audit by this International Union, and all books, records and documents pertaining to matters covered by this Section shall be available for inspection, copying and audit by this International Union.

The International President shall have authority to formulate such rules and regulations as he or she deems necessary and proper to carry out the purpose of this Section.

*Authority to prescribe rule*

**Section 14.** The Executive Board of each Local Union shall appoint such committees as it deems necessary to carry out the organizing, political action, social and economic justice and retiree programs and policies of this International Union. Where a committee(s) is not appointed for a specific purpose, the Local Union Executive Board shall serve in that capacity.

*Special Committees*

**Section 15.** No Local Union shall establish its own registered federal political committee or any political candidates fund for contributions in connection with federal elections, provided, however, that the International President may in his or her discretion waive this provision or establish such conditions as the International President may deem necessary.

*PACs*

**Section 16(a).** Every Local Union shall continue to implement an annual local union organizing budget equivalent to 20 percent of the local's budget (after payment of all per capita tax obligations), to be spent consistent with the principles of the applicable industry division of the International Union. Each industry division shall submit its principles and the procedures for their enforcement for approval by the International Executive Board no later than January 2005.

*New Strength Unity standard*

**(b)** In the event that the applicable industry division of the International Union believes that a local union has failed, without good cause, to implement this 20 percent organizing budget commitment or to spend the local union's organizing budget consistent with the principles of the industry division, it may refer the matter to the International President who may designate the matter for hearing before a hearing officer appointed by the International Executive Board. Based on the hearing officer's report, the International Executive Board may order the Local Union to pay all or a portion of its next year's annual organizing budget to an organizing campaign(s) identified in the national organizing plan for that particular division.

**Section 17.** Industry Divisions of the International Union may establish additional local union performance standards, subject to their approval by the International Executive Board.

*Performance standards*

**Section 18.** Every U.S. Local Union shall contribute an annual amount equivalent to at least $7.20 per member per year to support the overall SEIU political education and action program, to be allocated between the International, state councils and local unions as determined by the International Executive Board on an annual basis. This amount

*Political action*

can be comprised of local union funds, voluntary member contributions to C.O.P.E. or a designated organization approved by the International President or a combination thereof. A goal of every local union shall be to enroll and maintain at least 20 percent of its members as voluntary participants in an employer check-off or regular deduction program assigned to SEIU C.O.P.E. or to an organization approved by the International President. All contributions to SEIU C.O.P.E. collected by local unions shall be sent to SEIU C.O.P.E. Any contributions in excess of $3.60 per member per year or such other amount as determined by the International Executive Board shall be returned to the local union for its political program.

## Article XVI
## MEMBERS' INTERESTS, TRANSFERS

*Members' interests safeguarded*

**Section 1**. No member of this International Union shall injure the interests of another member by undermining such member in connection with wages or financial status or by any other act, direct or indirect, which would wrongfully jeopardize a member's office or standing.

*Transfers from local union to local union*

**Section 2**. Any member may transfer from one Local Union to another within this International Union, subject to the approval of the Local Union into which such member seeks admission, provided there shall be no interruption of continuous payment of monthly dues if continuous good standing is to be maintained or upon presentation of a current withdrawal card.

## Article XVII
## TRIALS AND APPEALS

*Preamble*

**PREAMBLE**. In order to ensure members' protection from the filing of frivolous charges, the following procedures shall apply:

*Bases of charges for hearings or trials*

**Section 1**. Local Unions, their officers or members, and officers of any affiliated body, and officers of the International Union, as the case may be, may be charged with:

(Whenever used in this Article, the term "Local Union" shall include any affiliated body or Local Union chartered by this International Union.)

(1) Violation of any specific provision of this Constitution or of the Constitution and Bylaws of the Local Union;

(2) Violation of an oath of office;

(3) Gross disloyalty or conduct unbecoming a member;

(4) If an officer, gross inefficiency which might hinder and impair the interests of the International Union or the Local Union;

(5) Financial malpractice;

(6) Engaging in corrupt or unethical practices or racketeering;

(7) Advocating or engaging in dual unionism or secession;

(8) Violation of democratically and lawfully established rules, regulations, policies or practices of the International Union or of the Local Union.

(9) The wrongful taking or retaining of any money, books, papers or any other property belonging to the International Union or Local Union; or the wrongful destruction, mutilation or erasure of any books, records, bills, receipts, vouchers, or other property of the International Union or the Local Union;

(10) Working as a strikebreaker or violating wage or work standards established by the International Union or a Local Union; and

(11) The bringing of false charges against a member or officer without good faith or with malicious intent.

Charges must be specific and in writing.

**Section 2(a)**. Charges against any member or officer of a Local Union shall be filed in duplicate with the Secretary of the Local Union, who shall serve a copy thereof on the accused either personally or by registered or certified mail, directed to the last known address of the accused, at least 10 days before the hearing upon the charges. The charges must specify the events or acts which the charging party believes constitute a basis for charges and must state which subsection(s) of Section 1 of this Article the charging party believes has been violated. If the charges are not specific, the trial body may dismiss the charges either before or at the hearing, but the charging party shall have the right to refile more detailed charges which comply with this Section. No charges may be filed more than six months after the charging party learned, or could have reasonably learned, of the act or acts which are the bases of the charges.

*Filing charges*

*Specificity requirement*

**(b)**. The Executive Board of the Local Union shall act as or appoint the trial body, unless the Constitution and Bylaws of the Local Union provide for another trial procedure. The accused may appear in person and with witnesses to answer the charges against him or her and shall be afforded a full and fair hearing. The accused may select a member of his or her Local Union, or an attorney if the Constitution and Bylaws of the Local Union so permit, to represent the accused in the presentation of a defense.

*Trial procedure*

**(c)**. If the charges, or any portion thereof, are sustained, then the trial body shall render judgment and impose disciplinary action as provided for in this Constitution. If the charges are not sustained, the same shall be dismissed and the accused restored to full rights of membership or office in the Local Union.

*Judgment and discipline*

**(d)**. If the Constitution and Bylaws of the Local Union so provides, the decision of the trial body shall be reported to the next regular membership meeting of the Local Union for such action as is provided for in the Constitution and Bylaws of the Local Union.

*Reporting trial results*

**(e)**. If the International President believes that charges filed

*Suspension*

against an officer of a Local Union involve a situation which may seriously jeopardize the interests of the Local Union or the International Union, the International President may suspend such officer from office in the Local Union until a decision has been reached.

*Basis for original jurisdiction*

**(f)**. The International President may assume original jurisdiction:

**i.** If the Local Union, the Local Union Executive Board, a Local Union officer or a Local Union member, or members, believe that the charges filed against a member or officer of a Local Union involve a situation which may seriously jeopardize the interests of the Local Union or the International Union or that the hearing procedure of the Local Union will not completely protect the interests of a member, officer or Local Union and such party requests that the International President assume original jurisdiction.

*Procedures for original jurisdiction*

**ii.** If the International President as a result of an investigation believes that the charges filed against a member or officer involve a situation which may seriously jeopardize the interests of the Local Union or the International Union.

Upon the International President assuming original jurisdiction, the International President may remove the proceedings from the trial body of the Local Union and, upon at least 10 days notice, hold a hearing on the charges either personally or before a hearing officer or officers (who need not be a member or members of this organization) designated by the International President. The International President shall make the decision upon the record taken at the hearing and the report of the hearing officer or officers.

*Notice of charges*

**Section 3.** Charges against a Local Union or an officer of the International Union shall be filed in duplicate with the International Secretary-Treasurer, who shall serve a copy thereof upon the accused either personally or by registered or certified mail, directed to the last known address of the accused, at least 10 days before the hearing upon the charges.

*Executive board hearings*

The International Executive Board may hold a hearing on the charges either itself or before a hearing officer or officers designated by it or it may determine to dismiss the charges without the need for a hearing to be conducted. If the hearing is conducted by a hearing officer or officers, the International Executive Board shall make its decision upon the record taken at the hearing and the report of the hearing officer or officers.

*Conduct of hearings or trials*

**Section 4.** In all hearings or trials provided for herein, if the member filing charges is a member of the trial body, he or she may appear and be heard in support of the charges, but shall be ineligible to participate in the consideration of or the decision on such charges. If the accused is unable or unwilling to be present at any hearing provided for herein, a defense may be presented in writing. In default of appearance or defense, the trial body shall proceed with the hearing regardless of the absence of the accused.

*Possibility of sanctions*

**Section 5.** The trial body, after requisite due process has been afforded, may impose such penalty as it deems appropriate and as the case requires.

**Section 6.** An appeal to the International Executive Board may be taken by either the accused or the member filing the charges from any decision of a Local Union with respect to such charges, provided such decision is a final decision under the terms of the Constitution and Bylaws of the Local Union; or from a decision of the International President. Any such appeal shall be filed in writing with the International Secretary-Treasurer, by registered or certified mail, within 15 days after the decision. No specific form or formality shall be required, except that such appeal shall clearly set forth the decision being appealed and the grounds for the appeal. During the pendency of any appeal, the decision appealed from shall remain in full force, unless it is stayed by the International Executive Board. The International Executive Board may decide the appeal on the record made by the trial body or may in its discretion, upon at least 10 days notice, hear argument or hold a rehearing either itself or before a hearing officer or officers designated by it. The International Executive Board may affirm, reverse or modify the decision appealed from.

*Hearings or trial appeals*

*Manner of filing appeals*

*Determination of appeals*

**Section 7.** Appeals from any decision of the International Executive Board with respect to charges may be taken to the next Convention. Any such appeal shall be filed in the same manner and within the same time as appeals to the International Executive Board. During the pendency of such appeal, the decision appealed from shall remain in full force. The appellant shall have the right to appear before an appeals committee of the Convention and, if the appellant is a Local Union or a member appealing an expulsion from membership, shall have the right to appear before the Convention itself under such conditions and for the period of time fixed by the Convention. An individual appellant, other than one appealing an expulsion from membership, shall have the right to appear before the Convention itself only with the consent of the Convention. The action of the Convention on all appeals shall be final and binding.

*Appeals to convention*

**Section 8.** Subject to the provisions of applicable statutes, every Local Union or member or officer thereof or officer of the International Union against whom charges have been preferred and disciplinary action taken as a result thereof or who claims to be aggrieved as a result of adverse rulings or decisions rendered, agrees, as a condition of membership or affiliation and the continuation of membership or affiliation, to exhaust all remedies provided for in the Constitution and Bylaws of the International Union and the Local Union and further agrees not to file or prosecute any action in any court, tribunal or other agency until those remedies have been exhausted.

*Obligation to exhaust remedies*

**Section 9.** The SEIU Member Bill of Rights and Responsibilities in the Union shall be enforced exclusively through the procedures provided in this Article and any decision rendered pursuant to the procedures provided for herein, including any appeals, shall be final and binding on all parties and not subject to judicial review.

*Member bill of rights and responsibilities*

## Article XVIII
## AFFILIATIONS WITH INTERMEDIATE BODIES

*Obligation to affiliate*

**Section 1**. Local Unions shall affiliate with local, regional, national or international bodies, where such exist, under rules to be established by the International Executive Board. The International President may in his or her discretion waive this requirement for individual Locals for good cause.

*Establishment of intermediate bodies*

**Section 2**. The International Executive Board shall from time to time establish intermediate bodies including, but not limited to, State and Provincial Councils, and Canadian Regional Conferences as well as other bodies, when in its judgment such bodies are necessary to further the aims of the International Union and the interests of Local Unions. The International Executive Board shall establish the jurisdiction of such bodies, and shall issue rules prescribing the activities and financing of such bodies. For administrative purposes of collection and distribution, the International Executive Board may require Local Unions to forward to the International Union per capita tax payments or other financial obligations owed by the Local Union to affiliated bodies or entities. Upon receipt, the International Union shall forward such payments to the applicable affiliated body or entity.

*Local affiliation and per capita requirements*

**Section 3**. All Local Unions determined by the International Union to be within the jurisdiction of any intermediate body shall affiliate with such bodies and comply with their bylaws, including provisions in such bylaws requiring the payment of per capita taxes to the intermediate body, together with interest on late payment if so authorized by the intermediate body. The International Executive Board may in its discretion modify these requirements. Any proposal to set or change an intermediate body's per capita tax obligation or assessment shall be submitted to the International President for his/her approval prior to its submission for approval by the intermediate body. In the case of State Councils, a Local Union shall affiliate with each State Council having jurisdiction over the primary worksite(s) of its members, and shall pay each such State Council per capita tax on those members whose primary worksite is within that State Council's jurisdiction.

*Conformance to international constitution*

**Section 4**. The bylaws of such intermediate bodies shall not conflict with the Constitution and Bylaws of the International Union. Such bylaws shall provide that the number of votes a Local has in such bodies shall be proportionate to its numerical strength as determined by the payment of per capita tax, excluding associate members, life members and agency fee payers, to the intermediate body. This requirement may be waived by the International President, subject to his/her approval of an alternative voting procedure. Such bylaws and any amendments must be submitted to and approved by the International President before becoming valid. Notwithstanding such approval, each intermediate body shall resubmit its bylaws to the International President for consideration and approval within 120 days following the conclusion of each regular International Convention.

**Section 5.** The bylaws of the Regional Conferences and Joint and State Councils shall provide that all officers of a Local Union elected in conformity with all applicable statutes shall by virtue of such election be considered to be eligible delegates to any Convention of such body which may take place during their term of office. If under the rules of the particular intermediate body a Local Union is entitled to additional delegates at said Convention, then arrangements may be made at the option of the Local Union Executive Board for nomination and secret ballot election, if required, of an additional number of Convention delegates. The Local Union must designate in its own bylaws the order in which the officers would be designated as delegates if fewer than all the officers are entitled to go to the Convention as delegates, provided that the chief executive officer of the Local Union shall, if otherwise eligible, be deemed entitled even in the event the Local Union fails to so designate. Any Local Union may by provision in its Local Constitution and Bylaws dispense with the foregoing provision that officers of the Local Union be ex officio delegates to the Convention of such intermediate bodies and may provide for nomination and, if required, secret ballot election of such delegates.

*Eligibility of local officers as delegates*

*Additional delegates*

**Section 6.** No officer of an intermediate body may receive compensation of any kind from the intermediate body, except for a minimal stipend or expenses as appropriate. This limitation shall not apply to intermediate bodies in Canada.

*Restrictions on compensation*

## Article XIX
### PAYMENTS IN CONNECTION WITH DEATHS OF MEMBERS

For members of any Local Union who were in good standing in connection with this Article XIX on September 1, 1984, the Service Employees International Union Death Gratuity Program, as amended effective September 1, 1984, shall be maintained in effect for those members who meet the eligibility and participation requirements set forth in such amended Program. When the International Executive Board in its discretion determines that it is necessary or advisable to abolish, curtail or limit any payments provided for in the Program or to amend or modify any provisions governing such payments, it shall have authority to do so. The International Union shall notify each Local Union 60 days before the effective date of any changes in the provisions of the Program.

*Death gratuities*

## Article XX
### PENSION FUND FOR OFFICERS AND EMPLOYEES OF LOCAL UNIONS AND AFFILIATED BODIES

**Section 1.** The Pension Fund known as the "SEIU Affiliates' Officers and Employees Pension Fund," heretofore established pursuant to mandate of this Constitution and existing by virtue of a Trust Agreement entered into between

*Maintenance of pension fund*

the International Executive Board and the Trustees shall continue to be maintained in accordance with the terms of said Trust Agreement. The SEIU Affiliates' Officers and Employees Pension Fund shall be divided into two distinct sections, the United States Section and the Canadian Section.

*Pension sponsor*

**Section 2.** The International Union shall be the "Plan Sponsor" as that term is defined in the Employee Retirement Income Security Act of 1974.

*Executive board authority*

**Section 3.** The International Executive Board shall have the power to:

*Pension trustees*

**(a)** Designate the number and appoint all of the individual Trustees of the Pension Fund; and to remove any such Trustee and to fill any vacancy as may exist from time to time; provided, however, that at least two Trustees shall be officers or employees of Local Unions and at least two Trustees shall be members of the International Executive Board; and provided further that there shall be no less than the number of Canadian Trustees required by Canadian law.

*Agreements, amendments*

**(b)** On behalf of the International Union, enter into agreements with the Trustees to amend the Trust Agreement in such manner as it may deem necessary or desirable.

*Waiver*

**(c)** Upon recommendation of the Trustees of the Pension Fund, waive participation in, or payments in whole or in part to, the Pension Fund by any Local Union, or affiliated body, upon a finding that contributions are not advisable or are not necessary or required, and upon such terms as the International Executive Board may require, including directing that participating Local Unions remit the amount waived directly to the International for such purposes as the Board deems appropriate and

*Waivers upon merger or affiliation*

**(d)** Waive, in whole or in part, or increase the payments required by Section 8 of this Article XX, upon the merger or affiliation of any labor organization or Local Union with the International Union or any of its Local Unions, upon a finding that such action is necessary or required.

*Pension fiduciaries*

**Section 4.** The Trustees of the Pension Fund shall be the "Named Fiduciaries" as that term is defined in the Employee Retirement Income Security Act of 1974.

*Pension participation requirements*

**Section 5.** The Trustees shall be and the same are hereby empowered to adopt a Pension Plan or Plans and Rules and Regulations for the administration thereof which they deem appropriate, provided, however, that such Plan or Plans and Rules and Regulations shall, to the extent permitted by applicable law, provide that:

*Coverage*

**(a)** Only officers, full-time permanent employees who have gross compensation at an annual rate of $4,000 and part-time and temporary employees who work more than six months in any twelve-month period and who have gross annual compensation of $4,000 or more in that period shall be eligible for coverage. Gross compensation shall include only the regular salary paid by a Local Union, or affiliated body, or if accepted for participation by the Trustees, any organization related to a Local Union or affiliated body which

furthers the purposes of or benefits the membership of such Local Union or affiliated body. Gross compensation shall be defined so as to preclude the award of credits for what the Trustees may consider special or unusual compensation (as, for example, payment for attending meetings or participating in picket duty), including but not limited to part or all of any compensation as may be received from a second or additional employer. In the event that applicable law requires employee participation and/or the granting of pension credits for employment which would otherwise be precluded by the foregoing, then, in such event, the Trustees shall endeavor to limit such participation and granting of service credit in accordance with the foregoing to the extent permitted by law. *Unusual compensation precluded*

On or after January 1, 1994, the Trustees shall be empowered to adjust the $4,000 and/or the six-month contribution requirements, should the Trustees determine that said change(s) would be actuarially sound.

**(b)** Employees of related organizations may be eligible for participation in the Pension Fund subject to such Rules and Regulations as the Board of Trustees may adopt.

**Section 6.** The Board of Trustees shall have the following powers, in addition to those which may be granted to them by the Trust Agreement: *Authority of pension trustees*

**(a)** To employ the services of any actuary, legal counsel and other professional advisers as they deem necessary to assist them with the formulation of the Pension Plan or Plans, the determination and monitoring of the contribution rate to support the Plan on a sound actuarial basis and maintenance of the Pension Fund, and to pay for such services from the Pension Fund. *Employment of advisers*

**(b)** To require the Secretary-Treasurer of any Local Union or affiliated body to furnish to them such records as they may deem necessary for the proper administration of the Pension Fund. *Access to records*

**(c)** To make all necessary amendments to the Pension Plan or Plans as may be required to render the Pension Trust Fund qualified and tax exempt under applicable provisions of the Internal Revenue Code and the Income Tax Act (Canada) or which may be deemed by them to be necessary to conform the Pension Plan or Plans and Trust Fund to all other applicable laws. *Amendments to pension plan(s)*

**(d)** To provide exceptions from coverage in the case of officers or employees who are entitled to be covered under an employee pension benefit plan maintained by a public employer or public utility, under such uniform and nondiscriminatory rules as the Board of Trustees may establish, for the purpose of preventing duplication of pension coverage or benefits for such persons, if such exceptions do not conflict with applicable law or adversely affect the tax exempt status of the Pension Plan or Trust. *Exceptions from coverage*

**(e)** To increase or decrease the payments required by Section 8 of Article XX as permitted by law. *Increasing payments*

**(f)** To take all such steps as they deem necessary to effectu- *General authority*

ate the purposes of this Article XX and to protect the rights and interests of the participants of the Pension Fund.

*Safeguarding of assets*

**Section 7.** The Trustees shall keep all assets of the Pension Fund separate and distinct from all other revenue and income received by the International Union; shall transfer said Pension Fund assets to Corporate Trustee(s) or Corporate Custodian(s) which they may appoint; may remove any such Corporate Trustee(s) or Corporate Custodian(s) and appoint a successor; and may pay the fees of such Corporate Trustee(s) or Corporate Custodian(s) from the Pension Fund.

*Pension contributions*

**Section 8(a).** Subject to any changes and amendments made by the International Executive Board or the Trustees pursuant to their authority set forth herein, each Local Union and affiliated body within the United States shall pay to the Pension Fund an amount equal to 14 percent of the gross monthly compensation of each eligible officer and employee, and each Local Union and affiliated body within Canada shall pay to the Pension Fund an amount equal to 14 percent of the gross monthly compensation of each eligible officer and employee.

*Time of contribution to pension fund*

**(b)** The contribution provided for above shall be paid to the Pension Fund before the end of the month following the month in which the eligible officer or employee receives any compensation on which a pension contribution is payable. Contributions shall commence from the first date of employment of the eligible officer or employee.

*Sanctions for nonpayment*

**(c)** If a Local Union or affiliated body required to contribute to the Pension Fund fails to make payments required herein, the provision of Article XIII, Section 3 of this Constitution and Bylaws shall be applicable.

*Limitation of liability*

**Section 9.** The International Union shall indemnify all Trustees, the Fund Coordinator and Fund office employees from and against any liability which they may incur while acting in their official capacities, except for liability resulting from their gross negligence, willful misconduct, fraud or criminal act, including the cost of all legal expenses incurred in connection with the defense against any such charge.

## Article XXI
## LOCAL ENFORCEMENT OF
## INTERNATIONAL CONSTITUTION

*Obligation to enforce constitution*

Any Local Union or affiliated body willfully neglecting to enforce the provisions of this Constitution and Bylaws shall be subject to suspension or revocation of its charter or such other sanctions as may be determined by the International President.

## Article XXII
## NONLIABILITY OF INTERNATIONAL UNION

Except as is otherwise specifically provided in this Constitution, no Local Union, or affiliated body, nor any officer, employee, organizer or representative of a Local Union or affiliated body or of this International Union shall be authorized to make contracts or incur liabilities for or in the name of the International Union unless authorized in writing by the International President and the International Secretary-Treasurer, or the International Executive Board.

*Lack of authorization to obligate international*

## Article XXIII
## LITIGATION

**A.** Subject to applicable law, no member, Local Union or affiliated body shall bring any action against the International Union or any other Local Union or affiliated body or any officers thereof, with respect to any matter arising out of the affairs of the International Union or its Local Unions or affiliated bodies unless he or she has exhausted all procedures available under this Constitution and the laws promulgated thereunder. Any member, or Local Union or affiliated body, filing suit in violation of this provision may, in addition to other penalties, be ordered to reimburse the organization or officers sued for the costs and attorneys' fees expended, or a portion thereof.

*Obligation to exhaust procedural remedies*

**B.** The International Union is authorized upon affirmative vote of the International Executive Board to pay all expenses for investigation services, employment of counsel and other necessary expenditures in any cause, matter, case or cases where an International Union officer, representative, employee, agent or one alleged to have acted on behalf of the International Union is charged with any violation or violations of any law or is sued in any civil actions with respect to any matter arising out of his or her official duties on behalf of the International Union, except if such officer, representative, employee or agent is charged with a breach of trust to the International Union, or any affiliate or member thereof, in which event he or she may be indemnified only if the action is terminated favorably to him or her.

*Authority to defend*

**C.** Neither the International Union nor any of its officers shall be responsible or liable for the wrongful or unlawful acts of any Local Union or affiliated body or officers, members, or agents thereof, except where the International Union or its officers have actually participated in or actually authorized such acts, or have ratified such acts after actual knowledge thereof.

*Limitation of liability*

**D.** Only the elected officers of the International Union are authorized to be its agents for service of process. General organizers, staff members and employees of the International Union and the officers and employees of subordinate bodies are not authorized to be agents of the International Union for service of process under any circumstances.

*Service of process*

42    CONSTITUTION AND BYLAWS

## Article XXIV
## AMENDMENTS

*Amendment procedure*

This Constitution and Bylaws may be amended by action of any regular Convention of the International Union or Special Convention called for that purpose. Amendments may be proposed at such Convention in the same manner as is provided herein for the submission of Convention resolutions. A majority of the Convention votes cast on such amendment shall be necessary for adoption. Except as otherwise provided, all amendments shall be effective immediately upon adoption by the Convention.

## Article XXV
## DISSOLUTION

*Dissolution procedure*

This International Union cannot dissolve while there are seven dissenting Locals. No Local Union, provisional local or organizing committee can dissolve, secede or disaffiliate while there are seven dissenting members; no other affiliated bodies can dissolve, secede or disaffiliate while there are two dissenting Local Unions. The International Union shall be notified by registered or certified mail of any meeting, scheduled by a Local Union or affiliated body for the purpose of

*Membership vote and dissent*

taking a vote on disaffiliation from the International Union at least 60 days prior to the date of such scheduled meeting, and a representative of the International Union shall be afforded an opportunity to speak at such meeting. The International President shall direct whether the membership vote shall be conducted by secret ballot at a membership meeting and/or by mail referendum, and, if appropriate, a separate method by which dissenting Local Unions or members may assert their dissent. The vote shall be counted by an independent neutral party. In the event of secession, dissolution or disaffiliation, all properties, funds and assets, both real and personal, of such Local Union or affiliated body shall

*Reversion of property, funds*

become the property of the International Union. Under no circumstances shall any Local Union or affiliated body distribute its funds, assets or properties individually among its membership.

## Article XXVI
## SAVINGS PROVISION

*Savings provision*

If any provision of this Constitution shall be modified or declared invalid or inoperative by any competent authority of the executive, judicial or administrative branch of a state, provincial or federal government, including, but not limited to, any provision concerning dues or per capita tax, the Executive Board shall have the authority to suspend the operation of such provision during the period of its invalidity or modification and to substitute in its place and stead a provision which will meet the objections to its validity and which will be in accord with the intent and purposes of the invalid or modified provision. In the case of a challenge to a dues or

per capita tax provision, this authority shall also apply in the event the Executive Board determines that such actions are necessary at an earlier stage of judicial or administrative proceedings in order to ensure the effective implementation of the intent of the Constitutional provision at issue. If any Article or Section of this Constitution should be modified or held invalid by operation of law or by any tribunal of competent jurisdiction, the remainder of this Constitution or the application of such Article or Section to persons or circumstances, other than those as to which it has been held invalid or modified, shall not be affected thereby.

## SEIU MEMBER BILL OF RIGHTS AND RESPONSIBILITIES IN THE UNION

*Rights*

The right to have opinions heard and respected, to be informed of union activity, to be educated in union values and union skills.

The right to choose the leaders of the union in a fair and democratic manner.

The right to a full accounting of union dues and the proper stewardship over union resources.

The right to participate in the union's bargaining efforts and to approve union contracts.

The right to have members' concerns resolved in a fair and expeditious manner.

*Responsibilities*

The responsibility to help build a strong and more effective labor movement, to support the organizing of unorganized workers, to help build a political voice for working people, and to stand up for one's co-workers and all workers.

The responsibility to be informed about the internal governance of the union and to participate in the conduct of the union's affairs.

The responsibility to contribute to the support of the union.

The responsibility to treat all workers and members fairly.

The responsibility to offer constructive criticism of the union.

## SEIU MEMBER BILL OF RIGHTS AND RESPONSIBILITIES ON THE JOB

*Rights*

The right to have work that is worthwhile to society, personally satisfying to the worker, and which provides a decent standard of living, a healthy and safe workplace, and the maximum possible employment security.

The right to have a meaningful and protected voice in the design and execution of one's work and in the long-term planning by one's employer as well as the training necessary to take part in such planning.

The right to fair and equitable treatment on the job.

The right to share fairly in the gains of the employer.

The right to participate fully in the work of the union on the scope, content and structure of one's job.

44    CONSTITUTION AND BYLAWS

*Responsibilities*    The responsibility to participate in the union's efforts to establish and uphold collective principles and values for effective workplace participation.

The responsibility to recognize and respect the interests of all union members when making decisions about union goals.

The responsibility to be informed about the industry in which one works and about the forces that will affect the condition of workers in the industry.

The responsibility to participate fully in the union's efforts to expand the voice of workers on the job.

The responsibility to give fully and fairly of one's talents and efforts on the job and to recognize the legitimate goals of one's employer.

# MANUAL OF
# COMMON PROCEDURE

### INITIATION RITUAL

**PRESIDENT:** "It is my duty to inform you that the Service Employees International Union requires perfect freedom of inclination in every candidate for membership. An obligation of fidelity is required; but let me assure you that in this obligation there is nothing contrary to your civil or religious duties. With this understanding are you willing to take an obligation?"

(Answer.)

**PRESIDENT:** "You will now, each of you, raise your right hand and recite the following obligation:

### MEMBERSHIP OBLIGATION:

"I, (name) _____ , pledge upon my honor that I will faithfully observe the Constitution and Bylaws of this Union and of the Service Employees International Union.

"I agree to educate myself and other members in the history of the labor movement and to defend to the best of my ability the principles of trade unionism, and I will not knowingly wrong a member or see a member wronged if it is in my power to prevent it."

**PRESIDENT:** "You are now members of the Service Employees International Union."

### OFFICERS' INSTALLATION OBLIGATION

"I, (name) _____ , accept my responsibility as an elected officer of the Service Employees International Union and "I pledge that I will faithfully observe the Constitution and Bylaws of the Service Employees International Union.

