Robert M. Weinberg   (*pro hac vice* application pending)
Leon Dayan            (*pro hac vice* application pending)
BREDHOFF & KAISER, PLLC
805 Fifteenth Street, NW, Tenth Floor
Washington, D.C. 20008
Telephone:   (202) 842-2600
Facsimile:   (202) 842-1888
Email:       ldayan@bredhoff.com
             rweinberg@bredhoff.com

Glenn Rothner (CSB No. 67353)
ROTHNER, SEGALL & GREENSTONE
510 South Marengo Avenue
Pasadena, CA 91101
Telephone:   (626) 796-7555
Facsimile:   (626) 577-0124
Email:       grothner@rsglabor.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSIE BYERS, ELLA RAIFORD, MARTHA VAZQUEZ, MEL GARCIA, J. MICHAEL TORRES, STANLEY LYLES, ROBYNE L. HORN and SONIA ASKEW,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, ANDREW L. STERN, MARY KAY HENRY, THOMAS V. DEBRUIN and ANNA BURGER,<br><br>　　　　Defendants. | CASE NO. CV 08 1870 SC<br><br>[PROPOSED] ORDER |

1   This Court, having considered Defendants' motion to dismiss the Amended Complain
2 under Rule 12(b)(6), the opposition and all related submissions of the parties, hereby GRANTS
3 the Motion.
4   This action shall be dismissed with prejudice.
5   IT IS SO ORDERED.

Date_____                    _____
                                      U.S. District Judge
                                      Samuel Conti