Robert M. Weinberg   (*pro hac vice* application pending)
Leon Dayan            (*pro hac vice* application pending)
BREDHOFF & KAISER, PLLC
805 Fifteenth Street, NW, Tenth Floor
Washington, D.C. 20008
Telephone:   (202) 842-2600
Facsimile:   (202) 842-1888
Email:       ldayan@bredhoff.com
             rweinberg@bredhoff.com

Glenn Rothner (CSB No. 67353)
ROTHNER, SEGALL & GREENSTONE
510 South Marengo Avenue
Pasadena, CA 91101
Telephone:   (626) 796-7555
Facsimile:   (626) 577-0124
Email:       grothner@rsglabor.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSIE BYERS, ELLA RAIFORD, MARTHA VAZQUEZ, MEL GARCIA, J. MICHAEL TORRES, STANLEY LYLES, ROBYNE L. HORN and SONIA ASKEW,<br><br>    Plaintiffs,<br><br>    v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, ANDREW L. STERN, MARY KAY HENRY, THOMAS V. DEBRUIN and ANNA BURGER,<br><br>    Defendants. | CASE NO. CV 08 1870 SC<br><br>[PROPOSED] ORDER |

1   This Court, having considered Defendants' Special Motion to Strike under Cal. Code.
2  Civ. Proc. § 425.16, hereby GRANTS the Motion.
3   Count III of the Amended Complaint is ordered stricken and Plaintiffs shall be required
4  to pay Defendants' attorney fees in an amount to be determined.
5   IT IS SO ORDERED.

Date_____                               _____
                                                  U.S. District Judge
                                                  Samuel Conti