Leon Dayan
Bredhoff & Kaiser, PLLC
805 Fifteenth Street, NW, Suite 1000
Washington, DC 20005
(202) 842-2600

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Byers et al.

           Plaintiff(s),

v.

Service Employees International Union et al.

           Defendant(s).

CASE NO. 08-cv-01870-JL

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

FILED
JUN 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pursuant to Civil L.R. 11-3, Leon Dayan, an active member in good standing of the bar of District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants SEIU et al. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Glenn Rothner (CSB No. 67353), Rothner, Segall & Greenstone
510 South Marengo Avenue, Pasadena, CA 91101 (626) 796-7555

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/27/08

*/s/ Leon Dayan*

Clerk's Use Only
Initial for fee pd.: