UNITED STATES DISTRICT COURT

Northern District of California

Byers et al.

               Plaintiff(s),
  v.

Service Employees International Union et al.

               Defendant(s).

CASE NO. 08-cv-01870-JL SC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Robert M. Weinberg, an active member in good standing of the bar of District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

Bredhoff & Kaiser, PLLC
805 Fifteenth Street, NW, Suite 100, Washington, DC 20005
(202) 842-2600

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants SEIU et al.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ~~ggg~~ 7/3/08

                                            [signature]
                                      ~~United States Magistrate Judge James Larson~~
                                      United States District Judge
                                      Samuel Conti