UNITED STATES DISTRICT COURT

Northern District of California

Byers et al.

   Plaintiff(s),

v.

Service Employees International Union et al.

   Defendant(s).

CASE NO. 08-cv-01870-~~JL~~ SC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Leon Dayan , an active member in good standing of the bar of District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

Bredhoff & Kaiser, PLLC
805 Fifteenth Street, NW, Suite 100, Washington, DC 20005
(202) 842-2600 ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants SEIU et al.

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: ~~ggg~~   7/3/08

United States ~~Magistrate~~ District Judge
~~James Larson~~ Samuel Conti