Robert M. Weinberg   (admitted *pro hac vice*)
Leon Dayan            (admitted *pro hac vice*)
BREDHOFF & KAISER, PLLC
805 Fifteenth Street, NW, Tenth Floor
Washington, D.C. 20008
Telephone:   (202) 842-2600
Facsimile:   (202) 842-1888
Email:       ldayan@bredhoff.com
             rweinberg@bredhoff.com

Glenn Rothner (CSB No. 67353)
ROTHNER, SEGALL & GREENSTONE
510 South Marengo Avenue
Pasadena, CA 91101
Telephone:   (626) 796-7555
Facsimile:   (626) 577-0124
Email:       grothner@rsglabor.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSIE BYERS, ELLA RAIFORD, MARTHA VAZQUEZ, MEL GARCIA, J. MICHAEL TORRES, STANLEY LYLES, ROBYNE L. HORN and SONIA ASKEW,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, ANDREW L. STERN, MARY KAY HENRY, THOMAS V. DEBRUIN and ANNA BURGER,<br><br>Defendants. | CASE NO. CV 08 1870 SC<br><br>NOTICE OF CONTINUANCE OF HEARING ON SPECIAL MOTION TO STRIKE<br><br>Date:  October 24, 2008<br>Time:  10:00 am<br>Place: Courtroom 1, 17th Floor |

**NOTICE OF CONTINUANCE OF HEARING ON SPECIAL MOTION TO STRIKE**

PLEASE TAKE NOTICE that, pursuant to Local Rule 7-7(a), the hearing on the special motion to strike filed by Defendants Service Employees International Union ("SEIU"), Andrew L. Stern, Anna Burger, Mary Kay Henry, and Thomas DeBruin and currently scheduled for 10:00 a.m. on September 5, 2008 is hereby CONTINUED to 10:00 a.m. on October 24, 2008, or as soon thereafter as counsel may be heard in Courtroom 1, 17th Floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: July 24, 2008                                  Respectfully submitted,

                                                      By ___/s/Leon Dayan___
                                                      ROBERT M. WEINBERG
                                                      LEON DAYAN
                                                      BREDHOFF & KAISER, PLLC

                                                      GLENN ROTHNER (CSB No. 67353)
                                                      ROTHNER, SEGALL & GREENSTONE

                                                      Attorneys for Defendants

Notice of Continuance of Hearing on Special Motion to Strike Case No. 08 01870 SC