IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSIE BYERS, et al.,

    Plaintiff(s),

v.

SERVICE EMPLOYEES, et al.,

    Defendant(s).

No. C-08-1870-SC

Clerk's Notice

YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference** scheduled for **September 19, 2008** before the Honorable Samuel Conti. The conference has been reset for **November 14, 2008 at 10:00 a.m.** Parties are to file one Joint Case Management Conference Statement seven days prior to the conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 30, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:  T. De Martini
    Courtroom Deputy Clerk