Jonathan H. Siegel   #78143
Latika Malkani   #184301
Sarah Beard   #240340
SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
Oakland, California  94612
(510) 452-5000
(510) 452-5004 (fax)
email:  jsiegel@sl-employmentlaw.com
         lmalkani@sl-employmentlaw.com
         sbeard@sl-employmentlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE BYERS, ELLA RAIFORD, MARTHA VAZQUEZ, MELL GARCIA, J. MICHAEL TORRES, STANLEY LYLES, ROBYNE L. HORN and SONIA ASKEW,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, ANDREW L. STERN, MARY KAY HENRY, THOMAS V. DEBRUIN and ANNA BURGER,<br><br>Defendants. | Case No. CV 08 1870 SC<br><br>[~~PROPOSED~~] **STIPULATION AND ORDER RE: FILING OF SECOND AMENDED COMPLAINT** |

The parties in the instant case (hereinafter "*Byers*") and in *Torres et al. v. Service Employees International Union et al*., No. 08-04368 (EDL) ("*Torres*"), have conferred through counsel regarding the pending Administrative Motion to Consider Whether Cases Should Be Related.  The parties agree as follows:

1.       The combined group of *Byers* and *Torres* plaintiffs will file a Second Amended Complaint in *Byers*.  That complaint will combine the allegations that are now in *Torres* with those that are in *Byers*.  The combined group of defendants in the *Byers* and *Torres* cases will

1  consent to the filing of such a Second Amended Complaint in *Byers*.  That Second Amended
2  Complaint will be filed on or before October 10, 2008.
3         2.      Once the Second Amended Complaint is filed in *Byers*, the *Torres* plaintiffs will
4  voluntarily dismiss the *Torres* complaint without prejudice under Rule 41, thereby mooting the
5  "related case" issue raised by Defendants recent administrative motion in *Byers*, as there would
6  then be only one case, *Byers*.  On the understanding that these events will occur, the *Byers*
7  Defendants hereby withdraw the Administrative Motion to Consider Whether Cases Should Be
8  Related, without prejudice to refiling such a motion in the event *Torres* is not voluntarily
9  dismissed under the circumstances just described.
10        3.      The Defendants in *Byers* hereby take the pending motions to dismiss and to
11 strike in *Byers* off calendar, without prejudice to refiling appropriate motions after being served
12 with the Second Amended Complaint in *Byers*.
13        IT IS SO STIPULATED.

Dated:  October 3, 2008                SIEGEL & LEWITTER

                                       By:    /s/  Latika Malkani
                                              Latika Malkani

                                       Attorneys for All Plaintiffs

Dated:  October 3, 2008                BREDHOFF & KAISER

                                       By:    /s/  Leon Dayan
                                              Leon Dayan

                                       Attorneys for All Defendants

**ORDER**

Pursuant to stipulation, it is so ordered.

Dated:  10/3 , 2008

The Honorable Samuel Conti
USDC ND

IT IS SO ORDERED
Judge Samuel Conti

Siegel & LeWitter
1939 Harrison St
Suite 307
Oakland, CA 94612
(510) 452-5000
(510) 452-5004