Jonathan H. Siegel   #78143
Latika Malkani   #184301
Sarah Beard   #240340
SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
Oakland, California  94612
(510) 452-5000
(510) 452-5004 (fax)
jsiegel@sl-employmentlaw.com
lmalkani@sl-employmentlaw.com
sbeard@sl-employomentlaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT,

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE BYERS, MICHAEL TORRES, ROBERTO ALVAREZ, NICOLASA "CLAUDIA" AREVALO, SONIA ASKEW, WENDY BERG, WILL BRENNAN, MILDRED BROWN, LYNN BUSSEY, JIM CLIFFORD, KERMIT "BUTCH" COLE, MARY CORSON, TERESITA COLLADO, BARBARA ESCOBAR, MICHAEL FENISON, MARILYN FREEMAN, MELL GARCIA, ANGELA GLASPER, AL GREEN, ROBYNE L. HORN, LOVER JOYCE, JUANNA ISAIAH, STANLEY LYLES, DAVID MALLON, GLENDA MANNING, DON MARIACHER, MAYA MORRIS, SHIRLEY NELSON, GUADALUPE NONATO, DEBBIE ORTEGA, RAISA POLONSKAYA, ELLA RAIFORD, ELOISE REESE- BURNS, MICHAEL RIVERA, TENA ROBINSON, CHARLOTTE SCIPIONI, WANDA TALTON, LYNN ST. CLAIR-GRETTON, AMY THIGPEN, MARTHA VAZQUEZ, SALLY VETSCH, BRENDA WASHINGTON, MARIE WHITE, ANITA WILTZ and GEORGE WONG JR., MICKIELA YAGEN,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, ANDREW L. STERN, MARY KAY HENRY, THOMAS V. DEBRUIN, ANNA BURGER and GERALD HUDSON,<br><br>Defendants. | Case No. CV 08 1870 SC<br><br>**STIPULATION AND (PROPOSED) ORDER RE FILING OF THIRD AMENDED COMPLAINT AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

*Siegel & LeWitter*

1939 Harrison St
Suite 307
Oakland, CA 94612
(510) 452-5000  (510) 452-5004

This case was originally filed on April 8, 2008, and was transferred to this Courtroom on July 1, 2008. On October 10, 2008, plaintiffs filed their Second Amended Complaint for Declaratory and Injunctive Relief (SAC) which, by stipulation, consolidated this case with another pending case. On October 30, 2008, defendants moved to dismiss this Second Amended Complaint. That pending motion is scheduled to be heard on January 23, 2009.

The defendants allege that since the filing of the Second Amended Complaint, the defendants have taken actions that the plaintiffs believe warrant further amendments to the Second Amended Complaint. Without comment on the merits of any allegation, counsel for all parties are willing to stipulate that the plaintiffs may file a Third Amended Complaint before this Court hears any motion challenging the merits of the complaint.

The Initial Case Management Conference was set for January 23, 2009, with the parties' joint report due on January 16, 2008. Despite the amendments to the complaint and the responsive motions, the parties have conducted their initial Rule 26(f) conference and have served some discovery.

Thus, the parties, by and through their counsel, agree and request an Order as follows:

(1) On or before January 9, 2009, the Plaintiffs will file a Third Amended Complaint.

(2) The Defendants take the pending motion to dismiss off calendar, without prejudice to refiling appropriate motions after being served with the Third Amended Complaint in *Byers*.

(3) Defendants' motion to dismiss or other responsive pleading to the Third Amended Complaint will be filed on or before February 13, 2009, and, as applicable, will be set for hearing on March 20, 2009 at 10 a.m.

(4) The Case Management Conference previously scheduled for January 23, 2009 in this Court will be continued to April 17, 2009, at 10:00 a.m., or the next available date.

(5) The Rule 26(f) report of the parties shall be due on or before April 10, 2009, or seven calendar days before the rescheduled Case Management Conference.

*Siegel & LeWitter*

1939 Harrison St
Suite 307
Oakland, CA 94612
(510) 452-5000  (510) 452-5004

2
STIPULATION AND (PROPOSED) ORDER RE FILING OF THIRD AMENDED COMPLAINT AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE – Case No. CV-08-1870 SC

1     IT IS SO STIPULATED.

2   Dated: December 26, 2008         SIEGEL & LEWITTER

By:   /s/ Latika Malkani
      Latika Malkani

Attorneys for All Plaintiffs

Dated: December 26, 2008         ROTHNER, SEGALL & GREENSTONE

By:   /s/ Glenn Rothner
      Glenn Rothner

Attorneys for All Defendants

**ORDER**

Pursuant to stipulation, it is so ordered.

Dated: January 6, 2009

_____
The Hon. Samuel Conti
USDC NDCA
Judge Samuel Conti

*IT IS SO ORDERED*

Siegel & LeWitter
1939 Harrison St
Suite 307
Oakland, CA 94612
(510) 452-5000 (510) 452-5004