1  Robert M. Weinberg   (admitted *pro hac vice*)
   Leon Dayan             (admitted *pro hac vice*)
2  BREDHOFF & KAISER, PLLC
   805 Fifteenth Street, NW, Tenth Floor
3  Washington, D.C. 20008
   Telephone:    (202) 842-2600
4  Facsimile:    (202) 842-1888
   Email:        ldayan@bredhoff.com
5                rweinberg@bredhoff.com

6  Glenn Rothner (CSB No. 67353)
   ROTHNER, SEGALL & GREENSTONE
7  510 South Marengo Avenue
   Pasadena, CA 91101
8  Telephone:    (626) 796-7555
   Facsimile:    (626) 577-0124
9  Email:        grothner@rsglabor.com

10
   Attorneys for Defendants
11

12                   UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15 BYERS *et al.*,                    ) CASE NO. CV 08 1870 (SC)
                                      )
16      Plaintiffs,                   )
                                      ) STIPULATION EXTENDING TIME TO
17      v.                            ) RESPOND TO THIRD AMENDED
                                      ) COMPLAINT
18 SERVICE EMPLOYEES INTERNATIONAL    )
   UNION, *et al.*,                   ) [Local Rule 6-1(a)]
19                                    )
        Defendants.                   )
20                                    )
                                      )
21                                    )
                                      )
22

23

24 Stipulation Extending Time to Respond to Third Amended Complaint -  Case No.. 08 01870 SC

Pursuant to Local Rule 6-1 (a), counsel for Defendants hereby advise the Court that the parties have stipulated that the deadline of the defendants to file their pleading responsive to the first amended complaint in this matter shall be extended for one week, to and including February 20, 2009. The parties intend to confer next week on a proposed schedule for the filing of and response to a Fourth Amended Complaint.

Dated: February 13, 2009          Respectfully submitted,

By  /s/ Leon Dayan
ROBERT M. WEINBERG
LEON DAYAN
BREDHOFF & KAISER, PLLC

GLENN ROTHNER(CSB No. 67353)
ROTHNER, SEGALL & GREENSTONE

Attorneys for Defendants

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, /s/ Judge Samuel Conti]*

Stipulation Extending Time to Respond to First Amended Complaint -  Case No.. 08 01870 SC