1  Robert M. Weinberg   (admitted *pro hac vice*)
   Leon Dayan           (admitted *pro hac vice*)
2  BREDHOFF & KAISER, PLLC
   805 Fifteenth Street, NW, Tenth Floor
3  Washington, D.C. 20008
   Telephone:    (202) 842-2600
4  Facsimile:    (202) 842-1888
   Email:        ldayan@bredhoff.com
5                rweinberg@bredhoff.com

6  Glenn Rothner (CSB No. 67353)
   ROTHNER, SEGALL & GREENSTONE
7  510 South Marengo Avenue
   Pasadena, CA 91101
8  Telephone:    (626) 796-7555
   Facsimile:    (626) 577-0124
9  Email:        grothner@rsglabor.com

10
   Attorneys for Defendants
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15
   BYERS *et al.*,                         )  CASE NO. CV 08 1870 (SC)
16                                         )
         Plaintiffs,                       )  STIPULATION AND [PROPOSED] ORDER
17                                         )  RE FILING OF FOURTH AMENDED
         v.                                )  COMPLAINT
18 SERVICE EMPLOYEES INTERNATIONAL         )
   UNION, *et al.*,                        )
19                                         )
         Defendants.                       )
20                                         )
                                           )
21                                         )
                                           )
22

23

24

Stipulation and [Proposed] Order re Filing of Fourth Amended Complaint   Case No. 08-1870 SC

This case was originally filed on April 8, 2008, and was transferred to this Courtroom on July 1, 2008. On January 6, 2009, plaintiffs filed their Third Amended Complaint, seeking injunctive relief and other forms of relief as well.

The plaintiffs allege that, since the filing of the Third Amended Complaint, certain of the parties to this action have taken actions that the plaintiffs believe warrant further amendments to the Third Amended Complaint. Without comment on the merits of any allegation, counsel for all parties are willing to stipulate that plaintiffs may file a Fourth Amended Complaint before this Court hears any motion challenging the merits of the Third Amended Complaint.

The Initial Case Management Conference is set for April 17, 2009, and the terms of the stipulation set forth below will not require that Conference date to change, unless the court so orders.

Thus, the parties, by and through their counsel, agree and request an Order as follows:

(1) On or before March 13, 2009, the Plaintiffs will file a Fourth Amended Complaint.

(2) The motion to dismiss currently calendared for April 17, 2009 is taken off calendar by defendants, without prejudice to re-filing appropriate motions after being served with the Fourth Amended Complaint.

(3) Defendants' motion to dismiss or other responsive pleading to the Fourth Amended Complaint will be filed on or before April 10, 2009, and, as applicable, will be set for hearing on May 29, 2009 at 10:00 a.m., or the next available date.

The Initial Case Management Conference will be set for the first available date after the hearing on the motion to dismiss, and the Rule 26(f) report of the parties shall be due one week before the Initial Case Management Conference.

IT IS SO STIPULATED

1   Dated: February 24, 2009                    BREDHOFF & KAISER
2
3                                               By:____/s/Leon Dayan_____
4                                               Attorneys for All Defendants
5
    Dated: February 24, 2009                    SIEGEL & LEWITTER
6
7                                               By:_____/s/Latika Malkani_____
                                                Attorneys for All Plaintiffs
8

...

24                                              3

Stipulation and [Proposed] Order re Filing of Fourth Amended Complaint  Case No. 08-1870 SC

~~[PROPOSED]~~ ORDER

Purusuant to the stipulation of the parties;

(1) On or before March 13, 2009, the Plaintiffs will file a Fourth Amended Complaint.

(2) The motion to dismiss currently calendared for April 17, 2009 is taken off calendar by defendants, without prejudice to re-filing appropriate motions after being served with the Fourth Amended Complaint.

(3) Defendants' motion to dismiss or other responsive pleading to the Fourth Amended Complaint will be filed on or before April 10, 2009, and, as applicable, will be set for hearing on __5/29__, 2009.

The Initial Case Management Conference will be set for the first available date after the hearing on the motion to dismiss, and the Rule 26(f) report of the parties shall be due on or before __6/19__, 2009. The Case Management Conference is set for 7/19/09 at 10:00 a.m.

IT IS SO ORDERED:

Dated: __2/25__, 2009

_____
The Honorable Samuel Conti

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

4

Stipulation and [Proposed] Order re Filing of Fourth Amended Complaint  Case No. 08-1870 SC