| | |
|---|---|
| 1 | Jonathan H. Siegel   #78143 |
| | Latika Malkani   #184301 |
| 2 | Sarah Beard   #240340 |
| | SIEGEL & LEWITTER |
| 3 | 1939 Harrison Street, Suite 307 |
| | Oakland, California  94612 |
| 4 | (510) 452-5000 |
| | (510) 452-5004 (fax) |
| 5 | jsiegel@sl-employmentlaw.com |
| | lmalkani@sl-employmentlaw.com |
| 6 | sbeard@sl-employomentlaw.com |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE BYERS, MICHAEL TORRES, ROBERTO ALVAREZ, NICOLASA "CLAUDIA" AREVALO, SONIA ASKEW, WENDY BERG, WILL BRENNAN, MILDRED BROWN, LYNN BUSSEY, JIM CLIFFORD, KERMIT "BUTCH" COLE, MARY CORSON, TERESITA COLLADO, BARBARA ESCOBAR, MICHAEL FENISON, MARILYN FREEMAN, MELL GARCIA, ANGELA GLASPER, AL GREEN, ROBYNE L. HORN, LOVER JOYCE, JUANNA ISAIAH, STANLEY LYLES, DAVID MALLON, GLENDA MANNING, DON MARIACHER, MAYA MORRIS, SHIRLEY NELSON, GUADALUPE NONATO, DEBBIE ORTEGA, RAISA POLONSKAYA, ELLA RAIFORD, ELOISE REESE- BURNS, MICHAEL RIVERA, TENA ROBINSON, CHARLOTTE SCIPIONI, WANDA TALTON, LYNN ST. CLAIR-GRETTON, AMY THIGPEN, MARTHA VAZQUEZ, SALLY VETSCH, BRENDA WASHINGTON, MARIE WHITE, ANITA WILTZ, GEORGE WONG JR., MICKIELA YAGEN.<br><br>Plaintiffs,<br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, ANDREW L. STERN, MARY KAY HENRY, THOMAS V. DEBRUIN, ANNA BURGER and GERALD HUDSON,<br><br>Defendants. | Case No. CV 08 1870 SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>**(F.R.C.P. Rule 41(a)(1))**<br><br>Action Filed:  April 8, 2008<br>Trial Date:     None Set |

*Siegel & LeWitter*

1939 Harrison Street
Suite 307
Oakland, CA  94612
(510) 452-5000
(510) 452-5004 (fax)

---

1
NOTICE OF VOLUNTARY DISMISSAL – CASE NO. CV 08 1870 SC

WHEREAS, this action was filed on April 8, 2008, and

WHEREAS, the Complaint in this matter was served on the named defendants, and

WHEREAS, due to changing factual circumstances, the Complaint has been amended twice, and the defendants have filed two motions to dismiss, but none have been fully briefed, much less submitted to this Court, and

WHEREAS, accordingly, the defendants have served neither an answer nor a motion for summary judgment, and

WHEREAS, the parties by and through their counsel, have entered into a settlement agreement that includes a dismissal of the above-referenced matter:

THUS, PLAINTIFFS HEREBY PROVIDE NOTICE that the instant action is voluntarily dismissed with prejudice in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

DATED: March 26, 2009                SIEGEL & LEWITTER

By: ___/s/ Latika Malkani___
    Jonathan H. Siegel
    Latika Malkani

Attorneys for Plaintiffs

IT IS SO ORDERED
/s/ Samuel Conti
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Siegel & LeWitter*

1939 Harrison Street
Suite 307
Oakland, CA 94612
(510) 452-5000
(510) 452-5004 (fax)

2
NOTICE OF VOLUNTARY DISMISSAL – CASE NO. CV 08 1870 SC