"I pledge that I will work to the best of my ability to provide effective and responsible leadership and representation to the members, including organizing the unorganized workers within my jurisdiction.

I agree to defend the principles of trade unionism; to work to improve the lives of working people; and to help elect pro-worker politicians.

"I will not knowingly wrong a member or see a member wronged if it is in my power to prevent it."

# DEBATE

The following rules shall be used to govern debate unless the Local Union has adopted its own rules or regulations:

**Rule 1.** The regular order of business may be suspended by a vote of the meeting at any time to dispose of urgent business.

**Rule 2.** All motions (if required by the chair) or resignations must be submitted in writing.

**Rule 3.** Any conversation, by whispering or otherwise, or any other activity which is calculated to disturb or may have the effect of disturbing a member while speaking or disturb the conduct of the meeting or hinder the transaction of business shall be deemed a violation of order.

**Rule 4.** Sectarian discussion shall not be permitted in the meetings.

**Rule 5.** A motion to be entertained by the presiding officer must be seconded, and the mover as well as seconder must rise and be recognized by the chair.

**Rule 6.** Any member having made a motion can withdraw it with consent of the seconder, but a motion once debated cannot be withdrawn except by a majority vote.

**Rule 7.** A motion to amend an amendment shall be in order, but no motion to amend an amendment to an amendment shall be permitted.

**Rule 8.** A motion shall not be subject to debate until it has been stated by the chair.

**Rule 9.** A member wishing to speak shall rise and respectfully address the chair, and if recognized by the chair, he or she shall be entitled to proceed.

**Rule 10.** If two or more members rise to speak, the chair shall decide which is entitled to the floor.

**Rule 11.** Any member speaking shall be confined to the question under debate and avoid all personal, indecorous or sarcastic language.

**Rule 12.** Attending meetings under the influence of liquor or any controlled substance not lawfully prescribed is basis for removal.

**Rule 13.** No member shall interrupt another while speaking, except to a point of order, and the member shall definitely state the point, and the chair shall decide the same without debate.

**Rule 14.** Any member who is called to order while speaking shall be seated until the point of order is decided, after which, if decided in order, such member may proceed.

**Rule 15.** Any member who feels personally aggrieved by a decision of the chair may appeal such decision to the body.

**Rule 16.** When an appeal is made from the decision of the chair, the Vice President shall act as chairperson; the appeal shall be stated by the chair to the meeting in these words:

"Shall the decision of the chair be sustained as the decision of this Union?" The member will then have the right to state the grounds of appeal and the chair will give reasons for its decision; thereupon the members will proceed to vote on the appeal without further debate, and it shall require a majority vote to overrule the chair.

**Rule 17.** No member shall speak more than once on the same subject until all who wish to speak have spoken, nor more than twice without unanimous consent, nor more than five minutes at any one time without consent of a two-thirds vote of all members present.

**Rule 18.** The presiding officer shall not speak on any subject unless such officer retires from the chair, except on a point of order or to make an official report or give such advice and counsel as the interests of the organization warrant. In case of a tie the presiding officer shall have the deciding vote.

**Rule 19.** When a question is before the meeting, no motion shall be in order except:

1. To adjourn;
2. To lay the question on the table;
3. For the previous question;
4. To postpone to a given time;
5. To refer or commit;
6. To amend.

These motions shall have precedence in the above order. The first three of these motions are not debatable.

**Rule 20.** If a question has been amended, the question on the amendment shall be put first; if more than one amendment has been offered, the question shall be put as follows:

1. Amendment to the amendment.
2. Amendment.
3. Original proposition.

**Rule 21.** When a question is postponed indefinitely, it shall not come up again except by a two-thirds vote.

**Rule 22.** A motion to adjourn shall always be in order, except:

1. When a member has the floor;
2. When members are voting.

**Rule 23.** Before putting a question to vote, the presiding officer shall ask, "Are you ready for the question?" Then it shall be open for debate. If no member rises to speak or the debate is concluded, the presiding officer shall then put the question in this form: "All in favor of this motion say 'aye'"; and after the affirmative vote is expressed, "Those of the contrary opinion, say 'no'." After the vote is taken, the presiding officer shall announce the result in this manner: "It is carried [or lost] and so ordered."

**Rule 24.** Before the presiding officer declares the vote on a question, any member may ask for a division of the house. The chair is required to comply with this request. A standing vote shall thereupon be taken.

48    CONSTITUTION AND BYLAWS

**Rule 25**. When a question has been decided it can be reconsidered only by two-thirds vote of those present.

**Rule 26**. A motion to reconsider must be made and seconded by two members who voted with the majority.

**Rule 27**. A member ordered to be seated three times by the chair without complying shall be debarred from participating in any further business at that session.

**Rule 28**. All questions, unless otherwise provided, shall be decided by a majority vote.

**Rule 29**. The presiding officer of the meeting shall enforce these rules and regulations and may direct that members be removed from the meeting for violation of these rules.

### ORDER OF BUSINESS

1. Opening.
2. Roll call of officers.
3. Reading of minutes of the previous meeting.
4. Applications for membership.
5. Initiation of new members.
6. Communications and bills.
7. Reports of officers, executive board and committees.
8. Unfinished business.
9. New business.
10. Good and welfare.
11. Adjournment.

# Index

Agreements, national, regional, 13
Affiliated bodies, 4, 13-16, 18-20, 21, 22-25, 26-27, 31, 32-36, 38-41
Affiliates Officers and Employees Pension Fund, 37-40
    Contributions, 40
    International Executive Board, 38
    Liability, 40
    Participants, 38-40
    Plan sponsor, 38
    Trustees, 38-41
Affiliations, 4, 36-37
Agency and other fee procedures, 20
Amendments, to Constitution, 42
Appeals, 5, 8-9, 14-15, 18, 25, 32-35, 41
Auditors, Board of, 10-11
    Duties, 11
    Election, 10
    Vacancies, 11

Bill of Rights and Responsibilities in the Union, 35, 43
    Enforcement, 35
Bill of Rights and Responsibilities on the Job, 43-44
Bonding, 15, 18, 26
    Local unions, 26
    Trusteeship, 15

Campaign funds for elections of International and local officers, 9
Canadian officers, 10
Canadian Dues, 29-30
Canadian Unity Fund 23
Charges and violations, 32-35
Charters, 25
    Eligibility, 25
    Issuance, 25
    Provisional locals, 25
    Revocation of charters, 25
Collective Bargaining, 2, 3, 13, 30
Conferences and seminars, 13
Constitution, International, 20, 26-27, 40, 41, 42, 43
    Amendments, 42
    Distribution, 27
    Enforcement, 20, 40
    Local union, 41
    Priority of International, 27
Convention, International, 6-9, 13, 14, 35, 36, 37
    Alternate delegates, 8
    Appeals, 35
    Convention call, 6-8
    Credentials, 8
    Credentials Committee, 8-9
    Delegates, 6-9
    Dual representation barred, 7
    Eligibility of delegates, 6-7
    Eligibility of Local Unions, 7
    Exclusions, 7, 8, 9
    Frequency of, 6
    Officers, full-time International officers, 6
    Order of business, 9
    Protests, election of delegates, 8
    Quorum, 9
    Representation, 7, 8

Retired members, 7
Rules, interim, 9
Resolutions, 9
Special, 6
Votes, 7, 8, 9
Coordinated bargaining process, 13
COPE, 31, 32

Death gratuity payments, 21, 37
Debate, rules of, 46-48
Discrimination forbidden, 5
Disputes, 5, 8, 14, 15-16, 18, 20, 25, 32-35, 41
Determination by International President, 5, 14
Membership, 5
Trusteeship, 15-16
Dissolution, 24, 42
International Union, 42
Local Union, 24
Dues, 21-24, 26, 27, 28-30
Definition, 23
Due date, 23
Good standing, 7, 23, 30
Life members, 21
Local, 27-30
Minimum, 27, 29
Canadian, 29-30
U.S., 27-29
Percentage, 28
Retired members, 21, 27
Schedule for increases, 27-30

Election of International officers, 9-11
Canadian Board Members, 10
Financial, in-kind support, 9
Election protests, 9
Exclusions, 11
Limitations on running for office, 11
Nomination procedures, 9
Qualifications, 11
Eligibility, 5, 11, 26
For membership, 5-6
For International Union office, 11
For Local Union office, 26
Executive Board, International, 5, 6, 9-14, 17-25, 34, 35,  36, 37, 38, 40, 41
Affiliates Officers and Employees Pension Fund, 37-38
Affiliations, 19-20
Agency and other fee procedures, 20
Appeals, 5, 18, 35
Authority, 17-20
Bonding, 18
Charters, 25
Constitutional authority, 20
Delegation of powers, 18-19
Duties, 10-11, 17-20
Eligibility for office, 11
Executive Committee, 10-11
Expenses, 18, 19
Financial matters, 18-19
Grievances, right to present, 18
Initiation of meetings, 17-18
Jurisdiction, 20, 25
Legal action, 19
Liability, 20
Meetings, 17
Mergers, 25

Notification of Local Unions, 18
Polling by International President, 18
Quorum, 18
Reports, 11
Retired Board Member, 10
Retired Members Advisory Committee, 11
Self-employed individuals, 5
Term of office, 10
Trials and appeals, 34-35
Vacancies, 12
Executive Committee, 10
Executive Vice Presidents, International, 10, 12, 14, 17

Hearing officers, 15-16, 25, 35

Initiation fee, 21
Initiation ritual, 45
Installation obligation, officers, 45
Interests of members safeguarded, 32
Intermediate bodies, 4, 5, 36-37
Affiliations, 4, 5, 36-37
Bylaws, 36-37
Compensation, 37
Councils, area, regional, or industry, 4-5, 36
Delegates for conventions, 37
Dissolution, 42
Enforcement of International Consititution, 26-27
Executive Board functions, 10
Finances, 36-37
Local central bodies, 36-37
Voting by local unions, 37
Internal Needs Hearing, 16
International Political Education Action (IPEA) Fund, 21
International union, 1-5, 20, 21, 30-32, 38, 40, 41, 42
Activities of, 3-4
Authority of, 4-5
Goals, 1-3, 4
Jurisdiction, 4-5, 20
Litigation, 41
Name, 3, 31
Nonliability, 41
Organization of, 3
Objects and purposes, 3-4
Revenue, 21-25

Jurisdiction, 4-5, 20-22

Litigation and liability, 19, 20, 41
Authority to defend, 41
Limitation of liability, 41
Service of process, 41
Local unions, 4-6, 21-25, 26-32, 33, 41-42
Affiliates Officers and Employees Pension Fund, 37-40
Audit, 24, 30
Bonding, 26
Collective bargaining agreements, 30
Constitution, 27
Approval by International Union, 26
Distribution of International and Local Union Constitutions, 27
International Constitution prevails in dispute, 27
Delegates to convention, 6-9
Protests of election, 8
Dissolution, 24, 42
Dues, 21-25, 27-30
Minimum dues, 27, 29

Credits for out of work, 30
Dues increase schedule, 29-30
Dues waivers, 28
Duties, 26-32, 36
  Average Wage Reporting, 24
  Special Committees, 31
Election of officers, 26-27
  Election protest, 14
  Proxy and write-in ballots, 26
  Waivers of eligibility, 26
Eligibility for membership, 5
Eligibility for office, 26
Enforcement of International Constitution, 26-27, 40
Executive Board, 26, 27, 31
Good standing, 30
Litigation, 41
Meetings, 27, 45-48
Names, addresses, and Social Security or Social
Insurance numbers of members and officers, 24
Per capita tax, 21-25
Political Education Committee, 31
Protests of local officers elections, 14
Records, 24
Retired members, 12, 21, 27
Self-employed individuals, 5
Transfers, 32
Use of International Union name for fund-raising, 30
Withdrawal cards, 30

Manual of Common Procedures, 45-48
  Debates 46-48
  Initation ritual, 45
  Membership obligation, 45
  Officers' obligation, 45
  Order of business, 48
Member Bill of Rights (see Bill of Rights)
Membership, 4-5
  Categories authorized, 5
  Disputes, 5
  Eligibility, 5
  Obligations, 32, 36, 43, 44, 45
  Transfers to another local, 32
Mergers, 4, 20, 25
  Local unions, 25
  Other labor organizations, 4, 20
Mission statement, 1-3
Monitor, 16

Name, International Union, 3, 30
Nonliability of International union, 20, 41

Objects and purposes, 3-4
Officers, International union, 9-12, 13-17
(See also President, Secretary-Treasurer, Vice Presidents)
  Compensation, 11, 13-17
  Duties, 10-11
  Election, 9
  Eligibility, 11
  Emeritus status, 12
  Executive Board, 10
  Executive Committee, 10
  Term of office, 10
  Vacancies, 12
Order of business, 9, 48
Organizing Committees, 5, 25, 32

Original jurisdiction, 34
Outreach, 20

PACs, 31,32
Payments in connection with deaths of members, 37
Pension fund (see Affiliates Officers and Employees Pension Fund)
Per capita tax, 21-25
    Canada, 25
    Canadian Unity Fund, 23
    Due date, 23
    Good standing, Local Union, 23
    Local obligations, 24
    Retired members, 21
    Unity Fund, 22
Permission to conduct fund-raising, 30
Political Education Committee, 31-32
Political Action Funds, 21, 31-32
President, International, 4, 5, 9, 10-12, 13-16, 17, 21, 22, 23, 24, 25, 26, 27, 28, 29, 31, 33, 34, 35, 36, 40, 41, 42
    Agreements, 13
    Appeals to, 14
    Appointment of delegates to other labor organization
    functions, 14
    Assistance to Local Unions, 16
    Authority, responsibility, 13-16
    Conventions, 6, 9, 13, 14, 16
    Coordinated bargaining process, 13
    Disputes, 5, 14, 15-16, 34-35
    Duties, 13-16
    Election protests, Local Unions, 14
    Eligibility for office, 10-11
    Emeritus status, 12
    Finances, 13, 14-15
    Joint councils, 36-37
    Judicial powers, 14
    Local union fund-raising activities, 31, 32
    Lockouts, 21
    Master agreements, 13
    Member complaints, 14
    Organizing, 13, 25
    Original jurisdiction, 34
    Self-employed individuals, 5
    Staff, 13
    Strikes, 21
    Subsidies, 13
    Term of office, 10
    Trials and appeals, 33-35
    Trusteeships, 15-16
    Vice Presidents' and Executive Board members'
    salaries, 14
    Voting, 13
    Waivers, 22, 23, 24, 26, 28-29, 31, 36
Provisional locals, 5, 25

Qualifications for officers, 11

Records, books, maintenance of, 11, 14, 15, 17, 24, 39
Retired Board Member, 10
Retired Members Advisory Committee, 11
Retired Members, 7, 11, 12, 21, 26, 27
Revenue of International Union, 21-25
    Authority to adjust per capita, 21
    Definitions of member and dues, 24
    Dues, 21, 23, 27-29
    Good standing, locals, 23

Life members, 21
Per capita tax, 21-24
Priority of per capita payment, 24
Local Union rebates, 22
Reporting requirements and examination of
Local Union records, 24
Retired members and associate members, 21
Special funds, 21 (see individual listings)
Savings provision, 42-43
Secretary-Treasurer, International, 8, 9, 10, 11, 12, 16-17, 18, 24, 25, 26, 34, 35
Charters, seal, 17
Convention proceedings, 16
Duties, 16-17
Eligibility for office, 11
Expenditures, 17
Meetings, notification to locals, 18
Records, 17
Report to convention, 17
Safeguarding of moneys, 16
Trials and appeals, 34-35
Self-employed individuals, 5
Strike and Defense Fund, International, 22
Strikes and lockouts, 21

Transfers, 32
Trials and appeals, 32-35
Appeals, 35
Charges, 32, 33-34
Against a Local Union or officer of International Union, 34
Hearing held by International Executive Board, 34
Decisions, 33, 34
Exhaustion of remedies, 35
Filing of charges, 33
Charge must be specific, 33
Obligation to exhaust remedies, 35
Original jurisdiction, 34
Penalties, sanctions, 34
Presidential authority, 33, 34
Procedures, 32-35
Suspension of local union officers, 33-34
Time period for filing charges, 33
Trial body, 33, 34
Trusteeship, 15-16
Emergency, 16
Hearing prior to, 15, 16
Power of trustee, 15

Unity Fund, 22, 23
Canadian, 23

Vacancies, filling of, 12
Vice Presidents, International, 10, 12, 14
Compensation, 14
Duties, 10
Election, 9
Executive Committee, 10
Vacancies, 12

Withdrawal cards, 30, 32



Andrew L. Stern
International President

Anna Burger
International Secretary-Treasurer

Mary Kay Henry
International Executive Vice President

Gerry Hudson
International Executive Vice President

Eliseo Medina
International Executive Vice President

Tom Woodruff
International Executive Vice President

www.SEIU.org

§ 3513-900H wm 10406

# Exhibit 2

1   ROBERT M. WEINBERG, Esq., *pro hac vice app. pend.*
    LEON DAYAN, Esq., *pro hac vice app. pend.*
2   BREDHOFF & KAISER, P.L.L.C.
    805 15th Street N.W., Suite 1000
3   Washington, DC 20005
    Telephone: (202) 842-2600
4   Facsimile: (202) 842-1888
    email: rweinberg@bredhoff.com
5           ldayan@bredhoff.com

6   GLENN ROTHNER (CSB No. 67353)
    ROTHNER, SEGALL & GREENSTONE
7   510 South Marengo Avenue
    Pasadena, California 91101
8   Telephone:  (626) 796-7555
    Facsimile:  (626) 577-0124
9   email: grothner@rsglabor.com

10  Attorneys for Plaintiff SEIU

11

12

13                UNITED STATES DISTRICT COURT

14               CENTRAL DISTRICT OF CALIFORNIA

15                     WESTERN DIVISION

16

17  SERVICE EMPLOYEES              CASE NO.  CV08-02777 JF
    INTERNATIONAL UNION,
18                                 COMPLAINT FOR ACCOUNTING,
              Plaintiff,           PRELIMINARY AND PERMANENT
19                                 INJUNCTIVE RELIEF
         v.
20
    SAL ROSSELLI, JORGE RODRIGUEZ,
21  LORI WYMAN, JOAN EMSLIE,
    DAVID SHAPIRO, STANLEY LYLES,
22  NANCY EVANS, MARTHA
    VASQUEZ, ROSIE BYERS, and ROY
23  CHAFFEE,

24            Defendants.

25

26

27

28

FILED

2008 APR 29  AM 10: 19

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# Introduction

1.    Plaintiff Service Employees International Union ("SEIU") brings this action on behalf of itself and the members of one of its local union affiliates, SEIU United Healthcare Workers-West ("UHW-W"), to seek an accounting and the return of at least $3,000,000 that the ten defendant UHW-W officers wrongly caused to be transferred to a sham organization under their exclusive control.  The sham organization purports to be a "workers and patients education fund" organized under California nonprofit law and eligible for the charitable deduction under Internal Revenue Code § 501(c)(3), but it is neither for workers, patients nor education, and it is not charitable.  The so-called "education" fund was set up by the UHW-W president and a small handpicked subset of the union's officers, not to educate anyone, but to serve as a vehicle through with defendants could run a parallel off-the-books labor organization operated outside the reach of the democratic accountability and financial oversight controls provided for in the SEIU and UHW-W Constitutions, as well as in the Labor-Management Reporting and Disclosure Act of 1959 (LMRDA), 29 U.S.C. §§ 431 et seq.

2.    In authorizing and making the transfers of UHW-W treasury monies to the so-called "education" fund, the defendant officers breached their fiduciary duties toward UHW-W members in multiple ways.

3.    First, the defendants effectuated the transfers under false pretenses. They did so under the cover of a resolution to the UHW-W Executive Board that, as described in the Board's minutes, authorized a gift to an apparently bona fide education fund qualified to receive tax-deductible charitable contributions under Internal Revenue Code § 501(c)(3).  But the defendants knew that the recipient would not be a true educational fund and would actually be nothing more than the

1

1 vehicle described above for allowing off-the-books financing of a shadow labor

2 organization under their exclusive control.  The defendants thereby acted contrary to

3 the limited authority granted in the Executive Board's resolution.  They also intended

4 to deceive UHW-W members, because the Executive Board's minutes constitute the

5 principal means by which rank-and-file members can learn the reasons behind union

6 leaders' decisions to spend their dues monies.

7

8       4.     Furthermore, the defendants violated a provision of the UHW-W

9 Constitution which was adopted precisely to prevent the union's officers from

10 creating this type of shadow entity.

11

12       5.     In addition, the defendants violated the SEIU Constitution by

13 circumventing provisions designed to ensure that local union officers engage in

14 sound financial management practices and that local unions are subject to auditing

15 and other forms of oversight to guarantee responsible safeguarding of members'

16 dues.

17

18       6.     Although the defendants' scheme was uncovered when only $3 million

19 had been transferred to the so-called "education" fund, they actually caused the

20 UHW-W Executive Board to authorize the transfer of "up to $6 million" in UHW-W

21 dues monies — an amount that constituted nearly 40% of UHW-W's net assets.

22 Worse, the defendants planned to benefit personally from their actions.  In particular,

23 in May 2007 the defendants began to fear (contrary to fact) that SEIU was planning

24 to appoint a temporary trustee to run the affairs of the local union and remove them

25 from office; they knew that, if a trusteeship were imposed, they could not use union

26 funds to pay the legal fees to challenge the trusteeship but would have to do so with

27 their own personal funds.  Consequently, the defendants used the vehicle of

28 authorizing what appeared to be a gift to an education fund to hide from the members

1  the fact that the defendants were in effect making a gift to themselves to pay for

2  future personal legal fees.

3

4  **Jurisdiction and Venue**

5

6  7. This Court has subject matter jurisdiction over this matter pursuant to 28

7  U.S.C. §§ 1331 and 1367 and 29 U.S.C. § 185. Venue lies in this District, because

8  the defendants, in their official capacities, are officers of UHW-W, which represents

9  members in this District, has one of its two principal offices in the Western Division

10  of this District, and because defendants Rodriguez, Whyman, and Lyles, who (like all

11  the defendants) are being sued in their official and individual capacities, reside in

12  this District. Defendants Rodriguez and Lyles reside in the Western Division of this

13  District.

14

15  **Parties**

16

17  8. SEIU is an international labor organization representing employees in

18  industries affecting commerce. SEIU has approximately 160 local union affiliates,

19  including UHW-W. SEIU is headquartered in Washington, D.C., and represents

20  members in this judicial district. UHW-W is a local labor organization of the SEIU

21  that represents approximately 141,500 employees in industries affecting commerce in

22  southern and northern California. SEIU brings this action on its own behalf and in a

23  representative capacity on behalf of SEIU members within the jurisdiction of UHW-

24  W. The SEIU Constitution – which is a contract between and among SEIU, its

25  constituent local unions, and its members – authorizes the SEIU to sue in such a

26  representative capacity. In particular, the SEIU Constitution authorizes SEIU to

27  take "any and all lawful action" on behalf of itself, its members or its constituent

28  local unions, including "such legal action as it deems necessary to protect the

3

1   interests of [SEIU], [and] its members or constituent Local Unions." SEIU files this

2   action to protect the interests of UHW-W and its SEIU members in the proper

3   handling of UHW-W funds, as well as to protect the interests of SEIU itself as an

4   institution in ensuring that its local unions do not circumvent or evade SEIU's

5   auditing and other internal governance functions.

6

7       9.      Defendant Sal Rosselli is the President of UHW-W, as well as President

8   and a member of the Board of Directors of the "United Healthcare Workers and

9   Patients Education Fund," which is the so-called "education" fund described above

10  in the Introduction.

11

12      10.     Defendant Jorge Rodriguez is Executive Vice-President and a member

13  of the Executive Board of UHW-W (the second ranking position in UHW-W), as

14  well as Vice President and a member of the Board of Directors of the so-called

15  "education" fund. Upon information and belief, defendant Jorge Rodriguez resides

16  within the Western Division of the District in the City of San Dimas, Los Angeles

17  County, California.

18

19      11.     Defendant Lori Whyman is a Vice-President and a member of the

20  Executive Board of UHW-W, as well as a member of the Board of Directors of the

21  so-called "education" fund. Upon information and belief, defendant Lori Whyman

22  resides within this District in the City of Placentia, Orange County, California.

23

24      12.     Defendant Joan Emslie is Secretary-Treasurer and a member of the

25  Executive Board of UHW-W (the third-ranking position in UHW-W), as well as

26  Secretary and Treasurer and a member of the Board of Directors of the so-called

27  "education" fund.

28  / / /

4

13. Defendant David Shapiro is a Vice-President and a member of the Executive Board of UHW-W, as well as a member of the Board of Directors of the so-called "education" fund.

14. Defendant Stanley Lyles is a Vice-President and a member of the Executive Board of UHW-W, as well as a member of the Board of Directors of the so-called "education" fund. Upon information and belief, defendant Stanley Lyles resides within the Western Division of this District in the City of Simi Valley, Ventura County, California.

15. Defendant Nancy Evans is a Vice-President and a member of the Executive Board of UHW-W, as well as a member of the Board of Directors of the so-called "education" fund.

16. Defendant Martha Vasquez is a Vice-President and a member of the Executive Board of UHW-W, as well as a member of the Board of Directors of the so-called "education" fund.

17. Defendant Rosie Byers is a Vice-President and a member of the Executive Board of UHW-W, as well as a member of the Board of Directors of the so-called "education" fund.

18. Defendant Roy Chaffee is a Vice-President and a member of the Executive Board of UHW-W, as well as a member of the Board of Directors of the so-called "education" fund.

/ / /
/ / /
/ / /

5

**Facts**

19.    UHW-W was chartered by SEIU on December 6, 2004, as a result of the merger of SEIU Locals 250 and 399.   Article 4 of the UHW-W Constitution and Bylaws ("UHW-W Constitution") provides that the Local's Constitution and Bylaws "shall at all times be subordinate to the [SEIU] Constitution and Bylaws."  The SEIU Constitution and Bylaws ( "SEIU Constitution") provide at Article XV that "the Constitution and Bylaws of all Local Unions and affiliated bodies shall at all times be subordinate to the Constitution and Bylaws of [SEIU]."

20.    The SEIU Constitution contains several provisions designed to ensure that all SEIU local union officers handle the dues moneys and other union funds with which they are entrusted in accordance with accepted fiduciary and financial management standards.   For example, the SEIU Constitution requires all local unions to secure and maintain surety bonds; to maintain financial records for at least six years; and to make all of their books, records, and financial data available to SEIU auditors whenever requested by a representative of the SEIU President. [Article XIII, § 6; Article XV, §§ 1, 13].  The SEIU Constitution also prohibits local union officers from taking or retaining any money or other property of a local union or from destroying or altering local union financial records. [Article XIII, § 7]. Furthermore, the SEIU Constitution authorizes the SEIU President to correct financial malpractice or breaches of democratic procedures committed at the local union level by using a variety of enforcement tools. [Article XI, § 6; Article VIII, § 7].

21.    The UHW-W Constitution includes a provision, Article 21, designed to ensure that all local union property, other than real property, is titled only in the name of the UHW-W's full Executive Board and is dedicated solely for the joint use

6

1 of the membership. This provision serves to protect UHW-W's members by making

2 it explicit that the local union's officers cannot create captive subsidiaries or other

3 entities controlled by a subset of the local's officers to shield certain assets and

4 transactions from the ordinary auditing and oversight controls applicable to local

5 unions. The provision does not bar UHW-W from making a bona fide gift to a third

6 party organization. It does, however, bar UHW-W from transferring funds to an

7 entity that is, in substance, merely an arm of the local union itself and controlled

8 exclusively by a subset of the local union's officers and operated as a way to evade

9 the proper oversight of the local union's governance safeguards consistent with

10 federal law. Article 21 provides in pertinent part:

11

12     The title to all property, funds, and other assets of this

13     Union except for real property, which may be held by a

14     corporation created pursuant to Internal Revenue Code

15     Section 501(c)(2), shall at all times be vested in the

16     Executive Board for the joint use of the membership of this

17     Union.

18

19     22.     For reasons unknown to SEIU, in the spring of 2007 the defendants

20 evidently began to fear, contrary to fact, that SEIU was planning to impose a

21 trusteeship over UHW-W pursuant to Article VIII, § 7 (a) of the SEIU Constitution,

22 which permits SEIU's President to appoint a temporary trustee to run the affairs of a

23 local union in order to correct corruption or financial malpractice, assure the

24 performance of collective bargaining agreements, or restore democratic procedures.

25

26     23.     On May 18, 2007, the UHW-W Executive Board met in executive

27 session and then reported, in its official minutes, that it had adopted a resolution "to

28 approve up to $6 million [nearly 40% of UHW-W's net assets] to the newly-created

1  non-profit United Healthcare Workers and Patients Education Fund to provide

2  education to healthcare workers and patients concerning issues related to the

3  healthcare crisis, as well as to other issues of importance to healthcare workers and

4  their patients."  The UHW-W Executive Board at the time included about 91

5  members, including the ten defendants.

6

7      24.    On May 21, 2007, the defendants filed articles of incorporation for the

8  "United Healthcare Workers and Patients Education Fund" ("fund" or "corporation")

9  as a California Public Benefit Corporation with the California Secretary of State.

10  The articles of incorporation state at Article Two that, "The specific purposes for

11  which this corporation is organized are to educate the public, patients and Union

12  members with respect to health care issues."  Similarly, Article Four states in

13  pertinent part that, "This corporation is organized and operated exclusively for

14  educational purposes within the meaning of Section 501(c) (3) of the Internal

15  Revenue Service."  The defendants constitute the Board of Directors of the

16  corporation.

17

18      25.    On May 25, 2007, UHW-W transferred $1,000,000 from its general

19  treasury funds to the so-called "education" fund.

20

21      26.    On August 7, 2007, the defendants held the first meeting of the Board of

22  Directors of the fund and elected Sal Rosselli, UHW-W's President, as President of

23  the fund; Jorge Rodriguez, UHW-W's Vice President as Vice President of the fund;

24  and Joan Emslie, UHW-W's Secretary-Treasurer, as Secretary and Treasurer of the

25  fund.  The Board of Directors adopted Bylaws which provide in Article 2, § 1 that,

26  "The primary objectives and purposes of this corporation shall be to educate union

27  members, patients and the public with respect to health care issues."

28  / / /

8

27.     On September 5, 2007, the fund received an approval letter for a state franchise and income tax exemption from the State of California Franchise Tax Board, which letter recites that the approval is "based on information you submitted and assumes that your present operations continue unchanged or conform to those proposed in your application."

28.     On February 5, 2008, $2,000,000 more was transferred from the treasury of UHW-W to the so-called "education" fund.

29.     On March 24, 2008, SEIU informed defendant Rosselli that it had received an allegation that in the year 2007, "in clear violation of your fiduciary duties, you executed a plan to transfer significant local union treasury funds to an outside entity to evade the ongoing oversight and expenditure approvals of the UHW-W local/executive board membership as well as to circumvent other internal union governance requirements of the UHW-W and SEIU constitutions and bylaws." SEIU further alleged "that you conducted a vote of the local union executive board . . . to transfer this money outside the local union to enable possibly you or a select group of individuals to run a independent operation to subvert local union auditing functions, membership oversight, leadership decision-making or future governance actions, such as a purported threat of a trusteeship order, that might be taken under the SEIU constitutional process to safeguard the members' interests. It is alleged that this arrangement was also designed to thwart U.S. Department of Labor oversight and federal labor law restrictions on the nature, appropriateness and extent of certain future expenditures."

30.     In response to that letter, UHW-W leaders have made statements and provided information establishing that the so-called "education" fund has not been operated in a manner consistent with either the authorization language set forth in the

1  minutes of the May 18, 2007 UHW-W Executive Board meeting, or with the

2  purposes set forth in the fund's May 21, 2007 articles of incorporation.  In particular,

3  the fund has not been run either for the purpose of "provid[ing] education to

4  healthcare workers and patients concerning issues relating to the healthcare crisis, as

5  well as other issues of importance to healthcare workers and patients," or "to educate

6  the public, patients, and Union members with respect to health care issues."  Instead,

7  the fund has been operated as if it were a mere arm or alter ego of UHW-W, carrying

8  out activities that otherwise could be financed by UHW-W but doing so without the

9  democratic accountability and financial controls applicable to UHW-W's other

10 expenditures.

11

12     31.     For example, in a resolution dated March 29, 2008 the fund approved

13 the expenditure of up to $225,000  to conduct a straw poll  among UHW-W long-

14 term care members that purported to put to those members the question of whether

15 they preferred to remain within UHW-W or instead be transferred to a union

16 representing only long-term care workers.  (This February and March 2008 poll was

17 non-binding and was conducted in a deceptive manner.)  UHW-W's leaders

18 repeatedly referred to the referendum as a UHW-W internal union matter, and have

19 even gone so far as to complain that when another SEIU local union expressed

20 concerns about whether the ballot was misleading, that other local was interfering in

21 the affairs of UHW-W, not the affairs of the (then undisclosed) "education" fund.

22 Because the straw poll was a UHW-W internal matter, the expenditure of fund

23 monies to subsidize the labor organization in conducting its internal union affairs

24 was flatly inconsistent with the fund's articles of incorporation and with its status as

25 an "educational" organization qualified under § 501 (c) (3) of the Internal Revenue

26 Code to receive deductible charitable contributions.  By tapping into the "education"

27 fund to finance this union-conducted straw poll, the defendants would have been able

28 – had their actions not been brought to light as a result of SEIU's investigation – to

10

1   avoid scrutiny and accountability with regard to why they would expend so much

2   union money on a misleading straw vote of no binding effect or relevance under

3   SEIU's procedures.

4

5   32.   The so-called "education" fund was used to pay thousands of dollars of

6   fees to various consultants who appear to have generated no tangible work product,

7   except for, apparently, a 2007 speech delivered in Wisconsin by UHW-W President

8   Sal Rosselli in his capacity as UHW-W President.

9

10  33.   The fund has not been either structured or operated in a manner

11  resembling a true educational institution qualified to receive deductible charitable

12  contributions under § 501(c)(3).  Furthermore, it was never the real intent of the

13  defendants in creating the fund, or in causing UHW-W to contribute $3,000,000 to it,

14  to set up a real § 501(c)(3) educational organization for bona fide purposes.

15

16  34.   The defendants' real purpose for creating and transferring UHW-W

17  assets to the so-called "education" fund operated by this small band of individuals

18  was to establish a well-financed entity with access to a ready source of funds beyond

19  the reach of SEIU's auditing, oversight, and trusteeship powers and that could be

20  operated by free of the constraints of democratic accountability under which labor

21  organization officers must operate.  The defendants also intended to benefit

22  personally from the creation of the fund and the transfer of union assets to it.  As

23  noted, the defendants harbored the (unfounded) fear that SEIU was planning to

24  impose a trusteeship over UHW-W.  And the defendants were aware that when an

25  international union appoints a trustee to manage the affairs of a local union, any

26  displaced local union officers wishing to challenge the trusteeship will, by definition,

27  lack access to the union's funds and be required to finance their challenge with their

28  own personal funds.  To avoid facing that personal financial expense, the defendants,

11

1  in substance, transferred UHW-W treasury monies to themselves but disguised that

2  act of self-dealing by creating the sham "education" fund and making it appear in the

3  minutes of the UHW-W Executive Board's action that UHW-W's monies were being

4  transferred to a legitimate independent nonprofit educational entity.

5

6      35.    The defendants have revealed through multiple statements and through

7  multiple actions that the so-called "education" fund was set up for the purpose of

8  providing the defendants with a means of financing potential challenges to SEIU

9  actions without having to spend their own money.  Those statements and actions

10  include but are not limited to those described at paragraphs 36-38 of this complaint.

11

12      36.    Shortly after the March 24, 2008 letter from SEIU President Stern was

13  sent to UHW-W President Rosselli, Rosselli and other defendants caused a

14  "Factsheet" to be printed on UHW-W letterhead and posted on a UHW-W sponsored

15  website.  The Factsheet describes the "education" fund as a vehicle that provides

16  "opponents" of SEIU President Stern with "access to significant resources to pursue

17  an agenda that he [Stern] can't control."  That description of the fund is not

18  consistent with the authorization language in the minutes of the May 18, 2007 UHW-

19  W Executive Board meeting; that authorization language speaks of providing up to

20  six million dollars to a charitable organization established to educate the public and

21  union members on issues related to the health care crisis, not one established to

22  finance one side of an intra-union political dispute.  But the Factsheet description is

23  consistent with the proposition that the defendants' actual purpose in authorizing the

24  transfer of UHW-W moneys to the fund was to allow UHW-W's officers to place

25  money outside the reach of SEIU's oversight protections but still within the officers'

26  control so that they could finance a challenge to a potential trusteeship.

27  ///

28  ///

12

37.     On or around the same day that the Factsheet was posted on the above-referenced UHW-W sponsored website, that same website prominently featured a link to, and an approving quotation from, a weblog, or "blog" post that sought to justify the UHW-W decision to transfer substantial funds to the so-called "education" fund.  The blog post recites that the "fund established by UHW-W" was set up in order to "give members resources to resist the imposition of [a] trusteeship" and to "help members defend their rights while it remains in effect."

38.     Another communication in which the defendants revealed that the true purpose of the fund is different from the purpose set forth in the May 18, 2007 UHW-W Executive Board minutes is a letter by defendant Rosselli to SEIU President Stern dated April 3, 2008.  In that letter, Rosselli states that the fund was established to educate workers and patients about "their democratic rights under the LMRDA."  The minutes of the May 18 Executive Board meeting, however, speak only of education "concerning issues related to the healthcare crisis, as well as other issues of importance to healthcare workers and their patients."  Patients have no LMRDA rights at all.  And, by referring to issues of importance to "healthcare" workers and education concerning "the healthcare crisis," the minutes plainly convey that the authorization extends only to education with a healthcare component, not to education on matters such as LMRDA rights that have no healthcare component and as to which one's status as a healthcare or non-healthcare worker is wholly irrelevant.

39.     The purpose behind the transfer of UHW-W monies to the so-called "education" fund is not only deceptively described in the UHW-W Executive Board minutes, it is also deceptively described in the annual financial report, called the "Form LM-2," that UHW-W filed in March 2008 with the United States Department of Labor.  The Form LM-2 describes the transfer of $1,000,000 in May 2007 as an

1    "education contribution."   Further, the address listed for the Education Fund on

2    UHW-W's LM-2 report is 560 S. Winchester Blvd., Suite 100, San Jose, California

3    95128, whereas on every filing and piece of correspondence that has issued from the

4    fund, including the fund's July 2007 "Statement of Information" with the California

5    Secretary of State, the fund identifies as its address and principal office location the

6    home address of defendant Emslie.  The use of the Winchester Boulevard address

7    was part of a plan to hide from UHW-W members and other interested parties the

8    fact that the fund was under the exclusive control of a subgroup of the UHW-W

9    Executive Board and was not a bona fide independent educational fund.

10

11                          **First Claim for Relief**

12                          **Breach of Fiduciary Duty**

13

14           40.    The plaintiff incorporates by reference each of the preceding

15    paragraphs.

16

17           41.    This claim arises under the federal statutory and common law

18    concerning the governance of labor unions.

19

20           42.    29 U.S.C. § 501(a) establishes that union officers and representatives

21    occupy "positions of trust" in relation to the labor organization and its members.

22    Section 501(a) provides in pertinent part that:

23

24                  It is therefore the duty of each such person, taking into

25                  account the special problems and functions of a labor

26                  organization, to hold its money and property solely for the

27                  benefit of the organization and its members and to manage

28                  invest, and expend the same in accordance with its

                                          14

constitution and bylaws and any resolutions of the
governing bodies adopted thereunder, to refrain from
dealings with such organizations as an adverse party or in
behalf of an adverse party in any manner connected with
his duties and from holding or acquiring any pecuniary or
personal interest which conflicts with the interests of such
organization, and to account to the organization for any
profit received by him in whatever capacity in connection
with transactions conducted by him or under his direction
on behalf of the organization.

43.    A body of federal statutory and common law has developed under
§ 501(a) establishing the scope of fiduciary duties of union officers and
representatives, including the defendants, who are fiduciaries with respect to the
funds owned and held by UHW-W.  The defendants have a fiduciary duty to hold
UHW-W's money "solely for the benefit of the organization and its members,"
consistent with its own and the SEIU's Constitution and Bylaws, and not for any
other purpose.

44.    The transfer of $3,000,000 to the so-called "education" fund was a
breach of fiduciary duty for multiple reasons, including but not limited to the
following.

45.    The transfer was for a purpose inconsistent with the purpose authorized
in the May 18 UHW-W Executive Board resolution.

46.    The transfer was made in violation of Article 21 of the UHW-W
Constitution and Bylaws, which is quoted in pertinent part above.

15

47.     The transfer was made to circumvent and evade numerous provisions of the SEIU Constitution and Bylaws, including but limited to the provisions described above in paragraph 20, which establish financial control and accountability over union resources, and the financial reporting provisions of the LMRDA.

48.     The transfer was made for the purpose of personally benefitting the defendants financially, in that the defendants established the fund so that, in the event of a trusteeship, the defendants would not have to draw upon their own funds to finance a challenge the trusteeship.  The defendants thus intended when they carried out the actions described above to convert union funds to their own use in the event a trusteeship were to be imposed.

## Second Claim for Relief
### Breach of SEIU's and UHW-W's Constitution and Bylaws

49.     The plaintiff incorporates by reference each of the preceding paragraphs.

50.     The defendants have violated the SEIU Constitution by taking actions deliberately designed to circumvent and evade the SEIU Constitution's provisions that give SEIU auditing and oversight rights in connection with its local unions.  The defendants have also violated the UHW-W Constitution by causing UHW-W assets to be transferred to an entity that is not truly independent of UHW-W but that in fact is controlled by a subset of UHW-W officers and that is being used to do UHW-W business off the books and outside the purview of the financial controls and democratic accountability protections to which UHW-W members are entitled under the law and under the UHW-W and SEIU constitutions.  These actions constitute breaches of contract in violation of federal and California law.

16

**Third Claim for Relief**

**California Law Breach of Fiduciary Duty**

51.     The plaintiff incorporates by reference each of the preceding paragraphs.

52.     The defendants have breached their fiduciary duties as officers of UHW-W in violation of California law, which has caused damage to the SEIU and the members of UHW-W.

**Prayer for Relief**

Wherefore, the plaintiff respectfully requests that the Court:

1.     Impose a constructive trust over the United Healthcare Workers and Patients Education Fund under California law;

2.     Order an accounting of the funds of UHW-W that were transferred to the fund;

3.     Grant a preliminary and permanent injunction to prevent the defendants from disbursing and/or encumbering the monies held by the fund;

4.     Order the defendants to return all monies to the treasury of UHW-W and make UHW-W whole for the amounts wrongfully transferred and/or expended by the fund;

/ / /

/ / /

5.   Order the defendants to pay SEIU's reasonable attorneys' fees and costs incurred in bringing this action; and

6.   Grant such other and further relief as the Court deems just and proper.

Dated:  April 28, 2008

ROBERT M. WEINBERG,
LEON DAYAN,
BREDHOFF & KAISER, P.L.L.C.

GLENN ROTHNER,
ROTHNER, SEGALL & GREENSTONE

By_____
    GLENN ROTHNER

18

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is Paul L. Abrams.

The case number on all documents filed with the Court should read as follows:

## CV08- 2777 JFW (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division** | **[ ] Southern Division** | **[ ] Eastern Division** |
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

COPY

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
SERVICE EMPLOYEES INTERNATIONAL UNION,

**DEFENDANTS**
SAL ROSSELLI, JORGE RODRIGUEZ, LORI WYMAN, JOAN EMSLIE, DAVID SHAPIRO, STANLEY LYLES, etc. et al.

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
Los Angeles County

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
GLENN ROTHNER (CSB67353)
ROTHNER, SEGALL & GREENSTONE
510 So. Marengo Ave.
Pasadena, CA 91101-3115
(626) 7967555

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
29 U.S.C. Section 501(a); 29 U.S.C. Section 185; claims for breach of fiduciary duty under the LMRDA, breach of Union Constitution and ByLaws, and breach of fiduciary duty under California law (supplemental claim)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☒ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | | ☐ 540 Mandamus/Other | ☐ 790 Other Labor Litig. |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE/PENALTY | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | | ☐ 442 Employment | ☐ 620 Other Food & Drug | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determina-tion Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: _____

CV08-02777

CV-71 (07/05)                    CIVIL COVER SHEET                    Page 1 of 2
CCD-JS44

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b). **RELATED CASES:** Have any cases been previously filed that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above
   in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)

☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

*Los Angeles County*

List the California County, or State if other than California, in which **EACH** named defendant resides.   (Use an additional sheet if necessary).

☐ Check here if the U.S. government, its agencies or employees is a named defendant.
See attached sheet

List the **California County**, or State if other than California, in which **EACH** claim arose.   (Use an additional sheet if necessary)

**Note:** In land condemnation cases, use the location of the tract of land involved.

Santa Clara

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date 4/28/08
                                     Glenn Rothner

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

| **Defendant** | **County of Residence** |
|---|---|
| Sal Rosselli | San Francisco |
| Jorge Rodriguez | Los Angeles |
| Lori Wyman | Orange |
| Joan Emslie | Santa Clara |
| David Shapiro | El Dorado |
| Stanley Lyles | Ventura |
| Nancy Evans | Contra Costa |
| Martha Vasquez | San Joaquin |
| Rosie Byers | San Francisco |
| Roy Chaffee | Solano |

ATTACHED SHEET
CIVIL COVER SHEET

# Exhibit 3



**Stronger Together**

March 24, 2008

Sal Rosselli
President, UHW-W
SEIU Vice President
SEIU Local 2005 UHW- W
560 Thomas L. Berkley
Oakland, CA  94612-1602

<div style="margin-left:2em">

**Re:　Inquiry regarding Membership Concerns and related Constitutional Obligations**

</div>

Dear Brother Rosselli:

Recently a number of serious concerns have been raised with SEIU involving allegations against you and UHW-W pertaining to:

a) breaches of fiduciary duty and your obligations as both an international and local union officer;
b)  interference with collective bargaining rights and job security of SEIU members;
c) practices of financial irregularities at the local level; and
d) unethical conduct and circumvention of internal union democratic procedures.

I am writing to notify you of these allegations and to give you the opportunity to provide documents by March 28, 2008 that address certain of these issues and to respond to me in writing no later than April 4, 2008 on other matters.

These allegations are as follows:

**1. Creation of a shadow entity and transfer of local union treasury money to circumvent internal union governance obligations**

It is alleged that beginning as early as the fall 2007, in clear violation of your fiduciary duties, you executed a plan to transfer significant local union treasury funds to an outside entity to evade the ongoing oversight and expenditure approvals of the UHW-W local executive board/membership as well as to circumvent other internal union governance requirements of the UHW-W and SEIU constitutions and bylaws.

ANDREW L. STERN
International President

ANNA BURGER
International Secretary-Treasurer

MARY KAY HENRY
Executive Vice President

GERRY HUDSON
Executive Vice President

ELISEO MEDINA
Executive Vice President

TOM WOODRUFF
Executive Vice President

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

1800 Massachusetts Ave NW
Washington DC 20036

202.730.7000
TDD: 202.730.7481
www.SEIU.org

Sal Rosselli
March 24, 2008
Page 2

It is alleged that you conducted a vote of the local union executive board in Fall 2007 to transfer this money outside the local union to enable possibly you or a select group of individuals to run an independent operation to subvert local union auditing functions, membership oversight, leadership decision-making or future governance actions, such as a purported threat of a trusteeship order, that might be taken under the SEIU constitutional process to safeguard the members' interests. It is alleged this arrangement also was designed to thwart U.S. Department of Labor oversight and federal labor law restrictions on the nature, appropriateness and extent of certain future expenditures.

2.  **Undermining Collective Bargaining Representation at 5 Major California Nursing Home Chains**

It is alleged that you conducted secret talks with five (5) California nursing home employers covered by master agreements that are jointly represented by ULTCWU. It is also alleged that you sent reopener notices to these same employers. All such actions were taken without first obtaining the express consent of ULTCWU in breach of your obligation as a joint union representative and in flagrant disregard for the rights of these nursing home members who had voted to be part of a master agreement with joint representation within those bargaining units. (Copies of the UHW-W documents at issue are attached.) Further, when your actions were uncovered and you took certain steps to purportedly correct your actions, it is alleged that UHW-W nevertheless continues to refuse to transmit to ULTCWU the documents that UHW-W exchanged with this employer group during the secret talks.

3.  **Phony Ballot Scheme**

It is alleged that you conducted a deceptive and phony mail ballot so-called "election" among long term care members of UHW-W to deliberately mislead and scare these members about their job security and internal union rights. You provided no specific information about the other union of long term care workers on the ballot. The alleged phony ballot scheme included:

- The use of a phony so-called "Official Ballot" and outside mailing company operating under the name of "Mediation and Conciliation Services," designed to portray the election as if it were an official procedure of a state agency, whose outcome could affect SEIU members' union status and rights. (The ballot/envelope is attached, along with a letter of the official state mediation and conciliation services.)

Sal Rosselli
March 24, 2008
Page 3

- The design of ballot questions that presented false and misleading choices for the members, suggesting that they may be asked to leave SEIU and give up their rights to belong to the largest healthcare union in the nation.

- Deliberate effort to mislead members about the status of the constitutionally prescribed jurisdictional process for determining long term care jurisdiction in California, in accordance with the New Strength Unity Plan adopted by the members' delegates at the 2000 SEIU Convention and reaffirmed at the 2004 SEIU Convention - thereby subverting the constitutional democratic process.

4.    **Collusion with California Nurses Association**

It is alleged that you met in San Diego with Rose Ann DeMoro, Executive Director of the California Nurses Association, at the AFL-CIO Executive Council meeting/receptions in early March to coordinate anti-SEIU activities and to discuss an alternative union outside the SEIU. At the very same time you were having these meetings, CNA was pursuing the following attack on SEIU members and supporters:

- trying to decertify SEIU at three Catholic Healthcare West hospitals in Las Vegas, Nevada;
- launching an aggressive "vote no" campaign to sabotage the organizing campaign for 8000 healthcare workers at Catholic Healthcare Partners who were scheduled to vote on joining the SEIU in Ohio. (Earlier UHW-W representatives had called the SEIU Healthcare Organizing Director to press for details about the CHP organizing agreement.); and
- issuing a press release during the CHP "vote no" campaign at CHP hospitals that referenced a link to a public website co-sponsored by leaders of your local that contains anti-SEIU propaganda.

It is alleged that despite CNA's attack on workers' rights to organize into SEIU, you plan to continue to meet and participate with Rose Ann DeMoro in public appearances, such as the upcoming Labor Notes Conference in Detroit in April.

5.    **Developing a secret plan to destabilize and decertify bargaining units within SEIU  in breach of your fiduciary duties as an SEIU officer**

It is alleged that you have set about on a secret course of actions to possibly decertify bargaining units represented by SEIU UHW-W and form an independent union in an alliance with CNA or the AFL-CIO.

It is further alleged that you have told local union staff that you have financed an alternative plan, using local union resources, to allow you to operate outside the local

Sal Rosselli
March 24, 2008
Page 4

union if you should be removed from office through legal actions taken in compliance with the SEIU constitutional process and the LMRDA.

Finally, it is alleged that you have attempted to sabotage the Union's policies and programs by deliberately misinforming members that their right to ratify their collective bargaining agreement is being taken away by the International Union. This message was related in numerous phone calls to International Officers allegedly arranged by UHW-W and in other settings. You were asked to correct this misrepresentation, pointing out that a member's right to approve his/her contract is guaranteed in the SEIU Constitution's Member Bill of Rights and Responsibilities. It is alleged that you have taken no steps to correct this misinformation campaign.

## 6.  Chilling Membership Free Speech Rights

It is alleged that you are implementing a range of heavy-handed tactics that have the impact of chilling members' constitutional and federal rights to free speech. It is alleged that you are removing Kaiser stewards from their steward positions if they do not agree with your current convention platform.  It is alleged you have created a so-called ethics committee to threaten or carry out a purge of members who disagree with your viewpoint. It is alleged that your local union staff members are being told they cannot keep written notes of staff meetings and that you have instituted lock-downs of local union offices.

## 7.  Collusion to Undermine SEIU Affiliation Talks for Teachers in Puerto Rico

It is alleged that you have reported that you have been in contact with the Puerto Rican rival union that is attempting to undermine affiliation talks between SEIU and Asociacion de Maestros de Puerto Rico (AMPR) and its bargaining arm. Puerto Rican leaders of SEIU have discussed this affiliation with their members, and they support the affiliation of these school workers with SEIU. This alleged activity would undermine both SEIU's Public Division decisions and the decisions of the SEIU leaders in Puerto Rico.

For the time period of September 1, 2007 to date, please provide copies of all minutes of meetings of the UHW-W local union executive board (including any action taken during executive sessions) and copies of all financial records showing the transfer of money in excess of $10,000 from the local union during this period. This documentation should be provided to my office no later than close of business March 27, 2008.

Sal Rosselli
March 24, 2008
Page 5


In addition, please respond in writing to me in detail on the allegations described above by close of business, April 4, 2008.

I have asked Bob Weinberg of Bredhoff & Kaiser, SEIU's outside special counsel, to speak with your local union counsel about the importance of these matters and to assist in obtaining a prompt and thorough response.

Fraternally,

Andrew L. Stern
International President, SEIU




cc:     UHW-W Local Executive Board

**Establishment of a Coordinated Group For "Off - The -Record" Meetings With SEIU - UHW**

Subject to the following terms and conditions, the undersigned Employers propose to meet with SEIU United Healthcare Workers West on a "coordinated basis" solely to ascertain whether agreement on economic issues can be reached with respect to the Employers' expiring June 15, 2008, collective bargaining agreements:

1. All such meetings and discussions, whether jointly or individually, shall be considered by all parties to be "off-the-record". Except where the terms of this agreement are sought to be enforced, absent the written consent of all parties hereto, no party shall disclose either the existence of such discussions, or the contents thereof, to any individual or organization that is not party to the meetings or discussions nor shall such information be disclosed to the media, the National Labor Relations Board or any other governmental agency, any mediator or arbitrator, or any court of law or equity. In the event that any party is compelled to testify under threat of judicial contempt, that party shall provide notice to all other parties sufficiently in advance of any such testimony to allow proper objection to be made. No party shall rely upon the existence of these discussions or anything said during such meetings or discussions to support any unfair labor practice charge, any arbitration claim, or any judicial or other governmental/administrative complaint.

2. Any meeting or discussion held pursuant to this agreement shall not be deemed to constitute bargaining as required under the Labor Management Relations Act, as amended, and it is expressly agreed and understood that the undersigned Employers are not establishing or creating a multi-employer bargaining group or unit nor are they agreeing to bargain, at a future date, on a multi-employer or a coordinated bargaining basis.

3. It is understood that these "off-the-record" meetings are exploratory in nature for the purpose of ascertaining whether the parties can reach advance agreement on economic terms for renewal of their ongoing collective bargaining agreements. The parties agreed to limit these discussions and their respective proposals to economic issues common to all Employers.

4. Neither the establishment of this coordinated Employer group nor the Employers' or Union's consent to these "off-the-record" meetings is intended to modify, merge, or otherwise change any bargaining unit that presently exists under any collective bargaining agreement. The parties are meeting in this manner purely for administrative convenience and do not intend that their conduct be construed as having any legal effect on any existing bargaining unit. Any change in bargaining units, whether among employers or within a single employer, must be expressly agreed to in writing to be valid and effective. Any and all bargaining units that existed prior to the establishment of this group shall remain in existence.

5. For administrative convenience, the Employers have agreed to retain Scott Carlson to act as their counsel and principal spokesperson in their discussions with SEIU-UHW. It is understood that the spokesperson shall not be empowered to bind any Employer or group of Employers to any specific proposal or agreement. Any and all such agreements must be reached

with the individual Employer as evidenced by a signed agreement executed by the individual Employer affected thereby.

6. It is agreed and understood that any agreement reached by SEIU-UHW shall be considered a tentative agreement subject to the ratification by the affected employees pursuant to SEIU-UHW's own internal rules and procedures.

7. Each Employer reserves, in its sole and absolute discretion, the right to make, accept, or withdraw any proposal.

8. No Employer shall be bound by any proposal made or accepted by any other Employer or group of Employers, and no Employer shall be bound by any final agreement reached by any other Employer or any other group of Employers.

9. Each Employer shall participate in any group sessions held with SEIU-UHW. As long as the Employer remains a member of the coordinated group, the Employer agrees that in the event that it makes or receives a proposal outside of any group session, said Employer shall promptly notify all of other Employers of the sum and substance of the proposal made or received.

10. By simply notifying each of the undersigned Employers and SEIU-UHW, any Employer may at any time, in its sole and absolute discretion, withdraw from the coordinated group and cease to participate in any further meetings. The withdrawn Employer shall have no further participation obligations under this agreement except that any withdrawing Employer shall remain bound by the confidentiality provisions of Paragraph 1, hereinabove.

11. At any time either the Employers or the SEIU-UHW may, in their absolute and sole discretion, terminate this agreement and end the "off-the-record" discussions by notifying the other party that they wish to discontinue meeting on an "off-the-record" basis.

12. This document may be signed in duplicate originals.

Date:   January 21, 2008

SEIU United Healthcare Workers West

_____

Avalon Health Care

_____

2

Covenant Care

_[signature]_

Country Villa Health Services

_[signature]_

Evergreen

_[signature]_ Mark _[illegible]_

Foresight Management Services

_[signature]_

Golden Living Centers

_[signature]_ Keri Oviedo

Horizon West Healthcare

_[signature]_

Kindred Healthcare

_[signature]_

Mariner Health Care

_[signature]_

SavaSeniorCare

_[signature]_

Sun Healthcare

_[signature]_

3

March 10, 2008

Debbie Nix
Covenant Care
27071 Aliso Creek Road, Suite 100
Aliso Viejo, CA 92656

RE:    Notice to Open Contracts

Dear:

UHW hereby gives notice, pursuant to appropriate Article referencing "Term of Agreement" and/or "Term of Agreement and Reopener", that it is re-opening the October 30, 2006- June 15, 2008 collective bargaining agreement to make modifications, amendments, and deletions. Where ULTCWU is part of a contract with the facilities listed below, UHW hopes and expects that the ULTCWU will join in this request, since UHW hopes and expects to bargain jointly with the ULTCWU for all employees covered by this contract. UHW has urged ULTCWU to join in this joint bargaining, and UHW is hopeful that ULTCWU will send a timely notice confirming its intent to join together with UHW and once again bargain together on behalf of all your workers represented by both Local Unions.

However, ULTCWU has to date not joined in this effort to engage in joint bargaining again this year. Therefore, out an excess of caution, UHW serves this notice that if ULTCWU does NOT send a timely re-opener notice joining in this re-opener notice, UHW, effective midnight, March 14, 2008, withdraws from the multi-union bargaining group and gives notice that as of that time it demands to meet and bargain concerning the employees in facilities heretofore represented by UHW:

1. Emerald Gardens Nursing Center, 6821 24th St Sacramento, CA. 95822
2. Grant Cuesta Nursing & Rehab Center, 1949 Grant Rd, Mountain View, CA, 94040
3. Palo Alto Nursing Center, 911 Bryant St, Palo Alto, CA 94301
4. Willow Tree Convalescent Hospital, 2124 57th Avenue, Oakland, CA. 94621
5. Gilroy Healthcare Center, 8170 Murray Ave, Gilroy, Ca. 95020

If you have any questions, please do not hesitate to contact me at 510-587-4558.

Respectfully,



John Vellardita, Director
Convalescent Division

cc:    ULTCWU

**Official Secret Ballot for In-Home Supportive Services**

**SEIU UHW West Members**

**February/March 2008**

**Voto Oficial Secreto para los Trabajadores de In-Home Supportive Services**

**Afiliados a la SEIU UHW West**

**Febrero/Marzo de 2008**

家護支援服務正式不記名選票
SEIU UHW West會員
2008年二月／三月

**Opisyal Na Sikretong Balota Para Sa In-Home Supportive Services**

**Sa mga Kasapi ng SEIU UHW West**

**Pebrero/Marso 2008**

Daim Ntawv Pov Npav rau In-Home Supportive Services
SEIU UHW West Mej Zeej
Ob Hli Ntuj/ Peb Hli Ntuj

Официальный Избирательный Бюллетень для Тайного Голосования
Членов Отделения Работников по Уходу на дому профсоюза SEIU UHW West

Февраль/ Март 2008г. (February/March 2008)

---

### I VOTE
*(Circle or check your choice):*

☐ Yes, for UHW; I vote to stay united with hospital, Kaiser, nursing home and homecare workers.

☐ No. I think it is okay to be transferred into a union of only long term care workers.

### YO VOTO
*(Marque la casilla de su elección o rodéela con un círculo):*

☐ Sí a la UHW; voto para mantenernos unidos con los trabajadores de hospitales, de Kaiser, de las casas de convalecencia y de cuidado a domicilio.

☐ No, creo que está bien que seamos transferidos a un sindicato que sólo incluya a trabajadores de cuidados a largo plazo.

### 我投票
（圈選或勾劃你的選擇）：

☐ 是的，支持UHW。我投票留在與醫院，凱隆，療養院，和家護工人團結一起的工會。

☐ 不，我認為轉入一個只屬長期護理員工的工會是無問題的。

### BOTO KO
*(Markahan ang iyong pasiya)*

☐ Oo, para UHW; Ang boto ko ay manatiling nagkakaisa ang hospital, Kaiser, nursing home at homecare na mangagawa.

☐ Hindi, Sumasangayon ako na ilipat tayo sa union na para lamang sa magggawa ng long term care.

### KUV POV NPAV
( Khij ib qho xwb ):

☐ Yes, tau, rau UHW; Kuv koom tes nrog rau tsev kho mob, Kaiser, tsev laws, thiab tsev tu cov mob pem tsev.

☐ No, tsis tau, Kuv xaiv tias tsis muaj teeb meem koom nrog rau pawg qab teb union.

### Я ГОЛОСУЮ
(Обведите кружком или отметьте знаке Ваш выбор (Circle or check your choice))

☐ Да, за профсоюз UHW( Yes, for UHW); я голосую за то, чтобы остаться объединенным с работниками больниц, объединения Кайзер (Kaiser), домов престарелых и надомных работников по уходу на дому (I vote to stay united with hospital, Kaiser, nursing home and homecare workers)~

☐ Нет, я думаю, что это отлично быть переведенным в профсоюз, членами которого являются только работники служб длительного ухода (No, I think it is okay to be transferred into a union of only long term care workers).

---

(Note: This is a secret ballot, so please do not mark your name anywhere on the page).

(Nota: Este es un voto secreto, así que por favor no escriba su nombre en ningún espacio de la página).

（注意，這是一份不記名的選票，所以請不要在此真任何地方寫上你的姓名）。

(Pag-ukulan ng pansin: Ito ay sikretong balota, nakikiusap na huwag isulat o lagdaan ang iyong pangalan saan man dito sa pahina. Ilihim ang iyong pangalan).

( Nco ntsoov: Tsis txhob sau koj lub npe rau hauv daim ntawv pov npav no).

(Примечание: Это Избирательный Бюллетень для Тайного Голосования, поэтому пожалуйста, не отмечайте свое имя нигде на этой странице).

02/20/2008  12:18    7422733                    BAYMONT INN                    PAGE  02/03



13-433

**Mediation and Conciliation Services**
8863 Greenback Lane
Box 305
Orangevale, CA 95662

**HOMECARE**

STATE OF CALIFORNIA
DEPARTMENT OF INDUSTRIAL RELATIONS                    Arnold Schwarzenegger, *Governor*
State Mediation and Conciliation Service
1515 Clay St., Suite 2206
Oakland, CA 94612
Tel: (510) 873-6465  Fax: (510) 873-6475



Elizabeth Garfield
Holguin, Garfield & Martinez
800 West Sixth Street, Suite 950
Los Angeles, CA 90017


March 7, 2008


Dear Ms. Garfield:

        I am in receipt of your letter dated March 4, 2008 concerning an internal election currently
being conducted by SEIU United Healthcare Workers -West. The individuals conducting the
election are retired state mediators working on their own under the name "Mediation and
Conciliation Services". They are not being compensated by the State of California for this work,
nor are they working under my supervision.

        I hope this clears up the matter. Thank you.

Paul D. Roose
Supervisor

# Exhibit 4

March 18

seiuvoice Home Page

SEIU Voice

Case 3:08-cv-01870-SC    Document 21-5    Filed 07/01/2008    Page 3 of 55
file:///E:/Web%20Data%20March%202008/18%20Mar%2008/seiuv...



**HOME    ABOUT US    DOCUMENTS    IN THE NEWS    CONTACT**

## Workers vote overwhelmingly to stay in UHW

Tuesday, March 18, 2008

In an unprecedented election, nursing home and home healthcare workers have voted overwhelmingly to remain members of United Healthcare Workers-West. The thousands who cast their ballots in the past few weeks clearly expressed their desire to stay in UHW rather than be transferred to another local union at discretion of the Service Employees International Union.



See press release at:
**http://www.seiu-uhw.org/ltc-votes-to-preempt-transfer.html**

Despite widespread interference, including a disinformation campaign aimed at suppressing voter turnout, members participated in numbers never before seen in a longterm care election.

"This vote gave us the opportunity we wanted to demonstrate our desire to stay in UHW and remain part of a member-led union," said Li Bao Pan, a homecare worker in San Francisco. "We wanted to make our voices heard loud and clear, so we cast our ballots and urged our co-workers to do the same."

The results of the election, which was conducted by an independent third party who's also a retired state mediator, were announced Monday to the sounds of cheers, noise-makers and applause. Of the members who voted, 99 percent of nursing home and 96 percent of homecare workers said yes to staying in UHW.

The election was held to preempt an anticipated power grab by SEIU to take away members' right to select the local union that represents them, as well as, their rights in bargaining their contracts. The sheer number of







**SEIU Voice**

This website was created by members of SEIU United Healthcare Workers-West (UHW) to provide a source of information to the public about our efforts to get our national union, SEIU, back on the right path.

**Member Voice Video**
**Click here** to watch members of United Healthcare Workers talk about what their union means to them, and the benefit it has brought to their lives:

participants in the process demonstrates the overwhelming desire of members to remain in a democratic, member-run union.

This year, nursing home workers are bargaining 105 contracts in nursing homes, and at 45 of those facilities, employers interfered with the voting process. They hired security guards and called the police to try and stop the election and in several cases staged captive audience meetings with workers where employees were instructed to vote no. These are the same employers with whom the SEIU headquarters-appointed officials have struck deals in the past.

Elected officials throughout the state applauded the election:

"The outcome of this election demonstrates clearly that homecare workers and nursing home workers want to remain in UHW, the statewide union for all healthcare workers," said Aaron Peskin, president of the San Francisco Board of Supervisors. "Their overwhelming vote despite the appearance of shamefully inappropriate interference on the part of their employers and national union officials shows just how much our workers care about making their voices heard."

"The level of participation in this process is extraordinary and these results are a clear directive that these workers want to stay in UHW and have a say in their upcoming negotiations," said Sacramento County Supervisor Roger Dickinson. "I am looking forward to supporting their historic contract campaign as negotiations at more than 100 nursing homes begin."

"Democracy is the cornerstone of our country," said Henry R. Perea, chairman of the Fresno County Board of Supervisors. "I respect and support the outcome of this fair election. All workers should have the basic democratic right to choose freely whether to join a union and to belong to the union of their choice."

"I strongly believe in workers' right to vote for the union of their choice," said Contra Costa County Supervisor John Gioia. "This election was monitored by an independent third party and the results are clear. I stand with UHW's homecare and nursing home members in their decision and support their efforts to provide the best quality care for seniors and people with disabilities."

"The resolve shown by the workers who courageously participated in this election should be an inspiration to us all," said Yolo County Supervisor Mariko Yamada. "Their voices demonstrate a clear desire to stay united in UHW and a true commitment to democracy."

# Book Review: Andy Stern's A Country That Works and the struggle in SEIU

From **http://www.fightbacknews.org/2008/03/sternbook.htm**          Monday, March 17, 2008

*The following book review was written by a member of SEIU in Chicago. Joe Iosbaker is a chief steward for 1500 clerical and administrative workers at the University of Illinois-Chicago and a member of the executive board of Local 73 SEIU. As SEIU approaches its international convention this May, there will be tremendous debates about the direction the union is heading. This review is a contribution to that debate, supporting class struggle unionism in opposition to business unionism.*

*In 2006, Andy Stern, president of the Service Employees International Union (SEIU) wrote the book, A Country That Works. His ideas are worth talking about because Stern is important to the union movement. Many of the ideas in the book are good, including that unions need to be more democratic, more involving of our members and we have to grow. Some of Stern's ideas go against the traditions of the unions in the U.S. And some of the ideas that break with old traditions are good, like being willing to talk to the world's largest union, the All China Federation of Trade Unions (ACFTU). However, reading the rest of the book, especially those ideas about unions not being 'problems' for corporations, I found myself shaking my head in disagreement. ...*

*As the book went on, I found more and more things I disagreed with. Stern said the "class struggle mentality is a vestige of an earlier era." I don't see how he can argue for this, when he also said that the rich are getting richer and the poor are getting poorer. If the capitalists are engaging in attacks against us, we have no choice but to respond in kind.*



**UHW President's Resignation**

**Click here** to download Sal Rosselli's resignation letter from SEIU's Executive Committee on Feb. 9, 2008. **[PDF document]**

**Top Links**

**UHW Executive Board on Sal Rosselli's resignation (2/13/2008)**

**Daily Labor Report: Rosselli Resigns From SEIU Exec Committee, Charges Stern Interfered in Local's Affairs**

**Harper's: Internal Dispute at SEIU Deepens**

**SEIU Voice on YouTube**

Updates by E-mail

Enter your email address:

[                    ]

[ Subscribe ]

RSS Feed

**Subscribe to feed**

Archive

[ Archive ▾ ]

*In another place, he refers to SEIU's sponsored project, Wal-Mart Watch, having "sparked a national conversation" about employer-sponsored health care coverage. In 2007, the news had stories about Stern meeting with CEOs, including the head of Wal-Mart, to encourage them to be socially responsible and provide health care for their employees. Unfortunately, Stern's biggest meeting with Wal Mart was protested by the workers from the UFCW, who are trying to organize in those stores. His 'national conversation' about health care coverage seems to be promoting the kind of gifts to the insurance companies that Arnold Schwarzenegger developed in California, where healthcare still won't be affordable. ...*

*The last example I'll mention is Stern's suggestion that unions and employers should form "value added" relationships. "Employees and employers need organizations that solve problems, not create them." This is missing the point - workers join unions because there is a problem: they don't make enough money, or they're working too hard, or they don't have any security. Unions exist to solve the problems that are created by the employers.*

*In conclusion, I'm not surprised that 'disappointingly' only a few employers have joined him in his labor-management cooperation plans. I'm happy when he concludes with a section of the book where he warns working people not to be fooled by the corporate propaganda about the great shape the economy is in. And it's comforting when Stern says things like, "If the going gets rough, SEIU is more than adept" at fighting management. President Stern should focus on helping to bring workers together and strategizing to get them more power on their jobs and in their lives.*

# Nursing home workers rally at Kindred headquarters to tell Kindred and SEIU: stop undermining workers

Thursday, March 13, 2008

Nearly 40 nursing home workers from 10 different facilities, including two from Kindred, braved San Francisco's blustery winds as they marched and chanted outside the nursing home chain's regional headquarters March 10. The rally was held to kick off our contract campaign with Kindred Healthcare, despite their efforts to undermine bargaining. Contracts are set to expire this year at 11 Kindred facilities in Northern California.

Management at Kindred has attempted to subvert the workers' right to be in the union of their own choice by stating clearly they would prefer to work directly with SEIU international leaders rather than California-based workers. Kindred management also has rallied other nursing home operators to prevent UHW members from participating in an internal union vote at their facilities—a practice never before challenged.

Kindred's philosophical position at the workplace is to limit workers' right to speak out. The company is a leading advocate for a scaled down collective bargaining agreement that restricts workers' rights. These contracts, known as template agreements, are ones that UHW is opposing in contract negotiations with Kindred, but SEIU is willing to renew in order to get organizing rights at other facilities.

## Prominent Chinese labor activist disagrees with Andy Stern's policy on China

Monday, March 10, 2008



Los Angeles -- In a speech to SEIU-UHW Executive Board on March 8th, prominent Chinese labor activist Dongfang Han, founder of **China Labour Bulletin**, asks if Chinese workers really benefit from the overnight setup of unions at Wal-Mart in China. "There's no roots in those workers and in those stores, it's just putting some labels there." The setup of such unions without significant organizing or real elections, in Mr. Han's view, doesn't help Chinese workers because it lacks real collective bargaining involving the members.

## Sacramento Business Journal: SEIU Starts Negotiations

## Amid Leadership Fight

From **http://www.bizjournals.com/sacramento/stories/2008/03/10/story5.html**

> A rare public spat has broken out between leaders at Service Employees International Union on the eve of high-stakes contract negotiations over the wages and working conditions of almost 100,000 California workers.

> First up at the bargaining table is Catholic Healthcare West, parent company of local Mercy hospitals. Collective bargaining on behalf of more than 15,000 workers -- including almost 2,700 in Greater Sacramento -- started Feb. 28 (see chart). The contract expires April 30.

> Next up are more than 100 nursing homes and 15 hospitals affiliated with Sutter Health, and a Kaiser Permanente contract that runs through 2010 could be revised this fall.

**Download PDF**

## Community organizations, Asian Pacific Islander leaders in California support SEIU-UHW Platform for Change

From a press statement by Coalition of Filipino American Organizations of California -- 3/10/08
**http://seiuvoice.org/documents/3-10-08-CommunityOrgsSupportPlatform.pdf**

> Los Angeles – A number of community organizations and key Asian Pacific Islander leaders in California have unanimously thrown their unequivocal support for SEIU United Healthcare Workers – West (UHW–West) and its Platform for Change. ...

> Among the organizations expressing their support for UHW-West's position are the following: The Bangladesh Association of California, composed of 42 organizations; the Bangladesh Unity Federation of Los Angeles led by Majib Siddiquee, Esq. who is also the chair of Publicity Committee; the Society of Guerillas and Scouts Inc. (SGSI); the largest Filipino World War II Veterans organization in California led by Commander Jack Vergara; Peping Baclig, Chairman of the West Region of the 4,000 strong American Coaltion of Filipino Veterans (ACFV); Commander Franco Arcebal, Vice President of ACFV; Eugene Mondok, Commander of the Unified Filipino American Veterans (UFAV); Echo Park Community Colations (EPCC); Coalition of Filipino American Organizations of California led by Arturo P. Garcia; Filipino Workers Center of Southern California Executive Director Aquilina Soriano-Verzosa; Association of Filipino Workers (AFW) President Salvador Lledo; the Coalition of Lions Club; and the Ecumenical Fellowship for Justice and Peace (EEJP) led by Ago Martinez. These organizations staunchly support UHW-West leaders Sal Rosselli and UHW Vice President Jay Valencia's principled stand for the union and its members.

## A Look at Statewide Bargaining with CHW

Sunday, March 9, 2008

When over 100 elected SEIU UHW and Local 121RN bargaining team members met at the table with representatives of Catholic Healthcare West for the start of statewide negotiations, UHW was there with a video camera for a rare recorded glimpse into bargaining. The following is a look into that historic meeting on February 28th:

# Letter Exposes SEIU Local 6434 Meddling in UHW Election

Saturday, March 8, 2008

Attached is a letter from the attorney who represents Andy Stern's appointed president of SEIU 6434, Tyrone Freeman, attempting to interfere with an internal election currently underway among UHW long term care workers. The unethical letter is revealing in that it (a) concedes that Stern's appointee is trying disrupt what is clearly an internal UHW election process and (b) is a desperate attempt to call into question a fair voting process overseen by a reputable, private third party mediation service, headed by well respected, retired commissioners from the California State Mediation and Conciliation Services. It is also important to note, that while this letter was sent to head of the state's conciliation agency, neither Stern nor his appointees have raised the issue with UHW.

**Download PDF:**
**http://seiuvoice.org/documents/3-4-08-6434Attorney_Letter.pdf**

# UHW Nursing Home Members Respond to SEIU Attempts to Sabotage Union Election

The following video is our response to the recent actions taken by SEIU President Andy Stern and his political appointees including Tyrone Freeman, appointed President of SEIU Local 6434, to disrupt our recent union election and sabotage our efforts to win good contracts for ourselves and our residents.

The secret ballot election is an exercise in democracy. Conducted by well-respected former mediators with the California State Mediation and Conciliation Services who have a long established track record in conducting elections just like this gives UHW long term care members a voice in whether they want to remain part of a unified, statewide healthcare workers local that represents all sectors of the healthcare industry, or whether they want to be in a union that represents only long term care workers. As the video makes clear, UHW nursing home leaders are passionate in their belief that this choice is one for workers to make free from interference from Andy Stern and his appointees.

# The facts speak for themselves, and so can the members

<div align="right">Friday, March 7, 2008</div>

Over the past few days, SEIU has opened up a new front in its attempt to silence the voices of UHW's 65,000 long term care members who are resisting the International Union's efforts to collude with nursing home owners against the interests of California nursing home workers and residents and to force them out of UHW against their will.

The documents below detail a wide array of dirty tricks undertaken by Tyrone Freeman, SEIU President Andy Stern's appointee to head the LA-based SEIU United Long Term Care Workers Union in conjunction with the International Union. These tricks are aimed at undermining the historic 2008 contract campaign of UHW's 7,000 nursing home members by sabotaging the bargaining process, enlisting employers to prevent workers from voting in an internal union election, intimidating the independent monitors charged with overseeing the election, and now, in the last instance, resorting to deceptive communications designed to stop workers from making their votes count and making their will known.

**The documents include:**

**The response to Freeman's dirty tricks by the rank-and-file nursing home members of UHW's Executive Board** (3/7/08).
http://seiuvoice.org/documents/3-7-08UHWEboardResponseToTF.pdf

**UHW Nursing Home Division Director John Vellardita's response to Freeman's letter** (3/6/08).
http://seiuvoice.org/documents/3-6-08LetterToTFfromJV.pdf

**Tyrone Freeman's false letter** (dated 3/7/08 but received 3/5/08)
http://seiuvoice.org/documents/3-5-08LetterToSRfromTF.pdf
**and e-mail to UHW members** (3/6/08)
http://seiuvoice.org/documents/3-6-08TFspam.pdf
accusing Sal Rosselli of conducting "secret meetings" and making a "secret agreement" with nursing home employers.

**A set of ground rules for two meetings with employers that took place with the full knowledge of UHW's rank-and-file leaders** and were designed to explore how we might proceed with bargaining given Tyrone Freeman's continued refusal to develop a common approach with us. (1/21/08)
http://seiuvoice.org/documents/1-21-08establishCoordGrp.pdf

**Older Posts**
Subscribe to: **Posts (Atom)**

March 25

seiuvoice Home Page



**HOME     ABOUT US     DOCUMENTS     IN THE NEWS     CONTACT**

## UHW members take to the airwaves on KPFK radio

Tuesday, March 25, 2008

On March 20, UHW rank-and-file elected
Executive Board members Stanley Lyles, Mary Corson, and Michael Torres took to the airwaves on
Los Angeles radio station KPFK, joining host Henry Walton for an episode of "Labor Review." The
three are among the nearly 90 elected members of UHW's Executive Board, representing 150,000
health care workers in California. The Board recently passed UHW's Platform for Change at SEIU.

## Workers at Santa Rosa Memorial protest elimination of vital health services

Sunday, March 23, 2008

Dozens of caregivers from Santa Rosa Memorial Hospital (SRMH), joined by
concerned Sonoma Country residents, ran a spirited informational picket in front of the St. Joseph
Health System owned facility on Tuesday, March 18th, as part of their ongoing fight against service
cuts and layoffs. The action comes as SRMH continues with plans to lay off 212 workers and close
three units at the hospital, including the only inpatient psychiatric unit in the entire county.





**SEIU Voice**

This website was created by
members of SEIU United
Healthcare Workers-West
(UHW) to provide a source
of information to the public
about our efforts to get our
national union, SEIU, back
on the right path.

### UHW leads in new organizing

Between 2001 and 2006,
UHW added more members
- 64,826 – than did any
other SEIU local in the
nation, more than doubling
in size in this period
(excluding any growth from
mergers). **Read more**



**UHW President's Resignation**

**Click here** to download Sal Rosselli's resignation letter from SEIU's Executive Committee on Feb. 9, 2008. **[PDF document]**

**Top Links**

**UHW Executive Board on Sal Rosselli's resignation (2/13/2008)**

**Daily Labor Report: Rosselli Resigns From SEIU Exec Committee, Charges Stern Interfered in Local's Affairs**

**Harper's: Internal Dispute at SEIU Deepens**

**SEIU Voice on YouTube**

**Recent Videos**









powered by

**You Tube**

**Updates by E-mail**

Enter your email address:

>

The picket was held five days after a delegation of workers presented a petition to CEO George Perez signed by over 800 SRMH staff calling for a halt to the layoffs and expressing deep concern about the loss of services to the community.

Hospital workers at St. Joseph Health System (SJHS) are in the midst of an organizing campaign involving thousands of workers across California. This campaign is one of the largest unionization efforts by healthcare workers underway across the country, and workers are determined to form a union so they can have a voice for themselves and patients at their hospitals.

The campaign moves on with a Community Speak-Out this Saturday, March 22nd, in Santa Rosa. The event will feature community, religious and political leaders joining together to address Sonoma County's healthcare crisis. For more information on this event and our statewide campaign please visit **http://www.justiceatstjhs.org**.

# Daily Labor Report: Members of SEIU UHW Vote to Stay in Local To Prevent Being Placed in Other SEIU Local

Friday, March 21, 2008

From **http://www.bna.com/products/labor/dlr.htm**
Published March 21, 2008

*By Michelle Amber*

*Concerned that its parent union--the Service Employees International Union--might attempt to transfer some 65,000 nursing home and home health care workers out of the 150,000-member United Healthcare Workers-West to another SEIU local, the leadership of UHW earlier this month conducted a vote asking its members to choose.*

*The results of the vote showed that members overwhelmingly want to remain in UHW rather than be transferred to another SEIU local, UHW President Sal Rosselli told BNA March 18.*

*The SEIU international union, however, responded to the vote by charging that Rosselli "spent his members' dues money on a fake vote premised on fake claims."*

*Ballots from an election that took place over 10 days by bargaining unit and by county were counted March 17 by two former members of the California Mediation and Conciliation Service. The ballot asked members if they wanted to "stay united with hospital, Kaiser, nursing home andhomecare workers in UHW" or if they thought it was "okay to be transferred into a union of only long-term care workers."*

*The results showed 18,578 home care workers voted to remain members of UHW and 773 checked the box stating it was OK to be transferred to the other local, the United Long Term Care Workers, according to UHW. In the nursing home unit, 6,232 voted "yes" to remain in UHW and 66 said it was all right to transfer to the other local.*

*Some 70 percent of the nursing home care workers eligible to vote did so, while 37 percent of the home care workers voted, UHW said.*

*Rosselli said the turnout was "unprecedented," adding it was higher than any votes, such as contract ratifications, that have ever taken place among these workers.*

*"Our members have spoken. They voted overwhelmingly to stay in UHW, united with all other healthcare workers," Rosselli said in announcing the vote results. "This vote leaves no doubt about what our members want."*

**Read the Full article PDF**

# Public awareness, community support key to union organizing effort in Fresno

Thursday, March 20, 2008



An organizing campaign led by Fresno healthcare workers to bring 2,000 new members into UHW is gaining attention in the Central Valley as workers intensify their efforts to unionize. Workers at Community Medical Centers, the largest non-union hospital system in Fresno, are organizing to improve patient care and other standards at their hospital. This campaign is a major part of UHW's aggressive efforts to build upon a proven track record of growth, having organized more than 65,000 new members since 2001.

**From the Fresno Bee, March 16th:**

*Ken Jacobs, chairman of the center for labor research and education at the University of California at Berkeley, said union campaigns are becoming more public, and SEIU happens to be one of the best at staging them.*

*He said successful organizing drives have several elements: "Strong organization of the workers. Strong community involvement. And public campaigns that address the employer in a wide variety of ways."*

*...*
*Fresno City Council Member Cynthia Sterling, Fresno County Supervisor Bob Waterston and 55 others last month put their names on the union's newspaper ad, which called for "a free and fair election."*

*Sterling said she sees no problem asking the hospital to agree to basic ground rules.*



Subscribe

**RSS Feed**

**Subscribe to feed**

**Archive**

Archive

*"I wouldn't have signed it if I didn't feel this way,"*

Or learn more at **www.FresnoCMCWorkersUnited.org**.

## St. Louis Post Dispatch: "Battle between centralized union power and the grass-roots voices of workers is raging"

From **http://www.stltoday.com/** By Philip Dine

*WASHINGTON — A behind-the-scenes battle between centralized union power and the grass-roots voices of workers is raging, and the outcome could help determine the fate of the American labor movement.*

*It's taking place within the nation's fastest-growing union — the 1.9-million-member Service Employees International Union — but the questions being raised about union democracy and how a struggling labor movement can survive are sparking a broader discussion within labor.*

*With 175,000 Service Employees members in Missouri and Illinois, the two states are key battlegrounds in the struggle, which centers on the leadership of union president Andy Stern. ...*

*"One thing I think the top leadership forgot is the members are the CEOs, not us," says Tony Condra, secretary-treasurer of Local 2000 in St. Louis. "That's how we look at it in Missouri — the members are the title-holders of the whole structure."...*

*Stern's backers say that a reeling labor movement — though St. Louis has remained a labor stronghold — needs to try new approaches.*

*But Sal Rosselli, president of SEIU's United Healthcare Workers West and the leading foe of Stern's changes, doesn't buy Stern's approach. He resigned his position on the union's executive board to protest Stern's actions.*

*Rosselli says his unit has grown to 150,000 members in California through old-fashioned organizing and representation of members, "without compromising the ability of workers to be in control of their union." ...*

*A showdown is expected when the union holds its convention in June in Puerto Rico, with a fight looming over whether to allow members to directly elect their leaders and to have more say in mergers.*

## Members on Monday's landslide vote to remain in UHW: "We're taking a stand for our union"

Wednesday, March 19, 2008

file:///E:/Web%20Data%20March%202008/26%20Mar%2008/seiuv...

# Workers vote overwhelmingly to stay in UHW

Tuesday, March 18, 2008

In an unprecedented election, nursing home and home healthcare workers have voted overwhelmingly to remain members of United Healthcare Workers-West. The thousands who cast their ballots in the past few weeks clearly expressed their desire to stay in UHW rather than be transferred to another local union at discretion of the Service Employees International Union.

**See the ballots voted on by nursing home workers, and homecare workers.**



See press release at:
**http://www.seiu-uhw.org/ltc-votes-to-preempt-transfer.html**

Despite widespread interference, including a disinformation campaign aimed at suppressing voter turnout, members participated in numbers never before seen in a longterm care election.

"This vote gave us the opportunity we wanted to demonstrate our desire to stay in UHW and

remain part of a member-led union," said Li Bao Pan, a homecare worker in San Francisco. "We wanted to make our voices heard loud and clear, so we cast our ballots and urged our co-workers to do the same."

The results of the election, which was conducted by an independent third party who's also a retired state mediator, were announced Monday to the sounds of cheers, noise-makers and applause. Of the members who voted, 99 percent of nursing home and 96 percent of homecare workers said yes to staying in UHW.

The election was held to preempt an anticipated power grab by SEIU to take away members' right to select the local union that represents them, as well as, their rights in bargaining their contracts. The sheer number of participants in the process demonstrates the overwhelming desire of members to remain in a democratic, member-run union.

This year, nursing home workers are bargaining 105 contracts in nursing homes, and at 45 of those facilities, employers interfered with the voting process. They hired security guards and called the police to try and stop the election and in several cases staged captive audience meetings with workers where employees were instructed to vote no. These are the same employers with whom the SEIU headquarters-appointed officials have struck deals in the past.

Elected officials throughout the state applauded the election:

"The outcome of this election demonstrates clearly that homecare workers and nursing home workers want to remain in UHW, the statewide union for all healthcare workers," said Aaron Peskin, president of the San Francisco Board of Supervisors. "Their overwhelming vote despite the appearance of shamefully inappropriate interference on the part of their employers and national union officials shows just how much our workers care about making their voices heard."

"The level of participation in this process is extraordinary and these results are a clear directive that these workers want to stay in UHW and have a say in their upcoming negotiations," said Sacramento County Supervisor Roger Dickinson. "I am looking forward to supporting their historic contract campaign as negotiations at more than 100 nursing homes begin."

"Democracy is the cornerstone of our country," said Henry R. Perea, chairman of the Fresno County Board of Supervisors. "I respect and support the outcome of this fair election. All workers should have the basic democratic right to choose freely whether to join a union and to belong to the union of their choice."

"I strongly believe in workers' right to vote for the union of their choice," said Contra Costa County Supervisor John Gioia. "This election was monitored by an independent third party and the results are clear. I stand with UHW's homecare and nursing home members in their decision and support their efforts to provide the best quality care for seniors and people with disabilities."

"The resolve shown by the workers who courageously participated in this election should be an inspiration to us all," said Yolo County Supervisor Mariko Yamada. "Their voices demonstrate a clear desire to stay united in UHW and a true commitment to democracy."

# Book Review: Andy Stern's A Country That Works and the struggle in SEIU

From **http://www.fightbacknews.org/2008/03/sternbook.htm**            Monday, March 17, 2008

*The following book review was written by a member of SEIU in Chicago. Joe Iosbaker is a chief steward for 1500 clerical and administrative workers at the University of Illinois-Chicago and a member of the executive board of Local 73 SEIU. As SEIU approaches its international convention this May, there will be tremendous debates about the direction the union is heading. This review is a contribution to that debate, supporting class struggle unionism in opposition to business unionism.*

*In 2006, Andy Stern, president of the Service Employees International Union (SEIU) wrote the book, A Country That Works. His ideas are worth talking about because Stern is important to the union movement. Many of the ideas in the book are good, including that unions need to be more democratic, more involving of our members and we have to grow. Some of Stern's ideas go against the traditions of the unions in the U.S. And some of the ideas that break with old traditions are good, like being*

willing to talk to the world's largest union, the All China Federation of Trade Unions (ACFTU). However, reading the rest of the book, especially those ideas about unions not being 'problems' for corporations, I found myself shaking my head in disagreement. ...

As the book went on, I found more and more things I disagreed with. Stern said the "class struggle mentality is a vestige of an earlier era." I don't see how he can argue for this, when he also said that the rich are getting richer and the poor are getting poorer. If the capitalists are engaging in attacks against us, we have no choice but to respond in kind.

In another place, he refers to SEIU's sponsored project, Wal-Mart Watch, having "sparked a national conversation" about employer-sponsored health care coverage. In 2007, the news had stories about Stern meeting with CEOs, including the head of Wal-Mart, to encourage them to be socially responsible and provide health care for their employees. Unfortunately, Stern's biggest meeting with Wal Mart was protested by the workers from the UFCW, who are trying to organize in those stores. His 'national conversation' about health care coverage seems to be promoting the kind of gifts to the insurance companies that Arnold Schwarzenegger developed in California, where healthcare still won't be affordable. ...

The last example I'll mention is Stern's suggestion that unions and employers should form "value added" relationships. "Employees and employers need organizations that solve problems, not create them." This is missing the point - workers join unions because there is a problem: they don't make enough money, or they're working too hard, or they don't have any security. Unions exist to solve the problems that are created by the employers.

In conclusion, I'm not surprised that 'disappointingly' only a few employers have joined him in his labor-management cooperation plans. I'm happy when he concludes with a section of the book where he warns working people not to be fooled by the corporate propaganda about the great shape the economy is in. And it's comforting when Stern says things like, "If the going gets rough, SEIU is more than adept" at fighting management. President Stern should focus on helping to bring workers together and strategizing to get them more power on their jobs and in their lives.

# Nursing home workers rally at Kindred headquarters to tell Kindred and SEIU: stop undermining workers

Thursday, March 13, 2008

Nearly 40 nursing home workers from 10 different facilities, including two from Kindred, braved San Francisco's blustery winds as they marched and chanted outside the nursing home chain's regional headquarters March 10. The rally was held to kick off our contract campaign with Kindred Healthcare, despite their efforts to undermine bargaining. Contracts are set to expire this year at 11 Kindred facilities in Northern California.

Management at Kindred has attempted to subvert the workers' right to be in the union of their own choice by stating clearly they would prefer to work directly with SEIU international leaders rather than California-based workers. Kindred management also has rallied other nursing home operators to prevent UHW members from participating in an internal union vote at their facilities—a practice never before challenged.

Kindred's philosophical position at the workplace is to limit workers' right to speak out. The company is a leading advocate for a scaled down collective bargaining agreement that restricts workers' rights. These contracts, known as template agreements, are ones that UHW is opposing in contract negotiations with Kindred, but SEIU is willing to renew in order to get organizing rights at other facilities.

## Prominent Chinese labor activist disagrees with Andy Stern's policy on China

Monday, March 10, 2008



Los Angeles -- In a speech to SEIU-UHW Executive Board on March 8th, prominent Chinese labor activist Dongfang Han, founder of **China Labour Bulletin**, asks if Chinese workers really benefit from the overnight setup of unions at Wal-Mart in China. "There's no roots in those workers and in those stores, it's just putting some labels there." The setup of such unions without significant organizing or real elections, in Mr. Han's view, doesn't help Chinese workers because it lacks real collective bargaining involving the members.

**Older Posts**
Subscribe to: **Posts (Atom)**

April 1

seiuvoice Home Page

SEIU Voice     Case 3:08-cv-01870-SC    Document 21-5    Filed 07/01/2008    Page 22 of 55

file:///E:/2%20-%20April%202008/01%20Apr%2008/seiuvoice/FDI...



**HOME**    **ABOUT US**    **DOCUMENTS**    **IN THE NEWS**    **CONTACT**

# Labor Notes: Members Decry Loyalty Oaths, Cozy Deals: Reform Movement Forms in SEIU

From **http://labornotes.org/node/1583**

Tuesday, April 1, 2008

*by Paul Krehbiel*

*On the heels of a public fight over the Service Employees (SEIU) International's move toward labor-management partnership deals and hyper-centralization, members are joining a newly founded national reform group.*

*Several pockets of reform already exist in the union, but the largest is the SEIU Member Activists for Reform Today (SMART), founded in California in January. The group already claims members in 11 other states and Canada.*

*Members' grievances against SEIU officials have been mounting after President Andy Stern merged many locals into mega-locals, removed elected leaders, and appointed his own agents in their place. SMART's formation mirrors a conflict between Stern and Sal Rosselli, head of the 150,000-member United Healthcare Workers—West local, over the international's consolidation of authority.*

*"The union is now a corporate-style organization where members and their issues are ignored. Members are furious," said Joel Solis, a registered nurse and steward at the Department of Mental Health in Los Angeles County, now in Local 721.*

**Read More**

# 1000 Health Care Workers Join UHW despite the boss campaign and interference by SEIU

**Daughters of Charity- St Francis Medical Center- Lynwood CA**

Saturday, March 29, 2008

March 26, 2008. After several attempts to organize over the last 15 years, including the vicious anti-union campaign 10 years ago when St Francis was part of Catholic Healthcare West (CHW), 600 service and skilled maintenance workers at St Francis Medical Center finally have their union. Despite an election agreement this time around the Daughters of Charity (DOC) hospital hired union busters and anti-union attorneys from Littler Mendelson, put out 14 fact sheets attacking the union, banned one organizer from the hospital, threatened organizers with arrest and challenged 40 voters in a strongly pro-union department.

---

Search [ ] Go



**Platform**
**Español** 中文
**Русский** **Tagalog**





**SEIU Voice**

This website was created by members of SEIU United Healthcare Workers-West (UHW) to provide a source of information to the public about our efforts to get our national union, SEIU, back on the right path.

**UHW leads in new organizing**

Between 2001 and 2006, UHW added more members - 64,826 – than did any other SEIU local in the nation, more than doubling in size in this period (excluding any growth from mergers). **Read more**

SEIU Voice     Case 3:08-cv-01870-SC     Document 21-5     Filed 07/01/2008     Page 23 of 55

file:///E:/2%20-%20April%202008/01%20Apr%2008/seiuvoice/FDI...

To further complicate matters, three days before the vote, Registered Nurses from 1199 Ohio, under the auspices of our own national president, Andy Stern, **sent a letter** full of falsehoods to our tech members at St Francis denouncing UHW for allegedly colluding with the California Nurses Association (CNA) to raid SEIU hospitals in Ohio and Las Vegas. Ironically, the same wrongful tactic that CNA did in Ohio of interfering in an election where workers were seeking to have a voice was also done by our own international union leaders to workers at St Francis.

Fortunately, the boss campaign and the interference from SEIU didn't work. The vote was 325 yes votes for unionization and 149 no votes -- a 2 to 1 margin to join UHW. Workers are now in the process of completing bargaining surveys and nominating forms to elect a bargaining team that will join members from 4 other DOC hospitals at the bargaining table.

**CHW Mercy Medical Foundation Clinics - Sacramento CA**

March 27, 2008. After an effort in 2006 to organize the nine clinic system, the 427 workers voted yesterday 319 yes to 57 for unionization. This despite CHW Mercy hospital members who work side by side with clinic workers receiving the same letter from 1199 Ohio that went to all SEIU-UHW members four days before the election that disparages our union and falsely alleges our union's involvement with CNA's behavior at CHP in Ohio. The overwhelming victory came as the result of solid worker organization and great work by an organizing committee of 55 workers.

CHW Mercy members adopted this campaign to help their clinic co-workers improve their wages and benefits and join them in having a voice in their workplace and within CHW.

# Hundreds of workers gather to denounce efforts to thwart democracy

Friday, March 28, 2008

Hundreds of outraged workers gathered at UHW's Oakland headquarters Thursday to protest escalating attempts by SEIU's Washington officials to subvert democracy, centralize power and silence their voices in relationships with employers. The nursing home, hospital and homecare workers were loud and clear, determined to retain control of their local union and offer their full support for UHW's elected leaders.

A recent letter from SEIU President Andy Stern, which makes false allegations against UHW's officers, is widely seen as a retaliatory threat of takeover designed to chill vocal critics. Workers at the press conference denounced this most recent example in a long list of actions taken by SEIU DC leaders to thwart union democracy with top-down, corporate leadership style and centralization of power far away from the influence of rank-and-file workers.



**+105%** 62k    127k

**2001    2006**

**UHW President's Resignation**

**Click here** to download Sal Rosselli's resignation letter from SEIU's Executive Committee on Feb. 9, 2008. **[PDF document]**

Top Links

**UHW Executive Board on Sal Rosselli's resignation (2/13/2008)**

**Factsheet debunking Andy Stern's letter of pretext for a hostile takeover of UHW**

**"SEIU scapegoating UHW doesn't work for workers" by Barbara Lewis**

**SEIU Voice on YouTube**

Recent Videos






powered by
**You Tube**

Updates by E-mail

Enter your email address:

SEIU Voice

Case 3:08-cv-01870-SC    Document 21-5    Filed 07/01/2008    Page 24 of 55

file:///E:/2%20-%20April%202008/01%20Apr%2008/seiuvoice/FDI...

Subscribe

RSS Feed

Subscribe to feed

Archive

>   Archive

**Martha Vazquez, radiology technician at St. Joseph's Medical Center in Stockton**
"When you get down to the heart of the matter, what's happening here is a fundamental disagreement about what's happening in the labor movement. We believe the best way to grow and protect our workers is to give our workers even a greater say in their workplace and in their unions."

"I'm so tired of hearing this is a struggle between two leaders... This is about the members. This is about us maintaining democracy."

**Xiao Jiang Lai, San Francisco homecare worker**
"These statements are designed to fool the media and the public. Read his letter. Every paragraph starts with 'it is alleged, it is alleged, it is alleged.' Let me tell you what 'alleged' means. It means Andy Stern does not have any facts."

"We are a democratic union. Members vote for their bargaining teams. We vote to accept every contract, and we vote for who represents us. And we are not about to let the SEIU International and Andy Stern tell us differently."

**Mildred Brown, West Contra Costa homecare worker**
"It is us, the members of UHW, that are fighting against Andy Stern. We are the ones who have worked for years, struggling to build a powerful, unified, democratic union that works to make sure that our voices – our workers' voices, our members' voices – are heard."

**Ruby Guzman, CNA at Creekside Healthcare Center in San Pablo**
"Andy Stern sold us out, meeting with nursing home employers behind our backs, actually barring UHW members and staff from participating in direct negotiations."

**Angela Glasper, Optical Receptionist at Kaiser Hospital in Martinez**
"When UHW members were bargaining with Tenet Healthcare, Andy Stern tried to rig the unity council election, threatening to take away our members' right to strike for seven years in exchange for lower standards that our UHW members were not willing to accept."

"Our fight today, brothers and sisters, is about democracy – union democracy."

# SF Chronicle front page: SEIU threatens takeover of critical local to silence debate and workers' voices

From **http://www.sfgate.com**, Thursday, March 27, 2008

Thursday, March 27, 2008

*by Zachary Coile, Chronicle Washington Bureau*

*The president of one of the nation's largest labor unions moved this week toward ousting the leaders of its West Coast affiliate, in a power struggle that could affect hundreds of thousands of California workers and the state's strained health care industry.*

*Andy Stern, president of the Washington-headquartered Service Employees International Union, sent a letter on Monday - obtained by The Chronicle - that alleges misconduct by Sal Rosselli, president of the Oakland-based United Healthcare Workers West, who has been Stern's most vocal critic.*

*Rosselli and other leaders of the union - which has 150,000 members, many of them in the Bay Area - said the allegations appear to be a prelude to a trusteeship, under which Stern would replace the union's elected leaders with his own appointees.*

*The battle between Stern and Rosselli is being closely watched by all of SEIU's 600,000 California members and could have long-term effects on how the labor movement organizes, elects its leaders and negotiates contracts nationwide. It also could have a seismic impact in the health care industry, where Rosselli's union remains a potent political and economic force.*

*The labor leaders have clashed in recent months over Gov. Arnold Schwarzenegger's failed health care plan (Stern backed it, Rosselli opposed it); over the union's endorsement of Sen. Barack Obama; over Stern's efforts to reorganize SEIU's California unions; and over bargaining tactics with hospitals, nursing homes and other employers.*

*Rosselli insists Stern is seeking to oust him for his outspoken views. Last month, Rosselli resigned from SEIU's executive committee after accusing Stern of consolidating power in the hands of his allies while marginalizing other elected leaders. He also alleges that Stern has cut deals with corporate leaders to grow SEIU's rolls at the expense of current members' contracts.*

*"It's retaliatory because we are speaking out against his ideology, his direction," Rosselli said. "The simplest way I can say it is, it's top-down versus bottom-up, corporate unionism versus social unionism."*

# Workers at St. Francis Medical Center Say "Union Yes!"

Yesterday, nearly 600 workers at St. Francis Medical Center in Lynwood, California overwhelmingly voted to join UHW so they can have a powerful voice to enhance patient care, increase staffing levels and make other improvements at their hospital.

Despite employer opposition, workers at St. Francis were determined to join UHW and never gave up hope of forming a union. As a result of the election, service and skilled maintenance employees at St. Francis Medical Center will become UHW members and join 250 of their fellow co-workers at the facility who are already UHW members.

The 600 newly organized members will now have a seat at the table as they negotiate their first contract. They will be joining the over 75,000 UHW hospital and nursing home workers who are in negotiations throughout 2008.

St. Francis Medical Center is part of the Daughters of Charity Health System, a regional healthcare system of six hospitals spanning from the Bay Area to Los Angeles. UHW represents workers at 5 of the 6 Daughters of Charity facilities. Nearly 2000 Daughters of Charity workers **began**

SEIU Voice

Case 3:08-cv-01870-SC     Document 21-5     Filed 07/01/2008     Page 26 of 55

file:///E:/2%20-%20April%202008/01%20Apr%2008/seiuvoice/FDI...

**negotiations for their next contract earlier this week** in San Jose.

## UHW members take to the airwaves on KPFK radio

Tuesday, March 25, 2008

On March 20, UHW rank-and-file elected
Executive Board members Stanley Lyles, Mary Corson, and Michael Torres took to the airwaves on
Los Angeles radio station KPFK, joining host Henry Walton for an episode of "Labor Review." The
three are among the nearly 90 elected members of UHW's Executive Board, representing 150,000
health care workers in California. The Board recently passed UHW's Platform for Change at SEIU.

## Workers at Santa Rosa Memorial protest elimination of vital health services

Sunday, March 23, 2008

Dozens of caregivers from Santa Rosa Memorial Hospital (SRMH), joined by
concerned Sonoma Country residents, ran a spirited informational picket in front of the St. Joseph
Health System owned facility on Tuesday, March 18th, as part of their ongoing fight against service
cuts and layoffs. The action comes as SRMH continues with plans to lay off 212 workers and close
three units at the hospital, including the only inpatient psychiatric unit in the entire county.

>

The picket was held five days after a delegation of workers presented a petition to CEO George
Perez signed by over 800 SRMH staff calling for a halt to the layoffs and expressing deep concern
about the loss of services to the community.

SEIU Voice

Case 3:08-cv-01870-SC    Document 21-5    Filed 07/01/2008    Page 27 of 55
file:///E:/2%20-%20April%202008/01%20Apr%2008/seiuvoice/FDI...

Hospital workers at St. Joseph Health System (SJHS) are in the midst of an organizing campaign involving thousands of workers across California. This campaign is one of the largest unionization efforts by healthcare workers underway across the country, and workers are determined to form a union so they can have a voice for themselves and patients at their hospitals.

The campaign moves on with a Community Speak-Out this Saturday, March 22nd, in Santa Rosa. The event will feature community, religious and political leaders joining together to address Sonoma County's healthcare crisis. For more information on this event and our statewide campaign please visit **http://www.justiceatsjhs.org**.

# Daily Labor Report: Members of SEIU UHW Vote to Stay in Local To Prevent Being Placed in Other SEIU Local

Friday, March 21, 2008

From **http://www.bna.com/products/labor/dlr.htm**
Published March 21, 2008

*By Michelle Amber*

*Concerned that its parent union--the Service Employees International Union--might attempt to transfer some 65,000 nursing home and home health care workers out of the 150,000-member United Healthcare Workers-West to another SEIU local, the leadership of UHW earlier this month conducted a vote asking its members to choose.*

*The results of the vote showed that members overwhelmingly want to remain in UHW rather than be transferred to another SEIU local, UHW President Sal Rosselli told BNA March 18.*

*The SEIU international union, however, responded to the vote by charging that Rosselli "spent his members' dues money on a fake vote premised on fake claims."*

*Ballots from an election that took place over 10 days by bargaining unit and by county were counted March 17 by two former members of the California Mediation and Conciliation Service. The ballot asked members if they wanted to "stay united with hospital, Kaiser, nursing home andhomecare workers in UHW" or if they thought it was "okay to be transferred into a union of only long-term care workers."*

*The results showed 18,578 home care workers voted to remain members of UHW and 773 checked the box stating it was OK to be transferred to the other local, the United Long Term Care Workers, according to UHW. In the nursing home unit, 6,232 voted "yes" to remain in UHW and 66 said it was all right to transfer to the other local.*

*Some 70 percent of the nursing home care workers eligible to vote did so, while 37 percent of the home care workers voted, UHW said.*

*Rosselli said the turnout was "unprecedented," adding it was higher than any votes, such as contract ratifications, that have ever taken place among these workers.*

*"Our members have spoken. They voted overwhelmingly to stay in UHW, united with all other healthcare workers," Rosselli said in announcing the vote results. "This vote leaves no doubt about what our members want."*

**Read the Full article PDF**

# Public awareness, community support key to union organizing effort in Fresno

Thursday, March 20, 2008

 **UHW CAREGIVERS UNITING *AT* COMMUNITY MEDICAL CENTERS** A VOICE *FOR* PATIENT CARE & QUALITY JOBS 

SEIU Voice　　Case 3:08-cv-01870-SC　　Document 21-5　　Filed 07/01/2008　　Page 28 of 55

file:///E:/2%20-%20April%202008/01%20April%202008/seiuvoice/FDI...



An organizing campaign led by Fresno healthcare workers to bring 2,000 new members into UHW is gaining attention in the Central Valley as workers intensify their efforts to unionize. Workers at Community Medical Centers, the largest non-union hospital system in Fresno, are organizing to improve patient care and other standards at their hospital. This campaign is a major part of UHW's aggressive efforts to build upon a proven track record of growth, having organized more than 65,000 new members since 2001.

**From the Fresno Bee, March 16th:**

> *Ken Jacobs, chairman of the center for labor research and education at the University of California at Berkeley, said union campaigns are becoming more public, and SEIU happens to be one of the best at staging them.*
>
> *He said successful organizing drives have several elements: "Strong organization of the workers. Strong community involvement. And public campaigns that address the employer in a wide variety of ways."*
> ...
> *Fresno City Council Member Cynthia Sterling, Fresno County Supervisor Bob Waterston and 55 others last month put their names on the union's newspaper ad, which called for "a free and fair election."*
>
> *Sterling said she sees no problem asking the hospital to agree to basic ground rules.*
>
> *"I wouldn't have signed it if I didn't feel this way,"*

Or learn more at **www.FresnoCMCWorkersUnited.org**.

# St. Louis Post Dispatch: "Battle between centralized union power and the grass-roots voices of workers is raging"

From **http://www.stltoday.com/** By Philip Dine

> *WASHINGTON — A behind-the-scenes battle between centralized union power and the grass-roots voices of workers is raging, and the outcome could help determine the fate of the American labor movement.*
>
> *It's taking place within the nation's fastest-growing union — the 1.9-million-member Service Employees International Union — but the questions being raised about union democracy and how a struggling labor movement can survive are sparking a broader discussion within labor.*
>
> *With 175,000 Service Employees members in Missouri and Illinois, the two states are key battlegrounds in the struggle, which centers on the leadership of union president Andy Stern. ...*
>
> *"One thing I think the top leadership forgot is the members are the CEOs, not us," says Tony Condra, secretary-treasurer of Local 2000 in St. Louis. "That's how we look at it in Missouri — the members are the title-holders of the whole structure."...*
>
> *Stern's backers say that a reeling labor movement — though St. Louis has remained a labor stronghold — needs to try new approaches.*
>
> *But Sal Rosselli, president of SEIU's United Healthcare Workers West and the leading foe of Stern's changes, doesn't buy Stern's approach. He resigned his position on the union's executive board to protest Stern's actions.*
>
> *Rosselli says his unit has grown to 150,000 members in California through old-fashioned organizing and representation of members, "without compromising the*

SEIU Voice      Case 3:08-cv-01870-SC    Document 21-5    Filed 07/01/2008    Page 29 of 55

file:///E:/2%20-%20April%202008/01%20Apr%2008/seiuvoice/FDI...

*ability of workers to be in control of their union."* ...

*A showdown is expected when the union holds its convention in June in Puerto Rico, with a fight looming over whether to allow members to directly elect their leaders and to have more say in mergers.*

**Older Posts**
Subscribe to: **Posts (Atom)**

April 8

seiuvoice Home Page

SEIU Voice          Case 3:08-cv-01870-SC     Document 21-5     Filed 07/01/2008     Page 31 of 55

file:///E:/2%20-%20April%202008/09%20Apr%2008/seiuvoice/FDI...



HOME     ABOUT US     PLATFORM FOR CHANGE     DOCUMENTS     NEWS     CONTACT

## San Francisco Bay Guardian: A less perfect union

Tuesday, April 8, 2008

*At a time when organized labor is slipping, SEIU's national leaders are wasting their resources trying to discredit Sal Rosselli*

From **http://www.sfbg.com/entry.php?entry_id=6103&catid=4**
**Download the article** [PDF]

*By J.B. Powell*

*By nearly every measure, the Service Employees International Union has become a juggernaut. As the rest of organized labor has seen its share of the American workforce continue to dwindle, SEIU has brought in some 800,000 new dues-paying members in recent years. With the Democratic Party taking over Congress in 2006, the 1.9 million-member organization, rich with campaign funds, wields enormous political clout, and it will only become more formidable if Hillary Clinton or Barack Obama wins the White House in November.*

*But all is not well inside the labor giant. Andy Stern, the union's president, has pushed hard for merging and consolidating local chapters into larger operations — and many SEIU members, especially here on the West Coast, say that's turning the union into a top-down autocracy in which Stern loyalists wield undue influence and meddling officials from Washington, DC squelch dissent.*

**Download the article** [PDF]
**Read the full post...**

## UHW members file freedom of speech lawsuit against SEIU

**Search** [          ] **Go**

### Updates by E-mail

Enter your email address:

[                    ]

[ Subscribe ]







**SEIU Voice**

This website was created by members of SEIU United Healthcare Workers-West (UHW) to provide a source of information to the public about our efforts to get our national union, SEIU, back

SEIU Voice

Case 3:08-cv-01870-SC     Document 21-5     Filed 07/01/2008     Page 32 of 55

file:///E:/2%20-%20April%202008/09%20Apr%2008/seiuvoice/FDI...

on the right path.

### UHW leads in new organizing

Between 2001 and 2006, UHW added more members – 64,826 – than did any other SEIU local in the nation, more than doubling in size in this period (excluding any growth from mergers). **Read more**

Five members of UHW sued SEIU today for violating their federal right to speak freely and to participate in union activity. The plaintiffs are: Rosie Byers, a San Francisco home healthcare worker; Ella Raiford, a retired nursing home worker; Martha Vazquez, a radiology technician in Stockton; Mell Garcia, a medical assistant in Hayward; and Michael Torres, a respiratory therapist in Los Angeles. They allege that SEIU and its officials, including President Andy Stern, have subjected them to behavior "designed to limit, inhibit and chill their exercise of their rights of free speech and equal participation as active members and advocates for democratic policies within their union." Among the attacks on workers were repeated requests to take down **www.seiuvoice.org**, which was set up as a source of communication by and for union members.



**UHW President's Resignation**

**Read the press release** [PDF]
**Download the lawsuit** [PDF]
Listen to KPFA radio coverage (At right)

**Read the full post...**

**Click here** to download Sal Rosselli's resignation letter from SEIU's Executive Committee on Feb. 9, 2008. [PDF document]

## Dear Mr. Stern: Stop the campaign of lies and distortion

Among the many false and misleading charges being advanced by SEIU is a claim that UHW failed to help an organizing campaign of Inter-Con security guards who work at Kaiser Permanente facilities. UHW member Mell Garcia, an elected rank-and-file Executive Board member who has worked at Kaiser for thirty years, takes issue with this.

In an April 4th letter to SEIU President Andy Stern, Garcia documents three years worth of UHW actions taken in support of the Inter-Con security guards. Garcia demands a correction to the false claims and an end to Stern's "campaign of lies, slander and political assault."

**Read the letter** [PDF]
**Read the full post...**

### Top Links

**The New Republic: Labor's Love Lost: Will Andy Stern save unions, or destroy them?**

**Factsheet debunking Andy Stern's letter of pretext for a hostile takeover of UHW**

**"SEIU scapegoating UHW doesn't work for workers" by Barbara Lewis**

## UHW members rally for democracy

Monday, April 7, 2008

### Recent Videos



Hundreds of workers joined twin rallies recently at

SEIU Voice

Case 3:08-cv-01870-SC    Document 21-5    Filed 07/01/2008    Page 33 of 55

file:///E:/2%20-%20April%202008/09%20Apr%2008/seiuvoice/FDI...

UHW's Oakland and Los Angeles headquarters, where they demanded an end to escalating attempts by SEIU's officials in Washington, D.C. to centralize power, subvert union democracy, and silence the voices of rank-and-file union members. The rallies sent a clear and strong message: UHW is united, and will fight to protect its member-driven democracy.

**Read the full post...**



powered by
YouTube

## The New York Times: Within Powerful Union, Debate Over Mission Intensifies

From **The New York Times**                                    Saturday, April 5, 2008

By Steven Greenhouse

*Politicians often pay unusual deference to Andy Stern, president of the Service Employees International Union, because he heads the nation's fastest-growing, most politically potent union.*

*But within some segments of labor, Mr. Stern has been accused of betrayal, of cutting "sweetheart deals" with employers, deals that Mr. Stern says make it easier to unionize more workers.*

**Read the full post...**





Read UHW's white paper, "California's Healthcare Crisis: Industry Challenges & Workforce Solutions."

RSS Feed

## The New Republic: Labor's Love Lost: Will Andy Stern save unions, or destroy them?

From **the New Republic**:                                    Friday, April 4, 2008

by Bradford Plumer, from the April 23, 2008 edition

*[A]t the very moment when Stern's plans are at their most expansive and ambitious, he is facing a revolt from within his own union. This time, his opponent is no Gus Bevona. He is a man named Sal Rosselli, a lifelong progressive who heads SEIU's most powerful health care local in California, the 150,000 member United Healthcare Workers-West (UHW). Rosselli has launched a war against Stern that has spilled out into the open in recent months. His complaints -- that Stern has made the union too undemocratic, that he has cut secret deals with employers, that he cares more about enlarging the union than serving its existing members -- are resonating with at least some of SEIU's rank and file.*

**Read the full post...**

# UHW local members picket parent union SEIU in Washington, D.C.

 Subscribe to feed

Archive

▼ **2008** (58)

  ▼ **April** (14)

**San Francisco Bay Guardian: A less perfect union**

**UHW members file freedom of speech lawsuit against...**

**Dear Mr. Stern: Stop the campaign of lies and dist...**

**UHW members rally for democracy**

**The New York Times: Within Powerful Union, Debate ...**

**The New Republic: Labor's Love Lost: Will**

SEIU Voice    Case 3:08-cv-01870-SC   Document 21-5   Filed 07/01/2008   Page 34 of 55

file:///E:/2%20-%20April%202008/09%20Apr%2008/seiuvoice/FDI...

Andy Ste...

**UHW local members picket parent union SEIU in Wash...**

**Benson's Union Democracy Blog: Stern's threat to t...**

**UHW unity inspires member to fight for union democ...**

**KPFK Radio: Hundreds of UHW members rally in Los A...**

**Counterpunch: A Purple Uprising in Oakland**

**San Francisco Bay Guardian: SEIU skullduggery: top...**

**SF Weekly: Nursing Home Lobbyist Quits After He Pr...**

**Labor Notes: Members Decry Loyalty Oaths, Cozy Dea...**

► **March** (25)

► **February** (18)

► **January** (1)

► **2007** (13)

► **2005** (1)

► **2001** (4)

By Lisa Tomasian, CRT, ARRT, Elected Shop Steward, Santa Clara-Kaiser

This week about fifty rank and file members of United Healthcare Workers-West (UHW-W) gathered for picketing and leafleting in front of SEIU's International headquarters in Washington, D.C. Why would any union member protest the union? It sounds nuts. You do it when the leaders start acting like bosses!

**Click here for pictures of the picket**.
**Read the full post...**

## Benson's Union Democracy Blog: Stern's threat to trustee west coast SEIU local poses danger to democracy in labor movement

From: **http://bensonsudblog.blogspot.com**         Thursday, April 3, 2008

*Andy Stern, international president of the Service Employees International Union threatens a trusteeship over the United Healthcare Workers-West and the removal of its president, Sal Rosselli. The reach of the imminent trusteeship is awesome: With 140,000 members, this local enrolls about one-tenth the total membership of the whole SEIU. It represents registered nurses and non-professional healthcare workers in scores of institutions. Rosselli, its president, is an eminent figure in the labor movement and in the politics of California. He had been SEIU state president and a member of the union's international executive committee. Inside the SEIU he has been a vigorous critic of Stern's policies, actually the only outspoken critic with a strong power base in the union. Wipe out Rosselli, and Stern, with an unchecked monopoly of power, can continue to move anywhere in any direction without restraint.*

**Read the full post...**

## UHW unity inspires member to fight for union democracy

*By Ellen Dillinger, Medical Transcriber and SEIU-UHW member*

I participated in organizing the union (then Local 250, now UHW) at my workplace, Mercy General Hospital in Sacramento. It was hard work, but an exhilarating experience. Health care employees learning to be union members required an act of faith–that we wouldn't all be fired, that we could work together, that management would honor a contract with employees. Once we were union, we had to learn how to be shop stewards, bargaining committee members, lobbyists for health care issues, and to sit at the table with management as equals.
**Read the full post...**

## KPFK Radio: Hundreds of UHW members rally in Los

## Angeles for union democracy

Wednesday, April 2, 2008

Hundreds of members of United Healthcare Workers-West gathered at their Los Angeles union headquarters Wednesday and declared with one voice that they will not tolerate attempts by SEIU International officers to centralize power and subvert union democracy.

Leilani Albano of Los Angeles radio station KPFK filed this report. (Use the player above to listen.)

**View slideshow of the rally**
**Read the full post...**

**Older Posts**
Subscribe to: **Posts (Atom)**

April 15

seiuvoice Home Page

SEIU Voice

Case 3:08-cv-01870-SC    Document 21-5    Filed 07/01/2008    Page 37 of 55

file:///E:/2%20-%20April%202008/16%20Apr%2008/seiuvoice/FDI...



HOME    ABOUT US    PLATFORM FOR CHANGE    DOCUMENTS    NEWS    CONTACT

**Top Stories**
**In These Times: Dissent in the Ranks**
**San Francisco Bay Guardian: A less perfect union**
**The New Republic: Labor's Love Lost: Will Andy Stern save unions, or destroy them?**

Search    Go

**Updates by E-mail**

Enter your email address:

Subscribe

# UHW to Hold New Delegate Election for SEIU Convention

**Will take every step to maximize member participation.**

Tuesday, April 15, 2008

OAKLAND, Calif. – United Healthcare Workers-West announced Tuesday it will re-run an election to choose delegates to send to this year's Service Employees International Union convention in Puerto Rico.

**Press Release [PDF]**
**Letter from UHW attorney to Election Committee [PDF]**
**Read the full post...**

# Andy Stern slips out the back door rather than meet with UHW members

Monday, April 14, 2008

By George Wong, Pharmacy Technician, Kaiser–San Francisco

This morning, more than a dozen rank-and-file UHW members traveled to SEIU local 1021's headquarters in San Francisco. We were there in an effort to meet Andy Stern as he was addressing 1021's executive board. Our intentions were peaceful. We did not want to disrupt the E-board's meeting. We merely wanted two minutes of Andy Stern's time to discuss our rank-and-file's request to discuss our Platform for Change within SEIU. It's a discussion that we've asked to have for months, without any commitment from President Stern.

**Read the full post...**

# SEIU's Fastest Growing Union Adds 300 More in Orange County



On Friday, April 11th UHW added to a recent string of organizing victories when workers at Coastal Communities Hospital in Orange County voted











SEIU Voice



overwhelmingly to join UHW. The hospital's workforce was organized largely by union co-workers at a sister facility and by other UHW members. The nearly 300 healthcare workers from Coastal Communities joined thousands of other healthcare workers who have voted to join UHW in recent weeks, many in California's most politically conservative counties. Eduardo Mejía, a dietary worker at Coastal, says "forming a union means improving wages so I can have a better life for myself and my family. I now can be a part of the decision making process to make sure everyone is treated fairly and with respect."

UHW, the fastest growing healthcare local in SEIU, has organized more workers this year than has been organized in the rest of SEIU's health systems division in the same period. While SEIU has claimed that UHW only cares about standards, not about growth, this victory is further evidence that UHW members understand intrinsically how they're connected: workers organize into UHW to have a voice at work and achieve the standards they can win with UHW.

**Download the press release** [PDF]
**Read the full post...**

# Background on the battle between SEIU and the CNA In California

Sunday, April 13, 2008

UHW absolutely deplores the recent actions taken by the CNA in Ohio, Nevada, and California. We have experienced the same attacks before multiple times in California and have a history of conflict with the CNA:

- Our conflict with the CNA dates back to the mid-1990s when disagreement over a healthcare reform package led to SEIU and CNA sponsoring competing ballot initiatives.
- Shortly thereafter, CNA strongly criticized us for entering into the Kaiser partnership, while we criticized CNA for failing to support our fight with Sutter - including crossing our picket lines when Sutter workers struck in 1997.
- The fight escalated in 2001, after SEIU Locals 250 and 399, with support from the International Union, won an historic election agreement at Catholic Healthcare West (CHW) after a four-year fight. The CNA intervened in elections and ran anti-SEIU campaigns in CHW hospitals by filing with minimum support to get on the ballot.
- At the same time, CNA created a "new" union – CHEU - to organize SEIU's traditional base of healthcare workers. CHEU organized several units of CHW.

**Download full document** [PDF]
**Read the full post...**

# Sidestepping democracy is no path to building SEIU or the movement

Cross posted at **OpenLeft.org**

by Barbara Lewis

Unnoticed by most mainstream media, a crisis is unfolding over the direction of America's largest union, Service Employees International Union (SEIU). The president of SEIU, Andy Stern, is on a drive to centralize power in Washington DC and put control over the union's resources and decisions into the hands of a small number of leaders. We believe SEIU may be moving into position to impose an illegal takeover on my union local, United Healthcare Workers - West (UHW), to silence the voice of our members, who have been vocal critics of the compromised direction that SEIU is heading.

We have to ask: how can SEIU play an important part in a progressive movement if they respond to internal criticism and honest debate with attacks intended to intimidate or possibly crush the loyal opposition?

SEIU leaders have a strong tradition of speaking out when they believe something is seriously wrong. Four years ago, at the SEIU national convention, Andy Stern spoke out. Stern spoke about how the AFL-CIO was an ineffective organization for workers, and that the leadership had been

This website was created by members of SEIU United Healthcare Workers-West (UHW) to provide a source of information to the public about our efforts to get our national union, SEIU, back on the right path.

### UHW leads in new organizing

Between 2001 and 2006, UHW added more members – 64,826 – than did any other SEIU local in the nation, more than doubling in size in this period (excluding any growth from mergers). **Read more**



### UHW President's Resignation

**Click here** to download Sal Rosselli's resignation letter from SEIU's Executive Committee on Feb. 9, 2008. **[PDF document]**

### Top Links

**The New Republic: Labor's Love Lost: Will Andy Stern save unions, or destroy them?**

**Factsheet debunking Andy Stern's letter of pretext for a hostile takeover of UHW**

**"SEIU scapegoating UHW doesn't work for workers" by Barbara Lewis**

### Recent Videos



SEIU Voice

Case 3:08-cv-01870-SC     Document 21-5     Filed 07/01/2008     Page 39 of 55

file:///E:/2%20-%20April%202008/16%20Apr%2008/seiuvoice/FDI...

unable to turn around the stagnation of the labor movement. And then Stern led our union and others out of the AFL-CIO to create the Change to Win coalition.

**Read the full post...**

## SEIU rhetoric vs. reality: The SEIU loyalty oath



Friday, April 11, 2008

On its face, SEIU's democracy pledge appears to be thoughtful and fair-minded. SEIU appears to embrace a number of noble values and model organizational practices, such as constructive discussion, democratic decision-making and member participation. However, because it fails to recognize the stark difference between SEIU's rhetoric and the reality of its practices, the pledge is better seen as a Loyalty Oath designed to paper over serious organizational divisions. Read the pledge and our response to the pledge here:

**Read the SEIU democracy pledge [PDF]**
**Read UHW's response [PDF]**

**Read the full post...**

## Kaiser Security officers to Stern: Stop anti-UHW attacks; support UHW Platform for Change

DATE: April 10, 2008
TO: Andrew Stern, SEIU International
RE: Stop the slander! Recognize the vital role UHW's plays in supporting our fight to form a Union of Security Officers at Kaiser Permanente

Mr. Stern,

Your website, seiufactchecker.org, contains a number of malicious claims about UHW regarding our struggle to form a union for Security Officers at Kaiser Permanente. The nature of these claims are so outrageous that we had to respond to set the record straight.

We, the Security Officers at Kaiser San Francisco, started the struggle to form a Union—we were the first shop to organize. In November of 2005, it was UHW who advised us how to organize for power and pushback against the disrespect we were subjected to by Intercon, the subcontractor hired by Kaiser. Our boss, unfairly and without notice changed our schedules. Per UHW's instruction, we passed a petition immediately signed by almost every officer.

When we marched on our boss to deliver the petition, UHW led the charge. When Intercon suspended indefinitely three of our coworkers in direct retaliation for our actions, it was UHW who went to Kaiser management and demanded justice. It was only because of UHW's strength and support that all three were immediately brought back to work and made whole.

**Read the Full Letter [PDF]**
**Read the full post...**

## Fastest growing SEIU local organizes 500 more

Thursday, April 10, 2008



powered by





California's Healthcare Crisis
INDUSTRY CHALLENGES & WORKFORCE SOLUTIONS



Read UHW's white paper, **"California's Healthcare Crisis: Industry Challenges & Workforce Solutions."**

RSS Feed

Subscribe to feed

Archive

▼ **2008** (69)
  ▼ **April** (25)
   **UHW to Hold New Delegate Election for SEIU Convent...**

   **Andy Stern slips out the back door rather than mee...**

   **SEIU's Fastest Growing Union Adds 300 More in Oran...**

   **Background on the battle between SEIU and the CNA ...**

   **Sidestepping democracy is no path to**

SEIU Voice

Case 3:08-cv-01870-SC     Document 21-5     Filed 07/01/2008     Page 40 of 55

file:///E:/2%20-%20April%202008/16%20Apr%2008/seiuvoice/FDI...



SEIU's fastest-growing local union just grew even larger. On April 9, 500 healthcare workers at Tri-City Medical Center in Oceanside officially joined UHW. Tri-City workers join the 1000 recently organized **St. Francis and CHW clinic workers** as the newest members of UHW for a grand total of over 1500 healthcare workers who have become UHW members in just the past month.

Following the announcement of their victory, TCMC workers organized a lively celebration party and began their plans to negotiate a strong first contract that protects patient care and makes necessary improvements in wages and benefits. Aside from our Kaiser facilities, TCMC is the second UHW hospital in largely non-union San Diego.

**Read the press release** [PDF]
Read coverage in the **North County Times** [PDF]
Read coverage in the **San Diego Union-Tribune** [PDF]
**Read the full post...**

## In These Times: Dissent in the Ranks: SEIU Is the Nation's Fastest Growing Union - But at What Cost?

From **In These Times**



No American union today exercises more influence than the Service Employees International Union (SEIU), a leader in both organizing and political action. And no union leader gets more -- or more favorable -- press coverage than its president, Andy Stern. As a result, a political fight now developing within SEIU has broad implications for the labor movement and progressive politics. ... The in-fighting pits United Healthcare Workers-West (UHW) -- a 150,000-member California healthcare local union -- and its president, Sal Rosselli, against the international union's leadership. ... A complex web of grievances caused the dispute. But Rosselli charges that Stern has pursued growth in numbers by centralizing power and resources, and by granting concessions to corporations.

**Download the article [PDF]**
**Read the full post...**

## UHW unveils proposals for SEIU convention

Healthcare workers leading a movement to restore democracy to the nation's largest union have unveiled their proposed amendments to SEIU's constitution, which will be considered at the union's upcoming convention in June. At the convention, delegates will debate all proposed amendments and determine the policies that will shape the direction of our national union for the next 4 years. UHW's amendments are a way to ensure that the principles of our **Platform for Change** become guaranteed constitutional rights within SEIU.

**Download the proposed amendments** [PDF]
**Read the full post...**

**Older Posts**
Subscribe to: **Posts (Atom)**

building SEIU...

**SEIU rhetoric vs. reality: The SEIU loyalty oath**

**Kaiser Security officers to Stern: Stop anti-UHW ...**

**Fastest growing SEIU local organizes 500 more**

**In These Times: Dissent in the Ranks: SEIU Is the ...**

**UHW unveils proposals for SEIU convention**

**SEIU rhetoric vs. reality**

**San Francisco Bay Guardian: A less perfect union**

**UHW members file freedom of speech lawsuit against...**

**Dear Mr. Stern: Stop the campaign of lies and dist...**

**UHW members rally for democracy**

**The New York Times: Within Powerful Union, Debate ...**

**The New Republic: Labor's Love Lost: Will Andy Ste...**

**UHW local members picket parent union SEIU in Wash...**

**Benson's Union Democracy Blog: Stern's threat to t...**

**UHW unity inspires member to fight for**

SEIU Voice          Case 3:08-cv-01870-SC     Document 21-5     Filed 07/01/2008     Page 41 of 55

file:///E:/2%20-%20April%202008/16%20Apr%2008/seiuvoice/FDI...

union
democ...

**KPFK Radio: Hundreds of UHW members rally in Los A...**

**Counterpunch: A Purple Uprising in Oakland**

**San Francisco Bay Guardian: SEIU skullduggery: top...**

**SF Weekly: Nursing Home Lobbyist Quits After He Pr...**

**Labor Notes: Members Decry Loyalty Oaths, Cozy Dea...**

► **March** (25)

► **February** (18)

► **January** (1)

► **2007** (13)

► **2005** (1)

► **2001** (4)

April 22

seiuvoice Home Page

SEIU Voice

Case 3:08-cv-01870-SC    Document 21-5    Filed 07/01/2008    Page 43 of 55

file:///E:/2%20-%20April%202008/23%20Apr%2008/seiuvoice/FDI...



HOME    ABOUT US    PLATFORM FOR CHANGE    DOCUMENTS    NEWS    CONTACT

**Top Stories**
**In These Times: Dissent in the Ranks**
**San Francisco Bay Guardian: A less perfect union**
**The New Republic: Labor's Love Lost: Will Andy Stern save unions, or destroy them?**

Search [        ] [ Go ]

**Updates by E-mail**

## Security Officers to SEIU: UHW's Help has been Vital

Tuesday, April 22, 2008

Recently, more than 400 Inter-Con security officers who are working to form a union at Kaiser Permanente facilities **sent a letter to SEIU International President Andy Stern**, urging him to stop spreading lies about UHW. The officers have been supported by UHW for years in their efforts to organize, but SEIU is attempting to smear the healthcare workers' union by claiming the opposite is true—including a recent e-mail blast, full of false allegations, that went to thousands of UHW members. The reality is that UHW members are in a strong position with Kaiser Permanente because of years of struggle going back decades, and we have been using that strength in partnership with the security officers to bring them closer to a fair union election. As the officers note in their letter, UHW members helped pass union authorization cards, marched on management, and stood on the picket line during the officers' recent strike.

**Click here to see the guards' petition** [PDF]
**Read the full post...**

Enter your email address:
[                    ]
[ Subscribe ]



## SEIU Growth from the Bottom Up

Monday, April 21, 2008

From **HuffingtonPost.com**

*Dr. Karen Stephen April 16, 2008*

*Our first local contract was nothing to brag about except that for the first time compensation was based on equity, not whim, and hiring practices were made transparent. Forced to give up a prime retirement benefit, we looked to the future for positive outcomes, hoping by organizing to stave off more unilateral changes to our benefits. We began to feel we had a voice.*



**Read the full post...**

## UHW on Building Bridges Radio: "Let the members decide"





SEIU Voice

SEIU Voice

Case 3:08-cv-01870-SC    Document 21-5    Filed 07/01/2008    Page 44 of 55
file:///E:/2%20-%20April%202008/23%20Apr%2008/seiuvoice/FDI...

UHW President Sal Rosselli and Executive Board member Stan Lyles, a rank-and-file leader from Northridge Hospital Medical Center, recently appeared on "Building Bridges," a labor-oriented radio program on WBAI 99.5 FM in New York City. The discussion centered around our drive to restore democracy to SEIU's decision-making process so that workers can advocate for themselves and the patients they care for.
Host Ken Nash tried to get Andy Stern to appear on the program and talk about why SEIU is becoming less democratic under his leadership, but Stern would not participate.

**Read the full post...**

# UHW Organizes 2000 new members in past 3 weeks at 4 hospitals

Friday, April 18, 2008

Nearly 2,000 California hospital workers from four hospitals and clinics celebrated union victories during the past 3 weeks as they voted in overwhelming numbers to join United Healthcare Workers-West. It's the biggest increase in members in one month for any union within SEIU. The union elections were held at St. Francis Medical Center in Lynwood; Catholic Healthcare West operated clinics in Sacramento; Tri-City Medical Center in Oceanside; and Coastal Communities Hospital in Santa Ana.

**Read the full post...**

# SEIU allegations of UHW/CNA Collusion: Much Ado About Nothing

Wednesday, April 16, 2008

Though United Healthcare Workers-West (UHW) has decried tactics by the California Nurses Association (CNA), the Service Employees International Union (SEIU) issued an April 11 press release attacking UHW for failing to support SEIU's campaign against the CNA. Posted here is a video response to that press release.

**Background on the battle between SEIU and the CNA in California**
**Read the full post...**

# UHW to Hold New Delegate Election for SEIU

This website was created by members of SEIU United Healthcare Workers-West (UHW) to provide a source of information to the public about our efforts to get our national union, SEIU, back on the right path.

### UHW leads in new organizing

Between 2001 and 2006, UHW added more members - 64,826 – than did any other SEIU local in the nation, more than doubling in size in this period (excluding any growth from mergers). **Read more**



### UHW President's Resignation

**Click here** to download Sal Rosselli's resignation letter from SEIU's Executive Committee on Feb. 9, 2008. **[PDF document]**

### Top Links

**The New Republic: Labor's Love Lost: Will Andy Stern save unions, or destroy them?**

**Factsheet debunking Andy Stern's letter of pretext for a hostile takeover of UHW**

**"SEIU scapegoating UHW doesn't work for workers" by Barbara Lewis**

### Recent Videos





SEIU Voice

Case 3:08-cv-01870-SC    Document 21-5    Filed 07/01/2008    Page 45 of 55

file:///E:/2%20-%20April%202008/23%20Apr%2008/seiuvoice/FDI...

## Convention

**Will take every step to maximize member participation.**

Tuesday, April 15, 2008

OAKLAND, Calif. – United Healthcare Workers-West announced Tuesday it will re-run an election to choose delegates to send to this year's Service Employees International Union convention in Puerto Rico.

**Press Release [PDF]**
**Read the full post...**




powered by



# Andy Stern slips out the back door rather than meet with UHW members

By George Wong, Pharmacy Technician, Kaiser–San Francisco

Monday, April 14, 2008

This morning, more than a dozen rank-and-file UHW members traveled to SEIU local 1021's headquarters in San Francisco. We were there in an effort to meet Andy Stern as he was addressing 1021's executive board. Our intentions were peaceful. We did not want to disrupt the E-board's meeting. We merely wanted two minutes of Andy Stern's time to discuss our rank-and-file's request to discuss our Platform for Change within SEIU. It's a discussion that we've asked to have for months, without any commitment from President Stern.

**Read the full post...**



## SEIU's Fastest Growing Union Adds 300 More in Orange County



On Friday, April 11th UHW added to a recent string of organizing victories when workers at Coastal Communities Hospital in Orange County voted overwhelmingly to join UHW. The hospital's workforce was organized largely by union co-workers at a sister facility and by other UHW members. The nearly 300 healthcare workers from Coastal Communities joined thousands of other healthcare workers who have voted to join UHW in recent weeks, many in California's most politically conservative counties. Eduardo Mejia, a dietary worker at Coastal, says "forming a union means improving wages so I can have a better life for myself and my family. I now can be a part of the decision making process to make sure everyone is treated fairly and with respect."

UHW, the fastest growing healthcare local in SEIU, has organized more workers this year than has been organized in the rest of SEIU's health systems division in the same period. While SEIU has claimed that UHW only cares about standards, not about growth, this victory is further evidence that UHW members understand intrinsically how they're connected: workers organize into UHW to have a voice at work and achieve the standards they can win with UHW.

**Download the press release [PDF]**
**Read the full post...**

## Background on the battle between SEIU and the CNA In California

Sunday, April 13, 2008

UHW absolutely deplores the recent actions taken by the CNA in Ohio, Nevada, and California. We have experienced the same attacks before multiple times in California and have a history of conflict with the CNA:

- Our conflict with the CNA dates back to the mid-1990s when disagreement over a healthcare



Read UHW's white paper, **"California's Healthcare Crisis: Industry Challenges & Workforce Solutions."**

RSS Feed

  **Subscribe to feed**

Archive

▼ **2008** (74)
  ▼ **April** (30)
    **Security Officers to SEIU: UHW's Help has been Vit...**

    **SEIU Growth from the Bottom Up**

    **UHW on Building Bridges Radio: "Let the members de...**

    **UHW Organizes 2000 new members in past 3 weeks at ...**

    **SEIU allegations of UHW/CNA**

SEIU Voice

Case 3:08-cv-01870-SC     Document 21-5     Filed 07/01/2008     Page 46 of 55
file:///E:/2%20-%20April%202008/23%20Apr%2008/seiuvoice/FDI...

reform package led to SEIU and CNA sponsoring competing ballot initiatives.
- Shortly thereafter, CNA strongly criticized us for entering into the Kaiser partnership, while we criticized CNA for failing to support our fight with Sutter - including crossing our picket lines when Sutter workers struck in 1997.
- The fight escalated in 2001, after SEIU Locals 250 and 399, with support from the International Union, won an historic election agreement at Catholic Healthcare West (CHW) after a four-year fight. The CNA intervened in elections and ran anti-SEIU campaigns in CHW hospitals by filing with minimum support to get on the ballot.
- At the same time, CNA created a "new" union – CHEU - to organize SEIU's traditional base of healthcare workers. CHEU organized several units of CHW.

**Download full document [PDF]**
**Read the full post...**

# Sidestepping democracy is no path to building SEIU or the movement

Cross posted at OpenLeft.org

by Barbara Lewis

Unnoticed by most mainstream media, a crisis is unfolding over the direction of America's largest union, Service Employees International Union (SEIU). The president of SEIU, Andy Stern, is on a drive to centralize power in Washington DC and put control over the union's resources and decisions into the hands of a small number of leaders. We believe SEIU may be moving into position to impose an illegal takeover on my union local, United Healthcare Workers - West (UHW), to silence the voice of our members, who have been vocal critics of the compromised direction that SEIU is heading.

We have to ask: how can SEIU play an important part in a progressive movement if they respond to internal criticism and honest debate with attacks intended to intimidate or possibly crush the loyal opposition?

SEIU leaders have a strong tradition of speaking out when they believe something is seriously wrong. Four years ago, at the SEIU national convention, Andy Stern spoke out. Stern spoke about how the AFL-CIO was an ineffective organization for workers, and that the leadership had been unable to turn around the stagnation of the labor movement. And then Stern led our union and others out of the AFL-CIO to create the Change to Win coalition.

**Read the full post...**

# SEIU rhetoric vs. reality: The SEIU loyalty oath



Friday, April 11, 2008

On its face, SEIU's democracy pledge appears to be thoughtful and fair-minded. SEIU appears to embrace a number of noble values and model organizational practices, such as constructive discussion, democratic decision-making and member participation. However, because it fails to recognize the stark difference between SEIU's rhetoric and the reality of its practices, the pledge is better seen as a Loyalty Oath designed to paper over serious organizational divisions. Read the pledge and our response to the pledge here:

**Read the SEIU democracy pledge [PDF]**
**Read UHW's response [PDF]**

**Read the full post...**

# Kaiser Security officers to Stern: Stop anti-UHW

Collusion: Much Ado Ab...

UHW to Hold New Delegate Election for SEIU Convent...

Andy Stern slips out the back door rather than mee...

SEIU's Fastest Growing Union Adds 300 More in Oran...

Background on the battle between SEIU and the CNA ...

Sidestepping democracy is no path to building SEIU...

SEIU rhetoric vs. reality: The SEIU loyalty oath

Kaiser Security officers to Stern: Stop anti-UHW ...

Fastest growing SEIU local organizes 500 more

In These Times: Dissent in the Ranks: SEIU Is the ...

UHW unveils proposals for SEIU convention

SEIU rhetoric vs. reality

San Francisco Bay Guardian: A less perfect union

UHW members file freedom of speech lawsuit against...

Dear Mr. Stern: Stop the campaign of lies and dist...

UHW members

## attacks; support UHW Platform for Change



DATE: April 10, 2008
TO: Andrew Stern, SEIU International
RE: Stop the slander! Recognize the vital role UHW's plays in supporting our fight to form a Union of Security Officers at Kaiser Permanente

Mr. Stern,

Your website, seiufactchecker.org, contains a number of malicious claims about UHW regarding our struggle to form a union for Security Officers at Kaiser Permanente. The nature of these claims are so outrageous that we had to respond to set the record straight.

We, the Security Officers at Kaiser San Francisco, started the struggle to form a Union—we were the first shop to organize. In November of 2005, it was UHW who advised us how to organize for power and pushback against the disrespect we were subjected to by Intercon, the subcontractor hired by Kaiser. Our boss, unfairly and without notice changed our schedules. Per UHW's instruction, we passed a petition immediately signed by almost every officer.

When we marched on our boss to deliver the petition, UHW led the charge. When Intercon suspended indefinitely three of our coworkers in direct retaliation for our actions, it was UHW who went to Kaiser management and demanded justice. It was only because of UHW's strength and support that all three were immediately brought back to work and made whole.

**Read the Full Letter [PDF]**
**Read the full post...**

**Older Posts**
Subscribe to: **Posts (Atom)**

rally for democracy

**The New York Times: Within Powerful Union, Debate ...**

**The New Republic: Labor's Love Lost: Will Andy Ste...**

**UHW local members picket parent union SEIU in Wash...**

**Benson's Union Democracy Blog: Stern's threat to t...**

**UHW unity inspires member to fight for union democ...**

**KPFK Radio: Hundreds of UHW members rally in Los A...**

**Counterpunch: A Purple Uprising in Oakland**

**San Francisco Bay Guardian: SEIU skullduggery: top...**

**SF Weekly: Nursing Home Lobbyist Quits After He Pr...**

**Labor Notes: Members Decry Loyalty Oaths, Cozy Dea...**

► **March** (25)

► **February** (18)

► **January** (1)

► **2007** (13)

► **2005** (1)

► **2001** (4)

SEIU Voice

Case 3:08-cv-01870-SC    Document 21-5    Filed 07/01/2008    Page 48 of 55

file:///E:/2%20-%20April%202008/23%20Apr%2008/seiuvoice/FDI...

April 29

seiuvoice Home Page

SEIU Voice

Case 3:08-cv-01870-SC     Document 21-5     Filed 07/01/2008     Page 50 of 55
file:///E:/2%20-%20April%202008/30%20Apr%2008/seiuvoice/FDI...

HOME     ABOUT US     PLATFORM FOR CHANGE     DOCUMENTS     NEWS     CONTACT

**Top Stories**
**In These Times: Dissent in the Ranks**
**San Francisco Bay Guardian: A less perfect union**
**The New Republic: Labor's Love Lost: Will Andy Stern save unions, or destroy them?**

Search [        ] [Go]

**Updates by E-mail**

# On SEIU's Threat to Sue UHW Leaders

Tuesday, April 29, 2008

**Statement by UHW President Sal Rosselli**

In recent months United Healthcare Workers-West (UHW) and its allies inside SEIU have launched a campaign, in the face of constant threats and retaliation, to reform our International Union.

The most recent act of retaliation is their announcement today of plans to sue UHW leaders. UHW's elected executive board members created the education fund in question in full compliance with the law, and appropriately released all of the details of its actions. Last week, the fund's board decided to dissolve the fund and return its resources to UHW. UHW notified SEIU yesterday of this action.

Even so, SEIU scheduled a press conference, talked to reporters and distributed copies of the suit publicly, all before notifying UHW. The dissolution of the fund, the remedy sought by SEIU's lawsuit, is already underway, making it frivolous.

The lawsuit and the PR circus surrounding it are a hoax being perpetrated on the press and, most shamefully, upon SEIU members, in order to smear us and shut down the Stern team's political opposition. That, if anything, is an inappropriate use of members' dues.

SEIU's use of selective enforcement is astounding. Rather than going after officers and staff of UHW on trumped-up charges, SEIU should be launching an internal investigation of the Labor Department's recent charges resulting from Vice President Dave Regan's financial improprieties and interference in internal union elections in Nevada. SEIU also should investigate charges against Vice President Tom DeBruin and Assistant to the President Josie Mooney for interference and possible labor law violations in delegate elections in California.

Their purpose is to again stifle our dissent, and we won't be silenced.

**Read the full post...**

# UHW Wins at Motion Picture & Television Fund Hospital and Health Centers

Saturday, April 26, 2008

It's lights, camera, ACTION at Motion Picture & Television Fund Hospital, where caregivers ratified by a 98% margin a new 5-year contract that provides retroactive wage

Enter your email address:

[                        ]

[Subscribe]




Español  中文
Русский  Tagalog









SEIU Voice

SEIU Voice

Case 3:08-cv-01870-SC     Document 21-5     Filed 07/01/2008     Page 51 of 55

file:///E:/2%20-%20April%202008/30%20Apr%2008/seiuvoice/FDI...

increases, financial security, improved job security, and a ban on subcontracting to more than 570 healthcare workers.

**Read the full post...**



## BNA Daily Labor Report: California Local of SEIU Organizes 2,000 Workers at 12 Hospitals and Clinics

From BNA Daily Labor Report                                    Thursday, April 24, 2008

*United Healthcare Workers-West, a 130,000-member local of the Service Employees International Union, in recent weeks has won representation for some 2,000 workers in three hospitals and nine health clinics across California.*

*According to UHW, three of the four elections were conducted under "free and fair election" procedures including neutrality agreements that UHW had negotiated at other health care facilities with the same ownership. Three of the elections were conducted by the National Labor Relations Board, and the fourth was conducted under a card-check agreement.*

**Read the full post...**

## Union Democracy Review: Stern's illusion and democracy's nightmare

From **Union Democracy Review**

*By Herman Benson*

*Andy Stern, president of the Service Employees International Union and labor's latest celebrity, seems to be resurrecting a neglected ideology: the concept of a militarized "democratic" centralism. For him and his followers, the hope of imposing it upon a newly invigorated labor movement may be a utopian illusion. For union democracy, it is a nightmare. Hints, but only hints, of his underlying philosophy were implicit in his schemes for reorganizing his own SEIU and the whole labor movement. But its trend has become manifest as he is apparently moving to crush critics on the west coast, impose a repressive trusteeship over the 140,000-member United Healthcare Workers-West, and cut down Sal Rosselli, its president.*

**Read the full post...**

## Security Officers to SEIU: UHW's Help has been Vital

Tuesday, April 22, 2008

Recently, more than 400 Inter-Con security officers who are working to form a union at Kaiser Permanente facilities **sent a letter to SEIU International President Andy Stern**, urging him to stop spreading lies about UHW. The officers have been supported by UHW for years in their efforts to organize, but SEIU is attempting to smear the healthcare workers' union by claiming the opposite is true—including a recent e-mail blast, full of false allegations, that went to thousands of UHW members. The reality is that UHW members are in a strong position with Kaiser Permanente because of years of struggle going back decades, and we have been using that strength in partnership with the security officers to bring them closer to a fair union election. As the officers note in their letter, UHW members helped pass union authorization cards, marched on

This website was created by members of SEIU United Healthcare Workers-West (UHW) to provide a source of information to the public about our efforts to get our national union, SEIU, back on the right path.

### UHW leads in new organizing

Between 2001 and 2006, UHW added more members - 64,826 – than did any other SEIU local in the nation, more than doubling in size in this period (excluding any growth from mergers). **Read more**



+105%     127k

62k

**2001     2006**

### UHW President's Resignation

**Click here** to download Sal Rosselli's resignation letter from SEIU's Executive Committee on Feb. 9, 2008. **[PDF document]**

### Top Links

**The New Republic: Labor's Love Lost: Will Andy Stern save unions, or destroy them?**

**Factsheet debunking Andy Stern's letter of pretext for a hostile takeover of UHW**

**"SEIU scapegoating UHW doesn't work for workers" by Barbara Lewis**

### Recent Videos





SEIU Voice

Case 3:08-cv-01870-SC    Document 21-5    Filed 07/01/2008    Page 52 of 55

file:///E:/2%20-%20April%202008/30%20Apr%2008/seiuvoice/FDI...

management, and stood on the picket line during the officers' recent strike.

**Click here to see the guards' petition** [PDF]
**Read the full post...**

## SEIU Growth from the Bottom Up

From **HuffingtonPost.com**

Monday, April 21, 2008

*Dr. Karen Stephen April 16, 2008*

*Our first local contract was nothing to brag about except that for the first time compensation was based on equity, not whim, and hiring practices were made transparent. Forced to give up a prime retirement benefit, we looked to the future for positive outcomes, hoping by organizing to stave off more unilateral changes to our benefits. We began to feel we had a voice.*

**Read the full post...**

## UHW on Building Bridges Radio: "Let the members decide"

UHW President Sal Rosselli and Executive Board member Stan Lyles, a rank-and-file leader from Northridge Hospital Medical Center, recently appeared on "Building Bridges," a labor-oriented radio program on WBAI 99.5 FM in New York City. The discussion centered around our drive to restore democracy to SEIU's decision-making process so that workers can advocate for themselves and the patients they care for. Host Ken Nash tried to get Andy Stern to appear on the program and talk about why SEIU is becoming less democratic under his leadership, but Stern would not participate.

**Read the full post...**

## UHW Organizes 2000 new members in past 3 weeks at 4 hospitals

Friday, April 18, 2008

Nearly 2,000 California hospital workers from four hospitals and clinics celebrated union victories during the past 3 weeks as they voted in overwhelming numbers to join United Healthcare Workers-West. It's the biggest increase in members in one month for any union within SEIU. The union elections were held at St. Francis Medical Center in Lynwood; Catholic Healthcare West operated clinics in Sacramento; Tri-City Medical Center in Oceanside; and Coastal Communities Hospital in Santa Ana.

**Read the full post...**

## SEIU allegations of UHW/CNA Collusion: Much Ado




powered by





**California's Healthcare Crisis**
INDUSTRY CHALLENGES & WORKFORCE SOLUTIONS



Read UHW's white paper,
**"California's Healthcare Crisis: Industry Challenges & Workforce Solutions."**

RSS Feed

**Subscribe to feed**

Archive

▼ **2008** (78)
  ▼ **April** (34)
    **On SEIU's Threat to Sue UHW Leaders**

    **UHW Wins at Motion Picture & Television Fund Hospi...**

    **BNA Daily Labor Report: California Local of SEIU O...**

    **Union Democracy Review: Stern's illusion and democ...**

    **Security Officers to SEIU: UHW's**

## About Nothing

Wednesday, April 16, 2008

Though United Healthcare Workers-West (UHW) has decried tactics by the California Nurses Association (CNA), the Service Employees International Union (SEIU) issued an April 11 press release attacking UHW for failing to support SEIU's campaign against the CNA. Posted here is a video response to that press release.

**Background on the battle between SEIU and the CNA in California**
**Read the full post...**

## UHW to Hold New Delegate Election for SEIU Convention

Tuesday, April 15, 2008

**Will take every step to maximize member participation.**

OAKLAND, Calif. – United Healthcare Workers-West announced Tuesday it will re-run an election to choose delegates to send to this year's Service Employees International Union convention in Puerto Rico.

**Press Release [PDF]**
**Read the full post...**

## Andy Stern slips out the back door rather than meet with UHW members

Monday, April 14, 2008

By George Wong, Pharmacy Technician, Kaiser–San Francisco

This morning, more than a dozen rank-and-file UHW members traveled to SEIU local 1021's headquarters in San Francisco. We were there in an effort to meet Andy Stern as he was addressing 1021's executive board. Our intentions were peaceful. We did not want to disrupt the E-board's meeting. We merely wanted two minutes of Andy Stern's time to discuss our rank-and-file's request to discuss our Platform for Change within SEIU. It's a discussion that we've asked to have for months, without any commitment from President Stern.

**Read the full post...**

## SEIU's Fastest Growing Union Adds 300 More in Orange County



On Friday, April 11th UHW added to a recent string of organizing victories when workers at Coastal Communities Hospital in Orange County voted overwhelmingly to join UHW. The hospital's workforce was organized largely by union co-workers at a sister facility and by other UHW members. The nearly 300

Help has been Vit...

SEIU Growth from the Bottom Up

UHW on Building Bridges Radio: "Let the members de...

UHW Organizes 2000 new members in past 3 weeks at ...

SEIU allegations of UHW/CNA Collusion: Much Ado Ab...

UHW to Hold New Delegate Election for SEIU Convent...

Andy Stern slips out the back door rather than mee...

SEIU's Fastest Growing Union Adds 300 More in Oran...

Background on the battle between SEIU and the CNA ...

Sidestepping democracy is no path to building SEIU...

SEIU rhetoric vs. reality: The SEIU loyalty oath

Kaiser Security officers to Stern: Stop anti-UHW ...

Fastest growing SEIU local organizes 500 more

In These Times: Dissent in the Ranks: SEIU Is the ...

UHW unveils proposals for SEIU

SEIU Voice

Case 3:08-cv-01870-SC    Document 21-5    Filed 07/01/2008    Page 54 of 55

file:///E:/2%20-%20April%202008/30%20Apr%2008/seiuvoice/FDI...



healthcare workers from Coastal Communities joined thousands of other healthcare workers who have voted to join UHW in recent weeks, many in California's most politically conservative counties. Eduardo Mejia, a dietary worker at Coastal, says "forming a union means improving wages so I can have a better life for myself and my family. I now can be a part of the decision making process to make sure everyone is treated fairly and with respect."

UHW, the fastest growing healthcare local in SEIU, has organized more workers this year than has been organized in the rest of SEIU's health systems division in the same period. While SEIU has claimed that UHW only cares about standards, not about growth, this victory is further evidence that UHW members understand intrinsically how they're connected: workers organize into UHW to have a voice at work and achieve the standards they can win with UHW.

Download the press release [PDF]
Read the full post...

Older Posts
Subscribe to: **Posts (Atom)**

**convention**

**SEIU rhetoric vs. reality**

**San Francisco Bay Guardian: A less perfect union**

**UHW members file freedom of speech lawsuit against...**

**Dear Mr. Stern: Stop the campaign of lies and dist...**

**UHW members rally for democracy**

**The New York Times: Within Powerful Union, Debate ...**

**The New Republic: Labor's Love Lost: Will Andy Ste...**

**UHW local members picket parent union SEIU in Wash...**

**Benson's Union Democracy Blog: Stern's threat to t...**

**UHW unity inspires member to fight for union democ...**

**KPFK Radio: Hundreds of UHW members rally in Los A...**

**Counterpunch: A Purple Uprising in Oakland**

**San Francisco Bay Guardian: SEIU skullduggery: top...**

**SF Weekly: Nursing Home**

SEIU Voice     Case 3:08-cv-01870-SC     Document 21-5     Filed 07/01/2008     Page 55 of 55

file:///E:/2%20-%20April%202008/30%20Apr%2008/seiuvoice/FDI...

**Lobbyist Quits After He Pr...**

**Labor Notes: Members Decry Loyalty Oaths, Cozy Dea...**

► **March** (25)

► **February** (18)

► **January** (1)

► **2007** (13)
► **2005** (1)
► **2001** (4)

May 5

seiuvoice Home Page

SEIU Voice    Case 3:08-cv-01870-SC    Document 21-6    Filed 07/01/2008    Page 2 of 28

file:///E:/3%20-%20May%202008/06%20May%2008/seiuvoice/FDI...

**HOME**    **ABOUT US**    **PLATFORM FOR CHANGE**    **DOCUMENTS**    **NEWS**    **CONTACT**

---

**Top Stories**
**100 scholars express concern to Andy Stern about possible actions against UHW**
**In These Times: Dissent in the Ranks**
**San Francisco Bay Guardian: A less perfect union**
**The New Republic: Labor's Love Lost: Will Andy Stern save unions, or destroy them?**

---

# UHW moves to seek sanctions against SEIU for filing a frivolous lawsuit

Friday, May 2, 2008

UHW points out that SEIU's lawsuit is legally flawed and an abuse of the processes of the Federal Court.

**Download the full letter** [PDF]
**Read the full post...**

## SF Business Times: Noam Chomsky, other academics and journalists, weigh in on SEIU-UHW feud

From **SF Business Times**:

> In an "open letter" addressed to Andy Stern, president of the 1.9 million member Service Employees International Union, dozens of U.S. authors, academics and several journalists on Thursday took Stern to task for an ongoing feud with United Healthcare Workers West, an SEIU local based in Oakland.

**Read the full post...**

## 100 scholars express concern to Andy Stern about possible actions against UHW

Thursday, May 1, 2008

Dear Andy:

We are writing to you as journalists, authors, political activists, and educators who are committed to organized labor because of its important role in social justice struggles in the U.S. Some of us have longstanding ties to SEIU and have done research, writing, or labor education work involving its members, organizers, and local leaders. Those of us who deal with graduate students or

Search [ ] Go

Updates by E-mail

Enter your email address:
[                    ]

[ Subscribe ]









SEIU Voice

undergraduates have encouraged younger people to pursue internships or full-time job opportunities with SEIU and other Change To Win or AFL-CIO unions. A number of us belong to unions ourselves. Many of us have been part of community-labor coalitions or campus-based groups like Scholars, Artists, and Writers for Social Justice (when it was still active) because we support organizing and bargaining by janitors, cafeteria workers, and other service sector employees.

**Download the letter** [PDF]
**Read the full post...**

# Labor Notes: SEIU's Internal Divisions Spill into Delegate Races

From **Labor Notes:**

By **Mark Brenner**

*Mounting conflicts within the Service Employees International Union (SEIU) have spilled into the delegate election process for the union's convention, scheduled for June 1-4 in Puerto Rico. SEIU opposition activists, particularly from several large locals on the West Coast, are crying foul—denouncing what they say are coordinated interventions by International staff and appointed leaders in the delegate election process.*



**Read the full post...**

# On SEIU's Threat to Sue UHW Leaders

**Statement by UHW President Sal Rosselli**

Tuesday, April 29, 2008

In recent months United Healthcare Workers-West (UHW) and its allies inside SEIU have launched a campaign, in the face of constant threats and retaliation, to reform our International Union.

The most recent act of retaliation is their announcement today of plans to sue UHW leaders. UHW's elected executive board members created the education fund in question in full compliance with the law, and appropriately released all of the details of its actions. Last week, the fund's board decided to dissolve the fund and return its resources to UHW. UHW notified SEIU yesterday of this action.

Even so, SEIU scheduled a press conference, talked to reporters and distributed copies of the suit publicly, all before notifying UHW. The dissolution of the fund, the remedy sought by SEIU's lawsuit, is already underway, making it frivolous.

The lawsuit and the PR circus surrounding it are a hoax being perpetrated on the press and, most shamefully, upon SEIU members, in order to smear us and shut down the Stern team's political opposition. That, if anything, is an inappropriate use of members' dues.

SEIU's use of selective enforcement is astounding. Rather than going after officers and staff of UHW on trumped-up charges, SEIU should be launching an internal investigation of the Labor Department's recent charges resulting from Vice President Dave Regan's financial improprieties and interference in internal union elections in Nevada. SEIU also should investigate charges against Vice President Tom DeBruin and Assistant to the President Josie Mooney for interference and possible labor law violations in delegate elections in California.

Their purpose is to again stifle our dissent, and we won't be silenced.

**Read the full post...**

This website was created by members of SEIU United Healthcare Workers-West (UHW) to provide a source of information to the public about our efforts to get our national union, SEIU, back on the right path.

**UHW leads in new organizing**

Between 2001 and 2006, UHW added more members - 64,826 – than did any other SEIU local in the nation, more than doubling in size in this period (excluding any growth from mergers). **Read more**



**UHW President's Resignation**

**Click here** to download Sal Rosselli's resignation letter from SEIU's Executive Committee on Feb. 9, 2008. **[PDF document]**

**Top Links**

**The New Republic: Labor's Love Lost: Will Andy Stern save unions, or destroy them?**

**Factsheet debunking Andy Stern's letter of pretext for a hostile takeover of UHW**

**"SEIU scapegoating UHW doesn't work for workers" by Barbara Lewis**

**Recent Videos**





SEIU Voice

Case 3:08-cv-01870-SC    Document 21-6    Filed 07/01/2008    Page 4 of 28

file:///E:/3%20-%20May%202008/06%20May%2008/seiuvoice/FDI...

## UHW Wins at Motion Picture & Television Fund Hospital and Health Centers

Saturday, April 26, 2008

It's lights, camera, ACTION at Motion Picture & Television Fund Hospital, where caregivers ratified by a 98% margin a new 5-year contract that provides retroactive wage increases, financial security, improved job security, and a ban on subcontracting to more than 570 healthcare workers.

**Read the full post...**





powered by

 YouTube

## BNA Daily Labor Report: California Local of SEIU Organizes 2,000 Workers at 12 Hospitals and Clinics

From BNA Daily Labor Report

Thursday, April 24, 2008



*United Healthcare Workers-West, a 130,000-member local of the Service Employees International Union, in recent weeks has won representation for some 2,000 workers in three hospitals and nine health clinics across California.*

*According to UHW, three of the four elections were conducted under "free and fair election" procedures including neutrality agreements that UHW had negotiated at other health care facilities with the same ownership. Three of the elections were conducted by the National Labor Relations Board, and the fourth was conducted under a card-check agreement.*

Read UHW's white paper, "California's Healthcare Crisis: Industry Challenges & Workforce Solutions."

**Read the full post...**

RSS Feed

 **Subscribe to feed**

## Union Democracy Review: Stern's illusion and democracy's nightmare

From **Union Democracy Review**

Archive

▼ **2008** (82)
  ▼ **May** (4)
    **UHW moves to seek sanctions against SEIU for filin...**

By Herman Benson

*Andy Stern, president of the Service Employees International Union and labor's latest celebrity, seems to be resurrecting a neglected ideology: the concept of a militarized "democratic" centralism. For him and his followers, the hope of imposing it upon a newly invigorated labor movement may be a utopian illusion. For union democracy, it is a nightmare. Hints, but only hints, of his underlying philosophy were implicit in his schemes for reorganizing his own SEIU and the whole labor movement. But its trend has become manifest as he is apparently moving to crush critics on the west coast, impose a repressive trusteeship over the 140,000-member United Healthcare Workers-West, and cut down Sal Rosselli, its president.*

**SF Business Times: Noam Chomsky, other academics a...**

**100 scholars express concern to Andy Stern about p...**

**Labor Notes: SEIU's Internal Divisions Spill into ...**

**Read the full post...**

## Security Officers to SEIU: UHW's Help has been Vital

Tuesday, April 22, 2008

SEIU Voice

Case 3:08-cv-01870-SC    Document 21-6    Filed 07/01/2008    Page 5 of 28

file:///E:/3%20-%20May%202008/06%20May%202008/seiuvoice/FDI...

Recently, more than 400 Inter-Con security officers who are working to form a union at Kaiser Permanente facilities **sent a letter to SEIU International President Andy Stern**, urging him to stop spreading lies about UHW. The officers have been supported by UHW for years in their efforts to organize, but SEIU is attempting to smear the healthcare workers' union by claiming the opposite is true—including a recent e-mail blast, full of false allegations, that went to thousands of UHW members. The reality is that UHW members are in a strong position with Kaiser Permanente because of years of struggle going back decades, and we have been using that strength in partnership with the security officers to bring them closer to a fair union election. As the officers note in their letter, UHW members helped pass union authorization cards, marched on management, and stood on the picket line during the officers' recent strike.

**Click here to see the guards' petition [PDF]**
**Read the full post...**

## SEIU Growth from the Bottom Up

From **HuffingtonPost.com**                              Monday, April 21, 2008

> *Dr. Karen Stephen April 16, 2008*
>
> *Our first local contract was nothing to brag about except that for the first time compensation was based on equity, not whim, and hiring practices were made transparent. Forced to give up a prime retirement benefit, we looked to the future for positive outcomes, hoping by organizing to stave off more unilateral changes to our benefits. We began to feel we had a voice.*

**Read the full post...**

## UHW on Building Bridges Radio: "Let the members decide"

UHW President Sal Rosselli and Executive Board member Stan Lyles, a rank-and-file leader from Northridge Hospital Medical Center, recently appeared on "Building Bridges," a labor-oriented radio program on WBAI 99.5 FM in New York City. The discussion centered around our drive to restore democracy to SEIU's decision-making process so that workers can advocate for themselves and the patients they care for.
Host Ken Nash tried to get Andy Stern to appear on the program and talk about why SEIU is becoming less democratic under his leadership, but Stern would not participate.

**Read the full post...**

## UHW Organizes 2000 new members in past 3 weeks at 4 hospitals

Friday, April 18, 2008

► **April** (34)

► **March** (25)

► **February** (18)

► **January** (1)

► **2007** (13)

► **2005** (1)

► **2001** (4)

SEIU Voice

Case 3:08-cv-01870-SC    Document 21-6    Filed 07/01/2008    Page 6 of 28

file:///E:/3%20-%20May%202008/06%20May%2008/seiuvoice/FDI...

Nearly 2,000 California hospital workers from four hospitals and clinics celebrated union victories during the past 3 weeks as they voted in overwhelming numbers to join United Healthcare Workers-West. It's the biggest increase in members in one month for any union within SEIU. The union elections were held at St. Francis Medical Center in Lynwood; Catholic Healthcare West operated clinics in Sacramento; Tri-City Medical Center in Oceanside; and Coastal Communities Hospital in Santa Ana.

**Read the full post...**

**Older Posts**
Subscribe to: **Posts (Atom)**

# May 13

# seiuvoice Home Page

SEIU Voice

Case 3:08-cv-01870-SC    Document 21-6    Filed 07/01/2008    Page 8 of 28

file:///E:/3%20-%20May%202008/13%15May%2008/seiuvoice/FDI...



Error loading slideShow "monoslideshow.xml".

**HOME    ABOUT US    PLATFORM FOR CHANGE    DOCUMENTS    NEWS    CONTACT**

---

**Top Stories**
**100 scholars express concern to Andy Stern about possible actions against UHW**
**In These Times: Dissent in the Ranks**
**San Francisco Bay Guardian: A less perfect union**
**The New Republic: Labor's Love Lost: Will Andy Stern save unions, or destroy them?**

---

## "Justice for All" or "Control for Just Us?"

Monday, May 12, 2008

In early June, SEIU will hold its quadrennial convention in Puerto Rico where delegates will set the union's direction for the next four years. In advance of the convention, SEIU leaders are distributing their proposed plan for the coming years, which they have given the high-minded title "Justice for All". An initial review of the "Justice for All" plan reveals that like many other of SEIU's recent public relations efforts, it masks a process and a product that are virtually the opposite of what they purport to be.

**Read the full discussion paper** (PDF)

**Read the Executive Summary** (PDF)

**Read the full post...**

## Wall Street Journal: Unions Forge Secret Pacts With Major Employers

Saturday, May 10, 2008

From **The Wall Street Journal**:

*By Kris Maher*

*Two of the nation's largest labor unions have struck confidential agreements with large employers that give the companies the right to designate which of their locations, and how many workers, the unions can seek to organize.*

**Read the full post...**

## UHW members: Hearing lacked fairness, democracy

Friday, May 9, 2008

Search [        ] Go

Updates by E-mail

Enter your email address:
[                    ]
[ Subscribe ]


PLATFORM FOR CHANGE
PLAY VIDEO


Español  中文
Русский  Tagalog


RHETORIC vs. REALITY
SEIU's SPIN vs. UHW FACTS


Working Together For
Quality Care
www.QualityCare2008.org



SEIU HEALTHCARE
UHW
United Healthcare Workers WEST
Join the Fight for
Union Democracy

SEIU Voice

SEIU Voice

Case 3:08-cv-01870-SC     Document 21-6     Filed 07/01/2008     Page 9 of 28

file:///E:/3%20-%20May%202008/13%20May%2008/seiuvoice/FDI...

At an SEIU jurisdictional hearing, United Healthcare Workers member and homecare worker Rosie Byers responds to SEIU's attempt to remove her and 65,000 other long term care workers out of UHW to another union, even though they voted by a 96% margin to stay in UHW.

**Read the full post...**

# SEIU Retaliates Against California Caregivers & Democratic Reform Movement

Wednesday, May 7, 2008

*To hear radio coverage from Los Angeles station KPFK, use the player on the right.*

MANHATTAN BEACH, Calif., May 6 –– The battle over the direction of the Service Employees International Union (SEIU) intensified on Tuesday as the first in a series of hearings was held to determine the fate of more than 60,000 long-term caregivers who are members of United Healthcare Workers-West (UHW). UHW represents 150,000 caregivers in hospitals, clinics, nursing homes, and home care throughout California.

The hearings are a staged attempt by SEIU leaders in Washington to dismantle UHW–the fastest growing local union in the country–by stripping the union of 60,000 plus nursing home and homecare workers without a fair, democratic vote.

**Read the full post...**

# UHW Members Push for Democratic Jurisdiction Process

Tuesday, May 6, 2008

Today, SEIU will take what could be a first step toward undemocratically transferring up to 65,000 members of United Healthcare Workers West into another SEIU local with lower standards and a less successful organizing record. It's not a done deal, but if history is any indication, SEIU may try to deny union members a fair vote on this upcoming decision.

**Read the full post...**

# UHW moves to seek sanctions against SEIU for filing a frivolous lawsuit

Friday, May 2, 2008

UHW points out that SEIU's lawsuit is legally flawed and an abuse of the processes of the Federal Court.

**Download the full letter** [PDF]
**Read the full post...**

This website was created by members of SEIU United Healthcare Workers-West (UHW) to provide a source of information to the public about our efforts to get our national union, SEIU, back on the right path.

### UHW leads in new organizing

Between 2001 and 2006, UHW added more members - 64,826 – than did any other SEIU local in the nation, more than doubling in size in this period (excluding any growth from mergers). **Read more**



### UHW President's Resignation

**Click here** to download Sal Rosselli's resignation letter from SEIU's Executive Committee for Feb. 9, 2008. **[PDF document]**

### Top Links

**The New Republic: Labor's Love Lost: Will Andy Stern save unions, or destroy them?**

**Factsheet debunking Andy Stern's letter of pretext for a hostile takeover of UHW**

**"SEIU scapegoating UHW doesn't work for workers" by Barbara Lewis**

### Recent Videos



SEIU Voice

Case 3:08-cv-01870-SC    Document 21-6    Filed 07/01/2008    Page 10 of 28

file:///E:/3%20-%20May%202008/13%20May%2008/seiuvoice/FDI...

## SF Business Times: Noam Chomsky, other academics and journalists, weigh in on SEIU-UHW feud

From **SF Business Times**:

> *In an "open letter" addressed to Andy Stern, president of the 1.9 million member Service Employees International Union, dozens of U.S. authors, academics and several journalists on Thursday took Stern to task for an ongoing feud with United Healthcare Workers West, an SEIU local based in Oakland.*

**Read the full post...**

## 100 scholars express concern to Andy Stern about possible actions against UHW

Dear Andy:                                                          Thursday, May 1, 2008

We are writing to you as journalists, authors, political activists, and educators who are committed to organized labor because of its important role in social justice struggles in the U.S. Some of us have longstanding ties to SEIU and have done research, writing, or labor education work involving its members, organizers, and local leaders. Those of us who deal with graduate students or undergraduates have encouraged younger people to pursue internships or full-time job opportunities with SEIU and other Change To Win or AFL-CIO unions. A number of us belong to unions ourselves. Many of us have been part of community-labor coalitions or campus-based groups like Scholars, Artists, and Writers for Social Justice (when it was still active) because we support organizing and bargaining by janitors, cafeteria workers, and other service sector employees.

**Download the letter** [PDF]
**Read the full post...**

## Labor Notes: SEIU's Internal Divisions Spill into Delegate Races

From **Labor Notes**:

*By Mark Brenner*



*Mounting conflicts within the Service Employees International Union (SEIU) have spilled into the delegate election process for the union's convention, scheduled for June 1-4 in Puerto Rico. SEIU opposition activists, particularly from several large locals on the West Coast, are crying foul—denouncing what they say are coordinated interventions by International staff and appointed leaders in the delegate election process.*

**Read the full post...**

## On SEIU's Threat to Sue UHW Leaders

Tuesday, April 29, 2008





powered by
YouTube



Read UHW's white paper,
"**California's Healthcare Crisis: Industry Challenges & Workforce Solutions.**"

RSS Feed

 **Subscribe to feed**

Archive

▼ **2008** (87)
  ▼ **May** (9)
    "**Justice for All" or "Control for Just Us?"**

    **Wall Street Journal: Unions Forge Secret Pacts Wit...**

    **UHW members: Hearing lacked fairness, democracy**

    **SEIU Retaliates Against California Caregivers & De...**

    **UHW Members Push for Democratic Jurisdiction**

SEIU Voice

Case 3:08-cv-01870-SC    Document 21-6    Filed 07/01/2008    Page 11 of 28
file:///E:/3%20-%20May%202008/13%20May%2008/seiuvoice/FDI...

**Statement by UHW President Sal Rosselli**

In recent months United Healthcare Workers-West (UHW) and its allies inside SEIU have launched a campaign, in the face of constant threats and retaliation, to reform our International Union.

The most recent act of retaliation is their announcement today of plans to sue UHW leaders. UHW's elected executive board members created the education fund in question in full compliance with the law, and appropriately released all of the details of its actions. Last week, the fund's board decided to dissolve the fund and return its resources to UHW. UHW notified SEIU yesterday of this action.

Even so, SEIU scheduled a press conference, talked to reporters and distributed copies of the suit publicly, all before notifying UHW. The dissolution of the fund, the remedy sought by SEIU's lawsuit, is already underway, making it frivolous.

The lawsuit and the PR circus surrounding it are a hoax being perpetrated on the press and, most shamefully, upon SEIU members, in order to smear us and shut down the Stern team's political opposition. That, if anything, is an inappropriate use of members' dues.

SEIU's use of selective enforcement is astounding. Rather than going after officers and staff of UHW on trumped-up charges, SEIU should be launching an internal investigation of the Labor Department's recent charges resulting from Vice President Dave Regan's financial improprieties and interference in internal union elections in Nevada. SEIU also should investigate charges against Vice President Tom DeBruin and Assistant to the President Josie Mooney for interference and possible labor law violations in delegate elections in California.

Their purpose is to again stifle our dissent, and we won't be silenced.

**Read the full post...**

# UHW Wins at Motion Picture & Television Fund Hospital and Health Centers

Saturday, April 26, 2008

It's lights, camera, ACTION at Motion Picture & Television Fund Hospital, where caregivers ratified by a 98% margin a new 5-year contract that provides retroactive wage increases, financial security, improved job security, and a ban on subcontracting to more than 570 healthcare workers.

**Read the full post...**



# BNA Daily Labor Report: California Local of SEIU Organizes 2,000 Workers at 12 Hospitals and Clinics

Thursday, April 24, 2008

From BNA Daily Labor Report

*United Healthcare Workers-West, a 130,000-member local of the Service Employees International Union, in recent weeks has won representation for some 2,000 workers in three hospitals and nine health clinics across California.*

*According to UHW, three of the four elections were conducted under "free and fair election" procedures including neutrality agreements that UHW had negotiated at other health care facilities with the same ownership. Three of the elections were conducted by the National Labor Relations Board, and the fourth was conducted under a card-check agreement.*

Proce...

**UHW moves to seek sanctions against SEIU for filin...**

**SF Business Times: Noam Chomsky, other academics a...**

**100 scholars express concern to Andy Stern about p...**

**Labor Notes: SEIU's Internal Divisions Spill into ...**

► **April (34)**

► **March (25)**

► **February (18)**

► **January (1)**

► **2007 (13)**

► **2005 (1)**

► **2001 (4)**

SEIU Voice · Case 3:08-cv-01870-SC · Document 21-6 · Filed 07/01/2008 · Page 12 of 28

file:///E:/3%20-%20May%202008/13%20May%2008/seiuvoice/FDI...

**Read the full post...**

**Older Posts**
Subscribe to: **Posts (Atom)**

# May 20

# seiuvoice Home Page

SEIU Voice     Case 3:08-cv-01870-SC     Document 21-6     Filed 07/01/2008     Page 14 of 28

file:///E:/3%20-%20May%202008/20%20May%2008/seiuvoice/FDI...



**HOME     ABOUT US     PLATFORM FOR CHANGE     DOCUMENTS     NEWS     CONTACT**

**Top Stories**
**100 scholars express concern to Andy Stern about possible actions against UHW**
**In These Times: Dissent in the Ranks**
**San Francisco Bay Guardian: A less perfect union**
**The New Republic: Labor's Love Lost: Will Andy Stern save unions, or destroy them?**

Search     Go

**Updates by E-mail**

Enter your email address:

[                    ]

Subscribe

# Homecare Workers Outraged by Proposed Cuts, Wage Reductions

Friday, May 16, 2008

**Pledge to Save Vital Services for Frail Seniors and People with Disabilities**

OAKLAND, Calif. - Thousands of homecare workers across the state are outraged by Gov. Arnold Schwarzenegger's proposed cuts to hours of service, wages and benefits, which would force some of California's most vulnerable workers and the people they serve deeper into poverty. They pledged to save these vital services for seniors and people with disabilities from Schwarzenegger's budget ax.

**Read the full post...**

# Believe It or Not: SEIU Sues its Own Members in Continued Attack on Democracy

Wednesday, May 14, 2008

UHW rank and file leaders who have been sued in a frivolous lawsuit filed by SEIU speak out against the campaign by Washington DC-based SEIU leaders to silence the voice of workers in their own Union.

SEIU has been leading an unprecedented campaign against their own members merely for speaking









SEIU Voice

SEIU Voice     Case 3:08-cv-01870-SC     Document 21-6     Filed 07/01/2008     Page 15 of 28

file:///E:/3%20-%20May%202008/20%20May%2008/seiuvoice/FDI...

out and demanding a voice in their own union.

**Read the full post...**

## "Justice for All" or "Control for Just Us?"

Monday, May 12, 2008

In early June, SEIU will hold its quadrennial convention in Puerto Rico where delegates will set the union's direction for the next four years. In advance of the convention, SEIU leaders are distributing their proposed plan for the coming years, which they have given the high-minded title "Justice for All". An initial review of the "Justice for All" plan reveals that like many other of SEIU's recent public relations efforts, it masks a process and a product that are virtually the opposite of what they purport to be.

**Read the full discussion paper** (PDF)
**Read the Executive Summary** (PDF)
**Read the Brief** (PDF)
**Read the full post...**

## Wall Street Journal: Unions Forge Secret Pacts With Major Employers

Saturday, May 10, 2008

From **The Wall Street Journal**:

*By Kris Maher*

*Two of the nation's largest labor unions have struck confidential agreements with large employers that give the companies the right to designate which of their locations, and how many workers, the unions can seek to organize.*

**Read the full post...**

## UHW members: Hearing lacked fairness, democracy

Friday, May 9, 2008

At an SEIU jurisdictional hearing, United Healthcare Workers member and homecare worker Rosie Byers responds to SEIU's attempt to remove her and 65,000 other long term care workers out of UHW to another union, even though they voted by a 96% margin to stay in UHW.

**Read the full post...**

## SEIU Retaliates Against California Caregivers & Democratic Reform Movement

Wednesday, May 7, 2008

This website was created by members of SEIU United Healthcare Workers-West (UHW) to provide a source of information to the public about our efforts to get our national union, SEIU, back on the right path.

### UHW leads in new organizing

Between 2001 and 2006, UHW added more members - 64,826 – than did any other SEIU local in the nation, more than doubling in size in this period (excluding any growth from mergers). **Read more**



+105%    127k

62k

2001    2006

### UHW President's Resignation

**Click here** to download Sal Rosselli's resignation letter from SEIU's Executive Committee on Feb. 9, 2008. **[PDF document]**

### Top Links

**The New Republic: Labor's Love Lost: Will Andy Stern save unions, or destroy them?**

**Factsheet debunking Andy Stern's letter of pretext for a hostile takeover of UHW**

**"SEIU scapegoating UHW doesn't work for workers" by Barbara Lewis**

### Recent Videos





SEIU Voice

Case 3:08-cv-01870-SC    Document 21-6    Filed 07/01/2008    Page 16 of 28

file:///E:/3%20-%20May%202008/20%20May%2008/seiuvoice/FDI...

*To hear radio coverage from Los Angeles station KPFK, use the player on the right.*

MANHATTAN BEACH, Calif., May 6 –– The battle over the direction of the Service Employees International Union (SEIU) intensified on Tuesday as the first in a series of hearings was held to determine the fate of more than 60,000 long-term caregivers who are members of United Healthcare Workers-West (UHW). UHW represents 150,000 caregivers in hospitals, clinics, nursing homes, and home care throughout California.

The hearings are a staged attempt by SEIU leaders in Washington to dismantle UHW–the fastest growing local union in the country–by stripping the union of 60,000 plus nursing home and homecare workers without a fair, democratic vote.

**Read the full post...**

## UHW Members Push for Democratic Jurisdiction Process

Tuesday, May 6, 2008

Today, SEIU will take what could be a first step toward undemocratically transferring up to 65,000 members of United Healthcare Workers West into another SEIU local with lower standards and a less successful organizing record. It's not a done deal, but if history is any indication, SEIU may try to deny union members a fair vote on this upcoming decision.

**Read the full post...**

## UHW moves to seek sanctions against SEIU for filing a frivolous lawsuit

Friday, May 2, 2008

UHW points out that SEIU's lawsuit is legally flawed and an abuse of the processes of the Federal Court.

**Download the full letter** [PDF]
**Read the full post...**

## SF Business Times: Noam Chomsky, other academics and journalists, weigh in on SEIU-UHW feud

From **SF Business Times:**

*In an "open letter" addressed to Andy Stern, president of the 1.9 million member Service Employees International Union, dozens of U.S. authors, academics and several journalists on Thursday took Stern to task for an ongoing feud with United Healthcare Workers West, an SEIU local based in Oakland.*

**Read the full post...**

## 100 scholars express concern to Andy Stern about possible actions against UHW

Thursday, May 1, 2008

Dear Andy:



powered by





Read UHW's white paper, **"California's Healthcare Crisis: Industry Challenges & Workforce Solutions."**

RSS Feed

 **Subscribe to feed**

Archive

▼ 2008 (90)
  ▼ May (11)
   **Homecare Workers Outraged by Proposed Cuts, Wage R...**

   **Believe It or Not: SEIU Sues its Own Members in Co...**

   **"Justice for All" or "Control for Just Us?"**

   **Wall Street Journal: Unions Forge Secret Pacts Wit...**

   **UHW members: Hearing lacked**

We are writing to you as journalists, authors, political activists, and educators who are committed to organized labor because of its important role in social justice struggles in the U.S. Some of us have longstanding ties to SEIU and have done research, writing, or labor education work involving its members, organizers, and local leaders. Those of us who deal with graduate students or undergraduates have encouraged younger people to pursue internships or full-time job opportunities with SEIU and other Change To Win or AFL-CIO unions. A number of us belong to unions ourselves. Many of us have been part of community-labor coalitions or campus-based groups like Scholars, Artists, and Writers for Social Justice (when it was still active) because we support organizing and bargaining by janitors, cafeteria workers, and other service sector employees.

**Download the letter** [PDF]
**Read the full post...**

# Labor Notes: SEIU's Internal Divisions Spill into Delegate Races

From **Labor Notes:**



*By Mark Brenner*

*Mounting conflicts within the Service Employees International Union (SEIU) have spilled into the delegate election process for the union's convention, scheduled for June 1-4 in Puerto Rico. SEIU opposition activists, particularly from several large locals on the West Coast, are crying foul—denouncing what they say are coordinated interventions by International staff and appointed leaders in the delegate election process.*

**Read the full post...**

# On SEIU's Threat to Sue UHW Leaders

Tuesday, April 29, 2008

**Statement by UHW President Sal Rosselli**

In recent months United Healthcare Workers-West (UHW) and its allies inside SEIU have launched a campaign, in the face of constant threats and retaliation, to reform our International Union.

The most recent act of retaliation is their announcement today of plans to sue UHW leaders. UHW's elected executive board members created the education fund in question in full compliance with the law, and appropriately released all of the details of its actions. Last week, the fund's board decided to dissolve the fund and return its resources to UHW. UHW notified SEIU yesterday of this action.

Even so, SEIU scheduled a press conference, talked to reporters and distributed copies of the suit publicly, all before notifying UHW. The dissolution of the fund, the remedy sought by SEIU's lawsuit, is already underway, making it frivolous.

The lawsuit and the PR circus surrounding it are a hoax being perpetrated on the press and, most shamefully, upon SEIU members, in order to smear us and shut down the Stern team's political opposition. That, if anything, is an inappropriate use of members' dues.

SEIU's use of selective enforcement is astounding. Rather than going after officers and staff of UHW on trumped-up charges, SEIU should be launching an internal investigation of the Labor Department's recent charges resulting from Vice President Dave Regan's financial improprieties and interference in internal union elections in Nevada. SEIU also should investigate charges against Vice President Tom DeBruin and Assistant to the President Josie Mooney for interference and possible labor law violations in delegate elections in California.

**fairness, democracy**

**SEIU Retaliates Against California Caregivers & De...**

**UHW Members Push for Democratic Jurisdiction Proce...**

**UHW moves to seek sanctions against SEIU for filin...**

**SF Business Times: Noam Chomsky, other academics a...**

**100 scholars express concern to Andy Stern about p...**

**Labor Notes: SEIU's Internal Divisions Spill into ...**

► **April** (35)

► **March** (25)

► **February** (18)

► **January** (1)

► **2007** (13)

► **2005** (1)

► **2001** (4)

SEIU Voice

Case 3:08-cv-01870-SC    Document 21-6    Filed 07/01/2008    Page 18 of 28

file:///E:/3%20-%20May%202008/20%20May%2008/seiuvoice/FDI...

Their purpose is to again stifle our dissent, and we won't be silenced.

**Read the full post...**

**Older Posts**
Subscribe to: **Posts (Atom)**

May 27

seiuvoice Home Page

SEIU Voice

Case 3:08-cv-01870-SC    Document 21-6    Filed 07/01/2008    Page 20 of 28

file:///E:/3%20-%20May%202008/27%20May%2008/seiuvoice/FDI...

ABOUT | PLATFORM FOR CHANGE | DOCUMENTS | IN THE NEWS | BLOG | CONTACT

Search

**2008 SEIU Convention**

The 2008 SEIU Convention is our opportunity to set our union on the right path

**read more>>**

**Platform for Change**

**"Justice for All" is NOT Justice at All**

In early June, SEIU will hold its quadrennial convention in Puerto Rico where delegates will set the union's direction for the next four years.

**read more>>**

## 2008 SEIU Convention

### SEIU International Convention - San Juan, Puerto Rico

The 2008 SEIU International Convention is our opportunity to set our union on the right path, now and into the future.

Every four years, delegates from every local union in SEIU make decisions that determine the union's direction.

**Read More »**

## Featured from our Blog

### Washington Post: A Leader, His Critics And a Union Divided
May 27th, 2008

From the The Washington Post:

*By Anita Huslin*

*Three years ago, Service Employees International Union President Andy Stern fomented an uprising against the AFL-CIO. Decrying the decline of membership and lack of focus on organizing, Stern marched a dissident coalition out of the 50th anniversary of the largest labor group in the United States.*

*This week, a faction of Stern's union plans its own uprising, not to secede, but to take a stand against Stern at the group's 24th quadrennial convention, in San Juan, Puerto Rico. Its charges: In Stern's quest to build the ranks of a movement that has dwindled to less than 8 percent of U.S. private-sector workers, he has crossed the line from leader to autocrat and consolidated power in Washington away from the local chapters.*

**Read More »**

### GET E-MAIL ALERTS

Enter email

Submit

### GET UPDATES FROM THE 2008 SEIU CONVENTION

TEXT "seiuvoice" to 313131 for SMS updates from the convention delivered straight to your cell phone

### VIDEO - WATCH NOW

- **LATEST FROM THE BLOG**
- **SUPPORT FOR REFORM**
- **RHETORIC VS REALITY**

SEIU Voice

Case 3:08-cv-01870-SC    Document 21-6    Filed 07/01/2008    Page 21 of 28

file:///E:/3%20-%20May%202008/27%20May%2008/seiuvoice/FDI...

## Philadelphia Inquirer: For union, pragmatism vs. principle
**May 27th, 2008**

From The Philadelphia Inquirer:

*By Jane M. Von Bergen*

***SEIU is active in 1 recruiting drive in Phila., but abandoned another.***

*Two Philadelphia companies and one of the nation's largest labor unions - led by a former Philadelphian - are at the heart of fiery debate about union tactics.*

**Read More »**

## LA Times: The battle for labor's future
**May 22nd, 2008**

The SEIU's Andy Stern has an ambitious plan. Not everyone is on board.

From the LA Times:

*By Nelson Lichtenstein*

*When an internal fight at a trade union erupts into the news, American culture has a ready frame. It's Marlon Brando versus Lee J. Cobb in "On the Waterfront" once again, perhaps updated by a recent episode of "The Wire," set among the corrupt and gritty longshoremen of the Baltimore docks. Or it's a modern-day retelling of the Jimmy Hoffa/Teamsters story, destined to end in another mysterious gangland murder.*

**Read More »**

## SEIUs Secret Deals: Not Justice at All
**May 20th, 2008**

As more and more details emerge about secret deals struck by SEIU's top officials, a pattern is becoming increasingly clear. These deals don't build real power from the bottom up or provide workers with a real voice in decisions that affect them. They're not about justice for all or even sustainable growth, they're about expanding resources and increasing control for a handful of Washington insiders.

**Read More »**

## Homecare Workers Outraged by Proposed Cuts, Wage Reductions
**May 16th, 2008**

Thousands of homecare workers across the state are outraged by Gov. Arnold Schwarzenegger's proposed cuts to hours of service, wages and benefits, which would force some of California's most vulnerable workers and the people they serve deeper into poverty. They pledged to save these vital services for seniors and people with disabilities from Schwarzenegger's budget ax.

**Read More »**

**BLOG RSS FEED**

**VIDEO RSS FEED**  **AUDIO RSS FEED**

June 3

seiuvoice Home Page

SEIU Voice

Case 3:08-cv-01870-SC    Document 21-6    Filed 07/01/2008    Page 23 of 28

file:///E:/4%20-%20June%202008/3%20Jun%2008/seiuvoice/FDI-...



SEIUVOICE.ORG
On Healthcare, Labor and Politics

ABOUT | PLATFORM FOR CHANGE | DOCUMENTS | IN THE NEWS | BLOG | CONTACT

Search

**Change**



**Delegate Live Blog**

 **Michael Rivera reporting from the convention floor in San Juan, Puerto Rico.**

**Delegate's Diary**

 **Delegates bring strong reform messages to the 2008 SEIU Convention**

**Take Ac**

Support th
Platform f
Change

## 2008 SEIU Convention

### SEIU International Convention - San Juan, Puerto Rico

 The 2008 SEIU International Convention is our opportunity to set our union on the right path, now and into the future. Every four years, delegates from every local union in SEIU make decisions that determine the union's direction.

UHW member leaders are bringing you the latest information from the SEIU Convention in Puerto Rico. Throughout the day we'll be posting breaking news coverage, action alerts, members blogging from inside the convention.

We'll also feature a daily video update at 6 p.m. Pacific time, letting you know what's going on in our fight for union democracy.

 Video - News Updates Live Blog - Photos

Read More »

## Featured from our Blog

### Irony of the day - part 2
**June 2nd, 2008**
By Anita Wiltz

In his speech today, the first day of the 2008 SEIU Convention, International President Andy Stern claimed that the "Justice for All" plan will "decentralize" SEIU.

That's ridiculous! This plan might possibly be the biggest centralization of power in a labor union in recent history. It moves millions of dollars in dues money from local unions to SEIU headquarters in Washington, D.C. It removes local presidents from key leadership positions in the International's leadership infrastructure, replacing them with the SEIU president's inner circle.

Read More »

**GET E-MAIL ALERTS**

Enter email

Submit

**GET UPDATES FROM THE 2008 SEIU CONVENTION**

 TEXT "seiuvoice" to 313131 for SMS updates from the convention delivered straight to your cell phone

**YOU TUBE VIDEOS**



**LATEST FROM THE BLOG**

Irony of the day - part 2

Dividing Workers Isn't "Justice for All"

The irony of the day

Fight Back - SEIU: Rank-and-file Members to Challenge Stern at Convention

Read More>>

**SUPPORT FOR REFORM**

**RHETORIC VS REALITY**

SEIU Voice

Case 3:08-cv-01870-SC   Document 21-6   Filed 07/01/2008   Page 24 of 28

file:///E:/4%20-%20June%202008/3%20Jun%2008/seiuvoice/FDI-...

 **BLOG RSS FEED** 
**VIDEO RSS FEED**   **AUDIO**
**RSS FEED**

### Dividing Workers Isn't "Justice for All"
**June 1st, 2008**

I have been a home care worker for the past six years and a proud member of UHW. It has been my experience that only union democracy and unity win power for working people, and if that unity is threatened by someone we will defend it.

**Read More »**

---



### The irony of the day
**May 31st, 2008**



Irony started the day for UHW members when the first thing we saw at the Convention was our very own Platform for Change flier—but with a different look. Big red superimposed letters screamed "WARNING—leadership representing 90% of SEIU members oppose this platform! Don't be fooled!"

**Read More »**

---

### Fight Back - SEIU: Rank-and-file Members to Challenge Stern at Convention
**May 31st, 2008**

From Fight Back:

> *By Joe Iosbaker*
>
> *The largest union in the U.S., the Service Employees International Union (SEIU), begins its national convention the weekend of May 31, in San Juan, Puerto Rico. Convention goers will have a very different experience from the well orchestrated ceremonies of past years. As delegate Sirlena Perry from SEIU Local 73 in Chicago put it, "There's going to be big debate about how Andy has been doing things," referring to the pro-business methods of SEIU's president, Andy Stern.*

**Read More »**

---

### New York Times: A Union President Presses for Growth Amid a New Round of Criticisms
**May 31st, 2008**

From New York Times:

> *By STEVEN GREENHOUSE*
>
> *As 2,000 convention delegates gather in Puerto Rico, the Service Employees International Union is about to jettison a time-honored union tradition — having members go to their union representatives with their questions and grievances.*

**Read More »**

# June 10

# seiuvoice Home Page

SEIU Voice

Case 3:08-cv-01870-SC    Document 21-6    Filed 07/01/2008    Page 26 of 28

file:///E:/4%20-%20June%202008/10%20Jun%2008/seiuvoice/FDI...



**SEIUVOICE.ORG**
On Healthcare, Labor and Politics

ABOUT | PLATFORM FOR CHANGE | DOCUMENTS | IN THE NEWS | BLOG | CONTACT

Search

**2008 SEIU Convention**



Check out archives of our coverage of the 2008 Convention.

**read more>>**

**Platform for Change**

OUR VISION. VOICE. UNION.

**Delegate Blog**



**Read Michael Rivera's reports from the convention floor – May 31 to June 4.**

## 2008 SEIU Convention

### SEIU International Convention - San Juan, Puerto Rico



The 2008 SEIU International Convention has come to an end, but our work to set SEIU on the right path continues. Andy Stern's management team passed a sweeping agenda to centralize more decision-making authority in Washington, D.C., reducing members' ability to make their own decisions. UHW members talked to numerous members from SEIU locals across the country, many of whom said they want to be involved in this new and growing movement for member democracy within our union.

For that reason, the conversation begun at the convention will continue. Open discussion and the sharing of different ideas is crucial to the success of any democratic process. So let's talk! Email us if you have questions or want to talk more about these issues.

Additionally, our coverage from the convention of the birth of this reform movement is still available on this site. That includes news, member blogs, and video updates.

**Keepin' it Real: June 4, Part 1**       **Keepin' it Real: June 4, Part 2**

**GET E-MAIL ALERTS**

Enter email

Submit

**YOU TUBE VIDEOS**



. **LATEST FROM THE BLOG**

Be the Change You Want to See

1-800-Dial-A-Union

Sal Rosselli Speaks Up For Members at SEIU Convention

SEIU Convention Ends with a Whimper

Read More>>

. **SUPPORT FOR REFORM**

. **RHETORIC VS REALITY**

**Read More »**

## Featured from our Blog

SEIU Voice     Case 3:08-cv-01870-SC    Document 21-6    Filed 07/01/2008    Page 27 of 28

file:///E:/4%20-%20June%202008/10%20Jun%2008/seiuvoice/FDI...

**BLOG RSS FEED**
**VIDEO RSS FEED** **AUDIO RSS FEED**

### SEIU Convention Ends with a Whimper
**June 4th, 2008**
By Maya Morris, Surgical Coordinator at St. Francis Memorial Hospital

The SEIU Convention ended "not with a bang, but a whimper," to borrow a line from T.S. Eliot. Confetti-filled celebrations filled the opening hours of the convention today, but the last hours were punctuated with delays and confusion over SEIU's internal election.

**Read More »**

### Sal Rosselli Speaks Up For Members at SEIU Convention
**June 4th, 2008**

SEIU's 2008 convention found rank-and-file members objecting repeatedly to proposals by the international union intended to divide workers and centralize the union's power in the hands of top SEIU officials.

After five contentious days, Sal Rosselli, President of the California based United Healthcare Workers West, condemned SEIU's outrageous attacks on UHW members and stressed that this convention has only strengthened the growing movement for member democracy within SEIU.

**Read More »**

### 1-800-Dial-A-Union
**June 4th, 2008**


Leslie Harding
Surgical Technologist
Kaiser Hospital - Redwood City, California

I never dreamed I'd see my own union trying to imitate credit card companies, the IRS, and insurance corporations. But that's what Stern and his SEIU management team are doing to our union. Here's a description from Steven Greenhouse in the New York Times.

**Read More »**

### Be the Change You Want to See
**June 4th, 2008**


**Leslie Harding**
**Surgical Technologist**
**Kaiser Hospital, Redwood City, California**

There have been plenty of opportunities to socialize at this convention. On Monday night I found myself sitting at a table with a few people from an East Coast SEIU local. We chatted about what had happened on the convention floor that day, about the International's "Justice for All" platform, and about our movement to keep SEIU democratic.

**Read More »**

SEIU Voice

Case 3:08-cv-01870-SC    Document 21-6    Filed 07/01/2008    Page 28 of 28

file:///E:/4%20-%20June%202008/10%20Jun%2008/seiuvoice/FDI...

**<u>Democracy Now: Juan Gonzalez reports on "Bitter Divide Within the SEIU"</u>**
**June 3rd, 2008**

JUAN GONZALEZ:Clearly, there is a continuing battle going on in SEIU, and the focus really has been now the United Healthcare Workers-West in California, led by Sal Rosselli and who have been spearheading this rank-and-file movement calling for greater democracy. Stern and the leadership there have come down very hard on this movement.

They did allow debate, because obviously the movement does not have a majority within the union, but it is significant that there's any kind of a sharp debate or a strong caucus now developing within SEIU.

**Read More »**

# Exhibit 5



**SEIU**®

**Stronger Together**

April 28, 2008

Robyne Horn
SEIU UHW-West Executive Board Vice President
900 Golden Wheel Park Drive, #220
San Jose, CA 95112

Dear Ms. Horn:

I have been asked to respond to your and your fellow stewards' request for information regarding several of the International Union's expenditures. Your request has been made pursuant to the "SEIU Member Bill of Rights and Responsibilities in the Union."

The International Constitution provides members "The right to a full accounting of union dues and the proper stewardship over union resources." The accounting in this provision refers to information of the sort that the SEIU provides to the Department of Labor in our yearly LM-2 reports. Indeed, at the 1996 Convention, the SEIU adopted a resolution (Substitute Resolution 150) reaffirming our intent to, "continue to comply fully with federal law regarding financial disclosure," and encouraging, "all intermediate bodies and local unions in doing the same." The resolution concludes that the "SEIU will provide a copy of the most recent LM-2 report to any local union that requests one."

In accordance with SEIU's Constitution and federal law, I would therefore encourage you to access SEIU's most recent LM-2 report for 2007, which can be conveniently accessed by visiting the Department of Labor's web site at www.dol.gov.   At your request, the International will also furnish you with a hard copy of the 2007 report. Please be advised that the expenses you have listed will not in any case be included in the 2007 report; for any expenses incurred in 2008, you should look for SEIU's LM-2 report for 2008 which will be filed no later than March 31, 2009.

Sincerely,

Michael Kerr
Assistant to the International
Secretary-Treasurer

ANDREW L. STERN
International President

ANNA BURGER
International Secretary-Treasurer

MARY KAY HENRY
Executive Vice President

GERRY HUDSON
Executive Vice President

ELISEO MEDINA
Executive Vice President

TOM WOODRUFF
Executive Vice President

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

1800 Massachusetts Ave NW
Washington DC 20036

202.730.7000
TDD: 202.730.7481
www.SEIU.org



**SEIU** ®

**Stronger Together**

May 14, 2008

Sonia Askew, President
UHW Optical Workers Chapter
560 Thomas L. Berkley Way
Oakland, California  94612

Dear Ms. Askew:

I have been asked to respond to your and your fellow stewards' request for information regarding several of the International Union's expenditures.  Your request has been made pursuant to the "SEIU Member Bill of Rights and Responsibilities in the Union."

The International Constitution provides members "The right to a full accounting of union dues and the proper stewardship over union resources."  The accounting in this provision refers to information of the sort that the SEIU provides to the Department of Labor in our yearly LM-2 reports.  Indeed, at the 1996 Convention, the SEIU adopted a resolution (Substitute Resolution 150) reaffirming our intent to, "continue to comply fully with federal law regarding financial disclosure," and encouraging, "all intermediate bodies and local unions in doing the same."  The resolution concludes that the "SEIU will provide a copy of the most recent LM-2 report to any local union that requests one."

In accordance with SEIU's Constitution and federal law, I would therefore encourage you to access SEIU's most recent LM-2 report for 2007, which can be conveniently accessed by visiting the Department of Labor's web site at www.dol.gov.  At your request, the International will also furnish you with a hard copy of the 2007 report.  Please be advised that the expenses you have listed will not in any case be included in the 2007 report; for any expenses incurred in 2008, you should look for SEIU's LM-2 report for 2008 which will be filed no later than March 31, 2009.

Sincerely,

Michael Kerr
Assistant to the International
Secretary-Treasurer

ANDREW L. STERN
International President

ANNA BURGER
International Secretary-Treasurer

MARY KAY HENRY
Executive Vice President

GERRY HUDSON
Executive Vice President

ELISEO MEDINA
Executive Vice President

TOM WOODRUFF
Executive Vice President

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

1800 Massachusetts Ave NW
Washington, D.C. 20036

202.730.7000
TDD 202.730.7481
www.SEIU.org